DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
CARA R. MEYER, SBN 348877
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Fl.
San Francisco, California 94102-5408
Telephone:    (415) 554-4212 (Meyer)
Facsimile:    (415) 437-4644
E-Mail:        Cara.Meyer@sfcityatty.org


Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:26-cv-05455-JD |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Judge:        Hon. James Donato<br>Place:        Courtroom 11 - 19th Floor |
| UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, | Trial Date:    None set |
| Defendants. | |

PROOF OF SERVICE
CASE NO. 3:26-cv-05455-JD

1

4931-5499-1795

## PROOF OF SERVICE

I, Christine Hoang, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the San Francisco City Attorney's Office, Fox Plaza, 1390 Market Street, San Francisco, CA 94102.

On June 10, 2026, I served the following documents:

- Summons
- Complaint for Declaratory and Injunctive Relief
- Judge Donato's Order Setting Initial Case Management Conference and ADR Deadlines (Docket 5)
- Notice of Eligibility for Video Recording (Docket 5-1)
- Standing Order for Civil Cases Before Judge James Donato
- Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement
- U.S. Northern District of California – ECF Registration Information
- AO 398 Notice of a Lawsuit and Request to Waive Service of Summons
- AO 399 Waiver of Service of Summons (2 copies)
- Form for Consent/Declination to Magistrate Judge Jurisdiction

on the following persons at the locations specified:

| UNITED STATES DEPARTMENT OF ENERGY | CHRISTOPHER WRIGHT, Secretary of Energy |
|---|---|
| U.S. Department of Energy | U.S. Department of Energy |
| 1000 Independence Ave., SW | 1000 Independence Ave., SW |
| Washington, DC 20585 | Washington, DC 20585 |

in the manner indicated below:

☒ **BY UNITED STATES CERTIFIED MAIL, RETURN RECEIPT REQUESTED:** Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelopes and placed them at my workplace for collection and mailing with the United States Postal Service.

**UNITED STATES OF AMERICA**
c/o United States Attorney for the
Northern District of California
450 Golden Gate Avenue, Eleventh Floor
San Francisco, CA 94102

☒ **BY PERSONAL SERVICE:**  I sealed true and correct copies of the above documents in an addressed envelope and caused such envelope to be delivered by hand at the above location.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed June 10, 2026, at San Francisco, California.

/s/  Christine Hoang
CHRISTINE HOANG

PROOF OF SERVICE
CASE NO. 3:26-cv-05455-JD

2

4931-5499-1795