CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-7234
    Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, *in his official capacity as Secretary of U.S. Department of Energy*, <br><br> Defendants. | CASE NO. 3:26-cv-05455-JD <br><br> **PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** <br><br> Hon. James Donato <br> United States District Judge |

STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT
3:26-CV-05455-JD                              1

Plaintiff City and County of San Francisco and Defendants U.S. Department of Energy and Christopher Wright (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on June 5, 2026, Plaintiff filed a complaint in this matter, claiming violations of the Administrative Procedure Act and the U.S. Constitution (ECF No. 1); and

WHEREAS, Defendants were served the complaint on June 10, 2026; and

WHEREAS, the time for which Defendants must submit a response to the complaint is currently August 10, 2026; and

WHEREAS, the Parties agree to a two-week extension for Defendants to respond to the complaint; and

NOW THEREFORE, the Parties hereby STIPULATE, pursuant to Civil Local Rule 6-1(a), that the time within which Defendants shall respond to the complaint is extended to August 24, 2026.

Date: August 7, 2026                                Respectfully submitted,[1]

                                                    CRAIG MISSAKIAN
                                                    United States Attorney

                                        By:    _/s/ Nag Young Chu_
                                                    NAG YOUNG CHU
                                                    Assistant United States Attorney

                                                    *Attorneys for Defendants*

Date: August 7, 2026                                DAVID CHIU
                                                    City Attorney
                                                    YVONNE R. MERÉ
                                                    Chief Deputy City Attorney
                                                    MOLLIE M. LEE
                                                    Chief of Strategic Advocacy
                                                    SARA J. EISENBERG
                                                    Chief of Complex and Affirmative Litigation
                                                    MICHAEL KEOUGH
                                                    CARA R. MEYER
                                                    Deputy City Attorneys

                                                    */s/ Cara R. Meyer*
                                                    CARA R. MEYER

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT
3:26-CV-05455-JD                                       2

Deputy City Attorney
City and County of San Francisco

*Attorneys for Plaintiff*