DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
CARA R. MEYER, SBN 348877
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Fl.
San Francisco, California 94102-5408
Telephone: (415) 554-4212 (Meyer)
(415) 554-3959 (Keough)
Facsimile: (415) 437-4644
E-Mail: Cara.Meyer@sfcityatty.org
Michael.Keough@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy,<br><br>Defendants. | Case No. 3:26-cv-05455-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO OCTOBER 15, 2026**<br><br>Hearing Date: September 10, 2026<br>Time: 11:00 a.m.<br>Judge: Hon. James Donato<br>Place: Courtroom 11 – 19th Fl. |

Pursuant to the Local Rules for the Northern District of California and Paragraph 7 of this Court's Standing Order for Civil Cases, Plaintiff CITY AND COUNTY OF SAN FRANCISCO ("City"), and Defendants UNITED STATES DEPARTMENT OF ENERGY, and CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, stipulate as follows:

WHEREAS, the parties' Initial Case Management Conference is scheduled for September 10, 2026;

WHEREAS, the parties stipulated on August 7, 2026 to an extension for Defendants to respond to the complaint until August 24, 2026;

WHEREAS, if Defendants file a Motion to Dismiss the Complaint, pursuant to N.D. Cal. Civil Local Rule 7-2(a), the motion may be noticed no earlier than October 1, 2026;

WHEREAS, the parties believe that a continuance of the case management conference would fascilitate an efficient use of the Court's and the parties' resources by allowing the parties sufficient time to fully brief Defendants' response to Plaintiff's complaint and for the Court to consider any such motion; and

WHEREAS, all parties are available on October 15, 2026.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that:

1. The initial case management conference is continued from September 10, 2026 to October 15, 2026, or subsequent date convenient to the Court, at 10:00 a.m.
2. The parties' joint case management statement is due October 8, 2026.
3. Other case management conference and ADR Deadlines enumerated in the Court's June 9, 2026 Order (ECF No. 5) are adjusted accordingly.

Dated: August 20, 2026

Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH
Special Counsel
CARA R. MEYER
Deputy City Attorneys

/s/ *Cara R. Meyer*
By: Cara R. Meyer

Attorney for Plaintiff
CITY & COUNTY OF SAN FRANCISCO

Dated: August 20, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By: *__/s/ Nag Young Chu__*
NAG YOUNG CHU
Assistant United States Attorney

*Attorneys for Defendants*

**[PROPOSED] ORDER**

Good cause having been shown, the Court GRANTS the parties' Stipulation to Continue the Initial Case Management Conference to October 15, 2026 at 10:00 a.m. in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco. The parties' joint case management statement will be due October 8, 2026.

**IT IS SO ORDERED.**

DATED: ______________________

______________________________
HON. JAMES DONATO
United States District Judge
U.S. District Court, Northern District of California