CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, *in his official capacity as Secretary of U.S. Department of Energy*,<br><br>Defendants. | CASE No. 3:26-cv-05455-JD<br><br>**PARTIES' SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Hon. James Donato<br>United States District Judge |

Plaintiff City and County of San Francisco and Defendants U.S. Department of Energy and Chris Wright (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint in this matter, claiming violations of the Administrative Procedure Act and the U.S. Constitution (ECF No. 1); and

WHEREAS, Defendants were served the complaint on June 10, 2026; and

WHEREAS, on August 7, 2026, the Parties stipulated to extend the time within which Defendant must respond to the complaint to August 24, 2026 (ECF No. 10); and

WHEREAS, the time for which Defendants must submit a response to the complaint is currently August 24, 2026; and

WHEREAS, on August 20, 2026, the Parties requested that the Court continue the initial case management conference from September 10, 2026, to October 15, 2026, or a subsequent date convenient to the Court, at 10:00 a.m. (ECF No. 11); and

WHEREAS, for Defendants and counsel for Defendants to adequately consider the need for any dispositive motion as a response to the complaint and to conserve the Court's and the Parties' limited resources, Defendants proposed to Plaintiff a one-week extension of the deadline to respond to the complaint; and

WHEREAS, the Parties agree to a one-week extension for Defendants to respond to the complaint; and

NOW THEREFORE, the Parties hereby STIPULATE, pursuant to Civil Local Rule 6-1(a), that the time within which Defendants shall respond to the complaint is extended to August 31, 2026.

Date: August 21, 2026

Respectfully submitted,[1]

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*__
NAG YOUNG CHU
Assistant United States Attorney

*Attorneys for Defendants*

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury

Date: August 21, 2026

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL KEOUGH
Special Counsel
CARA R. MEYER
Deputy City Attorney

*/s/ Cara R. Meyer*

CARA R. MEYER
Deputy City Attorney
City and County of San Francisco

*Attorneys for Plaintiff*

---

that all signatories have concurred in the filing of this document.