CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, *in his official capacity as Secretary of U.S. Department of Energy*,<br><br>Defendants. | CASE No. 3:26-cv-05455-JD<br><br>**PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO SUBMIT A CERTIFIED COPY OF THE TRANSCRIPT OF THE ADMINSITRATIVE RECORD; [PROPOSED] ORDER**<br><br>Hon. James Donato<br>United States District Judge |

Plaintiff City and County of San Francisco and Defendants U.S. Department of Energy and Chris Wright (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint in this matter, claiming violations of the Administrative Procedure Act and the U.S. Constitution (ECF No. 1); and

WHEREAS, Defendants were served the complaint on June 10, 2026; and

WHEREAS, on August 31, 2026, Defendants filed an Answer to the Complaint (ECF No. 14); and

WHEREAS, Defendants must submit a certified copy of the transcript of the administrative record, together with the Answer, pursuant to Civil Local Rule 16-5; and

WHEREAS, the Parties agree to a one-week extension for Defendants to continue their effort to identify the relevant administrative record and submit a certified copy of the transcript of the administrative record; and

NOW THEREFORE, the Parties hereby STIPULATE, pursuant to Civil Local Rule 6-1, that the time within which Defendants shall submit a certified copy of the transcript of the administrative record is extended to September 7, 2026.

Date: August 31, 2026

Respectfully submitted,[1]

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*_______________
NAG YOUNG CHU
Assistant United States Attorney

*Attorneys for Defendants*

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

Date: August 31, 2026

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL KEOUGH
Special Counsel
CARA R. MEYER
Deputy City Attorney

*/s/ Cara R. Meyer*
CARA R. MEYER
Deputy City Attorney
City and County of San Francisco

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Defendants shall file a certified copy of a transcript of the administrative record on or before September 7, 2026.

Date:

HONORABLE JAMES DONATO
United States District Judge