DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
CARA R. MEYER, SBN 348877
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Fl.
San Francisco, California 94102-5408
Telephone: (415) 554-3959 (Keough)
(415) 554-4212 (Meyer)
Facsimile: (415) 437-4644
E-Mail: Michael.Keough@sfcityatty.org
Cara.Meyer@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy,

Defendants.

Case No. 3:26-cv-05455-JD

**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER**

Plaintiff City and County of San Francisco and Defendants U.S. Department of Energy and Christopher Wright (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint in this matter on June 5, 2026;

WHEREAS, Defendants filed an answer to Plaintiff's complaint on August 31, 2026;

WHEREAS, the parties met and conferred on September 2, 2026 and have agreed that this case may be resolved most efficiently through cross-motions for summary judgment after submission of a certified administrative record;

NOW THEREFORE, the Parties hereby STIPULATE and agree to the following briefing schedule for summary judgment:

| **Date** | **Case Event** |
|---|---|
| September 7, 2026 | Production of administrative record (Dkt. 19) |
| October 30, 2026 | Plaintiff's motion for summary judgment |
| November 24, 2026 | Defendants' cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment |
| December 17, 2026 | Plaintiff's opposition to Defendants' cross motion for summary judgment and reply in support of Plaintiff's motion for summary judgment |
| December 23, 2026 | Defendants' reply in support of Defendants' cross motion for summary judgment |
| January 7, 2027 | Hearing on summary judgment |

Dated: September 4, 2026

Respectfully submitted,[1]

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH
Special Counsel
CARA R. MEYER
Deputy City Attorney

By: /s/ *Cara R. Meyer*
CARA R. MEYER
Attorney for Plaintiff
CITY & COUNTY OF SAN FRANCISCO

Dated: September 4, 2026 Respectfully submitted,

By: /s/ *Nag Young Chu*
NAG YOUNG CHU
Assistant United States Attorney

Attorney for Defendants
UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy

**[PROPOSED] ORDER**

Good cause having been shown, the Court GRANTS the parties' Stipulation for Deadlines for Summary Judgment, with Plaintiff's motion for summary judgment due October 30, 2026; Defendants' cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment due November 24, 2026; Plaintiff's opposition to Defendants' cross motion for summary judgment and reply in support of Plaintiff's motion for summary judgment due December 17, 2026; Defendants' reply in support of Defendants' cross motion for summary judgment due December 23, 2026; and hearing on summary judgment on January 7, 2027.

**IT IS SO ORDERED.**

DATED: ______________________ ________________________________

Hon. JAMES DONATO
United States District Judge
U.S. District Court, Northern District of California