CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy,<br><br>Defendants. | CASE No. 3:26-cv-05455-JD<br><br>**NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD**<br><br>Hon. James Donato |

PLEASE TAKE NOTICE THAT pursuant to the parties' stipulation, ECF No. 17, and the Court's order, ECF No. 19, Defendants hereby submit the Certified Administrative Record in this matter. Due to a technical issue on ECF, the document titled "San Francisco FY 2024 Financial Statements and Audit Reports," noted in Defendants' transcript of the administrative record is omitted from this filing. Defendants will resolve the issue as soon as possible and submit the document as a supplement to this Notice. Defendants will also send the this document to Plaintiff's counsel to avoid any delay.

Date: September 8, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*_
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for the Defendants