**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

**CITY AND COUNTY OF SAN FRANCISCO,**

*Plaintiff,*

v.

**UNITED STATES DEPARTMENT OF ENERGY**

*Defendant.*

Case No. 3:26-cv-05455-JD

I, Lalida Crawford, do hereby declare as follows:

1. I am the Head of Contracting Activity for Financial Assistance for the Department of Energy ("DOE"). I have held the position since May 2026. Prior to this position, I was a Financial Assistance Director at DOE for four years, a Division Director at DOE for four years, and a Branch Chief for four years. I have been a Grants Officer for sixteen years.

2. In my role as the Head of Contracting Activity for Financial Assistance for DOE, I was assigned to compile and certify the administrative record for the DOE actions challenged in the above-captioned civil case—specifically, its action on a petition (the "Petition") filed by plaintiffs City and County of San Francisco in June 2026.

3. I confirm that, to the best of my knowledge, the attached record contains all documents that were before DOE decisionmakers. I make this statement based on information made available to me in the course of my official duties, including review of agency records and discussion with personnel involved.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 8, 2026

Lalida Crawford

Digitally signed by Lalida Crawford
Date: 2026.09.08 16:25:23 -06'00'

______________________________
LALIDA CRAWFORD