**U.S. DEPARTMENT OF ENERGY**
**ADMINISTRATIVE RECORD INDEX**
**CITY AND COUNTY OF SAN FRANCISCO v. U.S. DEPARTMENT OF ENERGY, et. al., 3:26-cv-05455 (JD) (N.D. Cal – San Francisco Division)**
**September 9, 2026**

| Doc No. | Document | Bates No. |
|---|---|---|
| **1** | Executive Order 14173 – Ending Illegal Discrimination and Restoring Merit-Based Opportunity | DOE-AR-000001-000004 |
| **2** | Executive Order 14151 – Ending Radical and Wasteful Government DEI Programs and Preferencing | DOE-AR-000005-000007 |
| **3** | OPM Memorandum – Further Guidance Regarding Ending DEIA Offices, Programs and Initiatives | DOE-AR-000008-000010 |
| **4** | Department of Justice Memorandum – Implementation of Executive Orders 14151 and 14173; Eliminating Unlawful DEI Programs in Operations | DOE-AR-000011-000014 |
| **5** | Department of Justice Memorandum – DOJ Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination | DOE-AR-000015-000023 |
| **6** | Department of Energy Memorandum – Executive Order on *Ending Radical and Wasteful Government DEI Programs and Preferencing*, and Agency-Wide Policy to Promote Equal Opportunity | DOE-AR-000024-000026 |
| **7** | Department of Energy Policy Flash – Implementation of EO 14173 | DOE-AR-000027-000030 |
| **8** | Department of Energy Financial Assistance Letter – 202507 | DOE-AR-000031-000033 |
| **9** | 2026 Department of Energy Standard Terms and Conditions | DOE-AR-000034-000072 |
| **10** | 2026 Coalition Coop Email Invitation | DOE-AR-000073-000077 |
| **11** | 2026 Coop Introductory Webinar | DOE-AR-000078-000160 |
| **12** | 2026 Coop Response Information Sheet | DOE-AR-000161-000166 |

| | | |
|---|---|---|
| **13** | Special Terms and Conditions | DOE-AR-000167-000179 |
| **14** | San Francisco FY 2026 Application | DOE-AR-000180-000195 |
| **15** | San Francisco FY 2026 Award Package | DOE-AR-000196-000267 |
| **16** | San Francisco FY 2024 Financial Statements and Audit Reports | DOE-AR-000268-000518 |