An official website of the United States government Here's how you know

U.S. DEPARTMENT of ENERGY



# PF 2025-54 (FAL 2025-07) Implementation of Executive Order 14173 - Ending Illegal Discrimination and Restoring Merit-Based Opportunity

## PF 2025-54 (FAL 2025-07) Implementation of Executive Order 14173 - Ending Illegal

# Discrimination and Restoring Merit-Based Opportunity

**DATE:** August 29, 2025

**TO:** HCAs/Procurement Directors/Contracting and Grants Officers

**FROM:** Director, Contract and Financial Assistance Policy Division, Office of Policy, Office of Acquisition Management

**SUMMARY:** Financial Assistance Letter (FAL) 2025-07 implements the requirements of Executive Order 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity and informs DOE Contracting and Grants Officers of the new DOE award term that is required to be included in all new awards.

For DOE questions concerning this Policy Flash, please email DOE_oapmpolicy@hq.doe.gov.

For NNSA questions concerning this policy flash, please contact NNSA at (505) 845-4337.

(FAL 2025-07) Implementation of Executive Order 14173 - Ending Illegal Discrimination and Restoring Merit-Based Opportunity
(139.1 KB)

# Previous Policy Flashes

PF 2025-52 Class Deviation to Adopt Revolutionary FAR Overhaul (RFO) Part 35 – Research and Development Contracting

PF 2025-53 (FAL 2025-06) Implementation of Presidential Memorandum – Simplifying the Funding of Energy Infrastructure and Critical Mineral and Material Projects

**Committed to Restoring America's Energy Dominance.**