From: NETL Project Officer/Clean Cities and Communities Regional Manager
To: Coalition Directors/PI's for each CC&C Coalition
Subject: 2026 Coalition Cooperative Agreement Invitation Package
Date: Send by February 20, 2026

Dear Coalition Director:

The Technology Integration Program within the U.S. Department of Energy's (DOE's) Transportation Technologies Office (TTO) has been authorized to announce a new Clean Cities and Communities (CC&C) Coalition Outreach, Engagement, and Market Tracking funding program. These 2026 coalition cooperative agreements will **begin April 1, 2026 and will run through March 31, 2027**. Coalition work performed for the SOPO tasks supports the CC&C mission to enhance the nation's energy security, support economic prosperity, and improve air quality by fostering locally driven transportation energy choices that leverage domestic energy resources and innovative mobility technologies through collaborative partnerships with public and private stakeholders.

CC&C coalitions are expected to engage in activities that support the goals and objectives of the U.S. Department of Energy Office of Critical Minerals and Energy Innovation (CMEI) including improving energy affordability, security, availability, and reliability. The objective of this funding program is for CC&C coalitions to perform work that advances the following CC&C partnership-level goals:

1. **Improve Transportation Energy System –** Facilitate adoption of alternative fuels, advanced vehicle technologies, and mobility options that enhance the nation's energy, economic, and environmental security across a spectrum of transportation sectors.
2. **Connect Stakeholders –** Maintain or grow a coalition of public and private stakeholders committed to advancing the CC&C mission that recognize themselves as part of the coalition.
3. **Inform Stakeholders –** Provide stakeholders unbiased information, tools, and technical expertise from across the CC&C partnership to foster affordable, reliable, and locally driven transportation energy choices.
4. **Local-National Feedback Loop** – Coalitions track and submit local data to DOE for national resources and analysis efforts that contribute to the CC&C mission and bring value to stakeholders.
5. **Leverage Funding –** Leverage DOE investments in CC&C to bring in non-DOE funding to advance the CC&C mission.
6. **Engage in Multi-Coalition Collaboration –** Leverage the power of collaboration to increase CC&C impact at scale through peer sharing, replicating successes and partnering with other coalitions on activities.
7. **Expand Local Presence –** Increase CC&C local presence through coalition building efforts and in-person coalition activities reaching more geographic areas. (This goal may or may not be applicable to the Recipient.)

8. **Enhance Strategic Planning –** Strengthen coalition understanding of local transportation energy landscape, increase coalition capability to develop strategic programs and activities, and refine coalition processes for evaluating its impacts.
9. **Strong Coalition Administration** – Ensure long term coalition performance and operational continuity through strong coalition administration.

Three Statement of Project Objectives (SOPOs) are being offered to coalitions for three different fixed amount award funding levels. The SOPOs include the following tasks:

**Task 1.0 Project Management and Administration –** The purpose of this task is to plan project activities align with CC&C goals, track performance, ensure quality and timely deliverables, submit necessary reporting, and ensure work contributes value. Work performed for this task supports the following goals: Enhance Strategic Planning and Strong Coalition Administration.

**Task 2.0 Coalition Collaboration, Strategic Planning, and Administration –** The purpose of this task is to facilitate coalition director training and peer sharing, enhance coalition strategic planning capabilities, and ensure coalitions have the necessary administration files to ensure operational continuity in the event of staff transitions or organizational changes. Work performed for this task supports the following goals: Improve Transportation Energy System, Engage in Multi-Coalition Collaboration, Enhance Strategic Planning, and Strong Coalition Administration.

**Task 3.0 Connect –** The purpose of this task is to engage new and current stakeholders to grow a network of committed coalition members; foster and support coalition of stakeholders working collaboratively to achieve the CC&C mission; and communicate stakeholder needs, priorities, and successes to key decision makers and local leaders. Work performed for this task supports the following goals: Improve Transportation Energy System, Connect Stakeholders, and Expand Local Presence.

**Task 4.0 Market Data Collection and Reporting –** The purpose of this task is to track and report to DOE local alternative transportation fuel and energy market conditions used to create and maintain industry resources such as the annual CC&C Partnership Activity Report, quarterly CC&C Alternative Fuel Price Report, Alternative Fueling Station Locator, and online tools. Work performed for this task supports the following goals: Improve Transportation Energy System, Inform Stakeholders, Local-National Feedback Loop, and Enhance Strategic Planning.

**Task 5.0 Inform and Deploy –** The purpose of this task is to share transportation expertise with stakeholders; provide technical training and education; and facilitate planning and deployment of vehicles, infrastructure, and new mobility solutions. Work performed for this task supports the following goals: Improve Transportation Energy System, Inform Stakeholders, Leverage Funding, Engage in Multi-Coalition Collaboration, and Expand Local Presence.

**Task 6.0 Coalition Council Participation -** The recipient will serve as a regional representative on the Coalition Council.

In addition to the standard and low funding levels, an option for a higher tier funding level has been added. The new High Tier funding level was developed based upon feedback coalitions provided during fall 2024 listening sessions. During those listening sessions coalitions provided feedback on what work coalitions could deliver with an increased funding level and what should be used to determine which coalitions qualify for a higher funding tier. A coalition is eligible for the High Tier if it meets two eligibility criteria: 1. Territory size (must meet either a population threshold of 3,000,000 or a geographic square mile area threshold of 9,000) and 2. Impact metric (must meet an energy use impact threshold of 1,000,000 GGE). Approximately 60% of coalitions are eligible for the High Tier. Based on our records, your coalition **is eligible for the High Tier**.

If selecting the High Tier SOPO in the attached Response Information (RIS), you will be asked to confirm that your coalition meets the eligibility criteria. Coalitions that are eligible for and select the SOPO #1 High Tier must plan for and perform a level of effort correlated to the funding level. Coalitions must have the organizational capacity to perform the relevant volume of work and must provide a Project Management Plan (PMP) that reflects the level of effort associated with the SOPO level selected. A coalition may be eligible for the High Tier SOPO but may not be in a position for the 2026 performance period to select the funding level due to limited organization capacity. Coalitions that do not have the capacity to perform the SOPO #1 High Tier funding level of effort are encouraged to select either the Standard Teir or Low Tier SOPO.

See the values per SOPO option outlined in the table below:

| **2026 Coalition Cooperative Agreement SOPO Options** | | |
|---|---|---|
| *SOPO Option* | *Tasks* | *Funding Amount* |
| **SOPO #1 High Tier** | Tasks 1.0 – 5.0 (larger minimum requirements than SOPO #2) | **$215,000** |
| **SOPO #2 Standard Tier** | Tasks 1.0 – 5.0 (smaller minimum requirements than SOPO #1) | **$130,000** |
| **SOPO #3 Low Tier** | Tasks 1.0 – 4.0 | **$85,000** |
| **Coalition Council** | Task 6.0 | **$8,000** |

Your coalition may choose only one SOPO to execute in the project year. These SOPOs contain tasks that are required to be executed in order to receive a **$215,000** level of funding (**called the SOPO #1 High Tier**), **$130,000** level of funding (**called the SOPO #2 Standard Tier**), or **$85,000** level of funding (**called the SOPO #3 Low Tier**). Both the Standard and High SOPOs have the same five tasks, however, the requirements for the sub-task activities are larger for the High Tier SOPO than the Standard Tier SOPO.

The Coalitions that have a staff member participating in Coalition Council will be offered an additional $8,000 (called Task 6.0) above the amount of the SOPO of their choice.

NETL will host an **informational webinar** about this funding program on **February 26, 2026 at 1:00 PM ET**. The webinar information will be forwarded to you from your Regional Manager and will also be available on the Forum calendar. In order to participate in this funding opening,

your coalition is required to submit a Funding Response Package. **Response packages are due by March 6, 2026.** If you need more time to submit a response, notify your Regional Manager. The sooner a response is provided, the more quickly NETL can execute a signed agreement. Pending the availability of funding, it is our intent to have the awards in place by April 1, 2026.

**The Funding Request Package must contain the items listed below *using the following naming conventions*.** These will be new awards, and as such, award numbers are not yet available for this funding cycle.

| Document | Titled As | Example |
|---|---|---|
| **SF-424** (template attached) | State Abbreviation_Coalition Name or Abbreviation_App424 | VT_VCC_App424 |
| **Response Information Sheet** (**RIS**) (attached) | State Abbreviation_Coalition Name or Abbreviation_RIS | MA_MassCC_RIS |
| **Preliminary Project Management Plan** (**PMP**) (template attached) | State Abbreviation_Coalition Name or Abbreviation_PMP | NY_CCofCNY_PMP |

Please check ***all*** the applicable boxes and answer ***all*** the applicable questions in the attached **Response Information Sheet (RIS)**. You will receive a SOPO in your award package based on the SOPO level that you indicate in the RIS. In order to ensure timely processing of your award, make sure your organization's SAM registration is current.

The preliminary **Project Management Plan (PMP)** should describe SMART goals, milestones, and activities for fulfilling the tasks and requirements in the Statement of Project Objectives. The purpose of the PMP is to establish schedule and technical performance baselines for the sub-tasks which offer coalitions flexibility in planning locally-driven work. You will be asked to submit an updated PMP forty-five (45) days after your signed agreement. Details about submitting the revised PMP will be included in your award documentation.

As in previous years, your Regional Manager will also serve as the Project Officer on your coalition's cooperative agreement award. Email your responses directly to your Regional Manager **by March 6, 2026.** Please be sure to use the file naming conventions listed above when you submit your coalition's response package.

If your coalition does not intend to accept the cooperative agreement award, you must indicate within Section D of the RIS and return it via email to your Regional Manager, with a cover email that states that your coalition declines to participate in the 2026 CC&C Coalition Cooperative Agreements.

**Foreign National Information**

If your organization or any subrecipient anticipates utilizing foreign nationals (FNs) in the performance of the award, your organization is required to provide a list of all FNs planned to participate on the award along with basic information about each. You must download and complete the "Foreign National Participation Document" located at

https://www.netl.doe.gov/business/business-forms/financial-assistance under Post Selection Forms/Information and submit the completed document to basicinfo@netl.doe.gov with a courtesy copy to the assigned Project Manager (PM) and Contract/Grant Specialist.

Upon receipt of the completed "Foreign National Participation Document," we will create a secured file sharing drop box folder(s) for **FNs in Principal Investigator (PI)/Co-PI roles and for FNs from countries identified on the U.S. Department of State's list of State Sponsors of Terrorism located at https://www.state.gov/state-sponsors-of-terrorism/ for submission of additional information. The additional information will NOT be required for any of the other FNs planned to participate on the award, and therefore, a folder(s) will not be created.**

As part of the requirement to submit additional information for PIs/Co-PIs and for FNs from countries identified as State Sponsors of Terrorism, your organization must ensure completion of the "Foreign National Participation **Data** Document" also located at https://www.netl.doe.gov/business/business-forms/financial-assistance. The document and all required attachments must be uploaded to the secure file sharing drop box folder(s) provided by DOE's FN Request Coordinator. The assigned PM will contact the appropriate FN Data Entry POC in the event there are issues with the submission.

Please note that all FNs identified on the "Foreign National Participation Document"**, except for FNs from countries identified on the U.S. Department of State's list of State Sponsors of Terrorism located at https://www.state.gov/state-sponsors-of-terrorism/, are authorized to commence work as of the award effective date unless determined otherwise by DOE. FNs from countries identified on the U.S. Department of State's list of State Sponsors of Terrorism** are not permitted to participate on the award until written authorization is received from the Contracting Officer.

The Contracting Officer will notify your organization of DOE's decision regarding participation of FNs **from countries identified on the U.S. Department of State's list of State Sponsors of Terrorism.** The DOE reserves the right to request additional information or deny participation of any FN at any time.

If you have any questions regarding this letter, please contact your respective NETL Project Officer/Regional Manager.