Clean Cities and Communities



# 2026 Coalition Cooperative Agreement

February 26, 2026

# Housekeeping and Zoom Tips

Controls are located at the bottom of your screen. If they aren't appearing, move your cursor to the bottom edge.

## During the presentation:




Please stay muted unless you are speaking.




Type questions in the chat box or raise your hand to speak during Q&A.




Enable live transcription by clicking the "live transcript" button.




Change Layout by moving your cursor to the top right corner until "View" appears:

- Gallery: See all attendee videos
- Speaker: Highlight speaker, other videos will be small.



# NOTICE:

This webinar is being recorded and may be posted on the Clean Cities and Communities website or used internally. If you speak during the call or use video, you are presumed to consent to recording and use of your voice or image.

# Agenda

- **CC&C Mission and Goals** – Margaret Smith, DOE
- **Funding Mechanism Overview** – Neil Kirschner, NETL
- **2026 Cooperative Agreement** – Jordan Foster, NETL
- **Reporting and Deliverables** – Erin Russell-Story, NETL
- **2026 Application Process** – Jordan Foster, NETL
- **Project Management Plan** – Erin Russell-Story, NETL
- **Questions & Answers**

Clean Cities and Communities

# A U.S. Department of Energy Partnership To Foster Transportation Energy Choices Nationwide

**CC&C Mission:** To enhance the nation's energy security, support economic prosperity, and improve air quality by fostering locally driven transportation energy choices that leverage domestic energy resources and innovative mobility technologies through collaborative partnerships with public and private stakeholders.

CC&C Messaging Guidance and Style Guide (September 2025) is available on the Toolbox.

## Coalition Locations




Clean Cities and Communities

DOE-Designated Coalitions DOE-Recognized Apprentice Coalitions Map Date: 2/25/26

# CC&C Partnership-Level Goals

## Mission Critical

1. Improve Transportation Energy System
2. Connect Stakeholders
3. Inform Stakeholders
4. Local-National Feedback Loop

## Impact at Scale

5. Leverage Funding
6. Engage in Multi-Coalition Collaboration
7. Expand Local Presence

## Coalition Foundation

8. Enhance Strategic Planning
9. Strong Coalition Administration

A coalition-only webinar describing goal creation process is available on the Toolbox at: https://cleancities.energy.gov/webinars#28655

# CC&C Partnership-Level Goals – Mission Critical




**Goal 1. Improve Transportation Energy System** - Facilitate adoption of alternative fuels, advanced vehicle technologies, and mobility options that enhance the nation’s energy, economic, and environmental security across a spectrum of transportation sectors.



**Goal 2. Connect Stakeholders** - Maintain or grow a coalition of public and private stakeholders committed to advancing the CC&C mission that recognize themselves as part of the coalition.



**Goal 3. Inform Stakeholders** - Provide stakeholders unbiased information, tools, and technical expertise from across the CC&C partnership to foster affordable, reliable, and locally driven transportation energy choices.



**Goal 4. Local-National Feedback Loop** - Coalitions track and submit local data to DOE for national resources and analysis efforts that contribute to the CC&C mission and bring value to stakeholders

# CC&C Partnership-Level Goals – Impact at Scale



**Goal 5. Leverage Funding** - Leverage DOE investments in CC&C to bring in non-DOE funding to advance the CC&C mission



**Goal 6. Engage in Multi-Coalition Collaboration** - Leverage the power of collaboration to increase CC&C impact at scale through peer sharing, replicating successes, and partnering with other coalitions on activities.



**Goal 7. Expand Local Presence** - Increase CC&C local presence through coalition building efforts and in-person coalition activities reaching more geographic areas.

# CC&C Partnership-Level Goals – Coalition Foundation



**Goal 8. Enhance Strategic Planning** - Strengthen coalition understanding of the local transportation energy landscape, increase coalition capability to develop strategic programs and activities, and refine coalition processes for evaluating its impacts.



**Goal 9. Strong Coalition Administration** - Ensure long term coalition performance and operational continuity through strong coalition administration.

# Portfolio of Technologies and Fuels

Clean Cities and Communities activities span the Technology Integration (TI) Portfolio of Technologies and Fuels

- **Alternative and Renewable Fuels (Vehicles and Infrastructure)**
  - Biodiesel (B20 and higher)
  - Electricity
  - Ethanol (E85)
  - Hydrogen
  - Natural gas/Renewable Natural Gas
  - Propane/Renewable Propane
  - Renewable Diesel
  - Sustainable Aviation Fuels (SAF)
- **Fuel Economy Improvements**
- **Idle Reduction**
- **Efficient Transportation Solutions**
  - Reducing Vehicle Miles Traveled (e.g., encouraging mass transit use, trip elimination, eco-routing)
  - First Mile/Last Mile
  - Electric Micromobility (e.g., e-bikes, e-scooters)
  - Modal Shift (e.g., freight, passengers)
  - Connected and Automated Vehicles

**Transportation sectors**:

- On-Road (L/M/HDV)
- Off-Road
- Rail
- Marine
- Aviation
- Ports

# CC&C Framework For Success

## Plan

Understand Community Landscapes, Identify Stakeholders, and Develop Strategies for CC&C Impact at Scale

## Connect

Develop and maintain a collaborative coalition of stakeholders working to achieve the CC&C mission

Clean Cities and Communities

## Inform

Share transportation expertise with stakeholders through analysis, training, and education

## Deploy

Facilitate planning and deployment of vehicles, infrastructure, and new mobility solutions to implement and sustain innovative transportation solutions.

# PLAN

## *Understand Community Landscapes, Identify Stakeholders, and Develop Strategies for CC&C Impact at Scale*

- **Objective 1**: Understand the transportation energy landscape in the coalition territory including technologies, markets, policies, stakeholders, and barriers to advancing the CC&C mission.
- **Objective 2**: Develop and maintain the coalition's plan for strategically advancing the CC&C mission through collaboration with stakeholders.
- **Objective 3**: Evaluate coalition efforts on an ongoing basis and adapt coalition plans to maximize CC&C mission impact.

# CONNECT

***Develop and maintain a collaborative coalition of public and private stakeholders working to achieve the CC&C mission***

- **Objective 1**: Engage new and current stakeholders to grow a network of committed coalition members.
- **Objective 2**: Foster and support coalition of stakeholders working collaboratively to achieve the CC&C mission.
- **Objective 3**: Communicate stakeholder needs, priorities, and successes to key decisionmakers and local leaders.

# INFORM

## *Share transportation expertise with stakeholders through analysis, training, and education*

- **Objective 1**: Provide tailored expertise and analyses to fleets, end-users, and potential end-users to increase their capacity to directly increase adoption of innovative transportation solutions.
- **Objective 2**: Provide policy, planning, and program assistance to stakeholders to increase their capacity to reduce market barriers and incentivize innovative transportation solutions.
- **Objective 3**: Organize and facilitate technical training sessions to build workforce skills regarding vehicles, infrastructure, and safety issues.

# DEPLOY

## ***Facilitate planning and deployment of vehicles, infrastructure, and new mobility solutions to implement and sustain innovative transportation energy solutions***

- **Objective 1**: Increase consumer choice and access to affordable, reliable, and energy secure transportation technologies.
- **Objective 2**: Support on-road fleet partner deployment of alternative and renewable fuels, efficiency improvements, and emerging transportation technologies.
- **Objective 3**: Support non-road fleet partner deployment of alternative and renewable fuels, efficiency improvements, and emerging transportation technologies (including off-road, rail, marine, ports, and aviation).

# A&E Requirements and Best Practices

Updated A&E Requirements as of 2026

New best practice resources on the Reference Materials page of the Toolbox

## Annual Plan Guidance

https://cleancities.energy.gov/toolbox/files/pdfs/host-management-meeting.pdf

## Coalition-Host Management Meetings

https://cleancities.energy.gov/toolbox/files/pdfs/maintaining-administration-files.pdf

## Developing Standard Operating Procedures

https://cleancities.energy.gov/toolbox/files/pdfs/developing-sops.pdf

## Maintaining Administrative Files

https://cleancities.energy.gov/toolbox/files/pdfs/coalition-annual-plan.pdf

# 2026 A&E Requirements

cleancities.energy.gov/toolbox/files/pdfs/active-effective-requirements.pdf

1. CC&C Mission Impact
2. Planning Documentation
3. Stakeholder Engagement
4. Stakeholder Group
5. Host-Coalition Relationship
6. Communication
7. Website
8. Administration Files
9. Partnership Convenings

**2. Planning Documentation*:** The coalition (staff and stakeholder group) must develop and maintain ~~near-term and long-term~~ planning documentation including the ~~local~~ transportation energy landscape; strategies for how the coalition will achieve mission impact; and annual coalition goals, activities, and milestones.

**8. Administration Files:** The coalition must maintain critical coalition administration files including information needed to ensure operational continuity in the event of staff transitions or organizational change. These files must be made available to the stakeholder group and host organization management (if the coalition is hosted) and they must be updated at least once per year. Administration files must contain at a minimum: stakeholder list, current and past funders, current funding agreements, programs and activities, and procedures for how to perform key coalition activities.

**Modified planning documentation requirement based on 2/5/26 coalition feedback*

# Coalition Capacity

- We recognize many coalitions currently have diminished capacity from stalled federal funding
- Goal: **All coalitions meet all Active and Effective (A&E) Requirements by March 31, 2027**
- Coalitions may use the 2026 Coalition Cooperative Agreement sub-tasks to meet gaps in the A&E Requirements.
  - Work performed for sub-task 2.2 Enhanced Strategic Planning may include activities that fulfill #2 Planning Documentation
  - Work performed for sub-task 2.3 Maintain Coalition Administration Files may include activities that fulfill #8-Administration Files

# Transportation Energy Landscape

- Includes the total transportation market, alternative fuel vehicle market, stakeholder landscape, and market analysis.
- A transportation energy landscape could be a standalone resource or part of a broader coalition strategic plan.
- DOE is currently developing training modules and support resources with anticipated release in spring-summer 2026

# Planning for 2026 Financial Assistance Coalition Engagement Efforts

## National Workshop 2024

~~Tuesday (9/10/2024) afternoon: Framework for Success Breakouts 1 & 2~~

~~Thursday (9/12/2024) morning: Networking Tables~~

~~Thursday (9/12/2024) afternoon: Listening Session 2026 CC&C Coalition Funding Discussion~~

## Webinar/Listening Session

~~10/3/2024 and 10/15/2024 Discussing Ideas for 2026 Coalition Cooperative Agreement~~

~~Discussions with Pathfinders working group (2024-2025)~~

~~Coalition feedback received (2024-2025)~~

~~Regional Manager conversations, emails, etc. (2024-2025)~~

# 2026 Funding Tier Structure Development

- **Funding tier structure** updated for 2026 was developed **based upon coalition engagement** about DOE funding during fall 2024 listening sessions, **coalition feedback** received, discussions, engagement webinars/listening sessions, etc.
- Coalition engagement topics:
  - What work coalitions could deliver with an increased funding level.
    - Feedback: Increase <u>impact</u> of work, not necessarily an increase in subtasks.
  - What factors could be used to determine coalition eligibility for an increased funding level.
    - Feedback: Location-based, coalition territory size and/or coverage area, cost of living specific to operation area, impact driven metrics compiled of quantifiable data.

# Coalition Cooperative Agreement Funding Mechanism Overview

Neil Kirschner, NETL

# Acronym Decoder & Definitions

- **AFPR** = Alternative Fuel Price Report
- **AFDC** = Alternative Fuels Data Center
- **ASAP** = Automated Standard Application for Payment
- **CS** = Contract Specialist
- **CO** = Contracting Officer
- **CMEI** = Critical Minerals and Energy Innovation
- **EERE-PMC** = Project Management Center website
- **FARC** = Federal Assistance Reporting Checklist
- **FY** = Fiscal Year
- **PO** = Project Officer (also "TPO")
- **POP** = Period of Performance
- **QPR** = Quarterly Progress Report
- **RIS** = Response Information Sheet
- **RM** = Regional Manager
- **SAM** = System for Award Management
- **SOP** = Standard Operating Procedure
- **SOPO** = Statement of Project Objectives
- **UEI** = Unique Entity Identifier
- **T's & C's** = Terms and Conditions
- **TTO** = Transportation Technologies Office

# How does this funding work?

- These **fixed amount** awards are ***cooperative agreements***
  - Like a grant – cooperative agreements provide financial assistance to a recipient to carry out a specific purpose.
  - Cooperative Agreements allow for **“substantial involvement”** from the sponsoring agency (DOE).
  - Substantial involvement can include participating in project planning, providing technical assistance, coordinating activities, or reviewing progress.
- DOE uses this mechanism to fund coalition activities that:
  - **Advance the CC&C mission** while providing each coalition flexibility to create its own project plan including customized goals and activities.
  - Collect **market transformation data** to feed into national level tools and resources which advance the CC&C mission.

# Nature of the Coalition Cooperative Agreement

- The coalition coop agreement is a **Fixed Amount Award (FAA)** to perform a certain set of tasks. It is not funding for the coalition to exist and operate.
- The FAA is not structured to pay coalitions for all work coalitions perform, even if that work aligns with the SOPO tasks and is valuable work that advances the CC&C mission.
- Coalitions should determine how much work the money can fund and plan their work accordingly. **Coalitions must balance level of effort, schedule, and budget.**



# Fixed Amount Awards

- A fixed amount award is a specific level of funding **regardless of actual costs** incurred
  - Same funding for same scope of work
  - Total amount of funding is predetermined and will not change, regardless of whether the project costs more or less than initially estimated
  - Funding level is determined by the sponsoring agency (DOE) based on market research
  - Emphasis on meeting specific outcomes
  - Payments are tied to accomplishments or deliverables (reporting is very important)
  - No cost share requirement



# Role of Accelerate Interns in the Cooperative Agreement




**Avoid Overlap with Accelerate Interns' Tasks**

Coalitions are encouraged to have interns work on stand-alone projects that otherwise would not be completed.

If Accelerate interns are assisting with a project that receives separate funding (e.g., Coalition Cooperative Agreement sub-tasks) they must play an extremely limited role.

An Accelerate intern should not be solely responsible for a tasks in the Coalition Cooperative Agreement.

# 2026 Coalition Cooperative Agreement

Jordan Foster, NETL

# 2026 Rollout Schedule

**February 20, 2026**

- Invitation packages issued to Coalitions.

**March 6, 2026**

- Application packages due to RM's.

**April 1, 2026**

- Anticipated Period of Performance (POP) Start of New Awards

# 2026 Cooperative Agreement Updates

- Updates to 2026 cooperative agreement:
  - Previous awards performance period (2021 to 2025) will end March 31, 2026.
  - Determination of Restricted Eligibility (DRE) executed for new 5-year period (2026 to 2031). **Participation restricted to DOE-designated CC&C coalitions.**
  - **New awards** to be issued for the next 5-year period. Previous awards to be closed out.
  - **New funding tier structure**, option for High Tier funding level based on coalition eligibility criteria.
  - Revamped **SOPO tasks to align with CC&C goals**.
  - **Reduced overlap** between quarterly and annual reporting requirements.

# 2026 Funding Tier Structure

- **High Tier funding eligibility criteria:**
  1. **Territory Size** – (1A) Population threshold of 3,000,000 **or**
     (1B) Geographic Square Mile Area of 9,000 **and**
  2. **Impact Metric** – Threshold of 1,000,000 GGE.
- Coalition territory and impact metric data values used for eligibility criteria are based on the latest recorded Coalition Annual Activity Report (2024).
- Results: **Approximately 60% of Coalitions** meet the High Tier eligibility requirements.
- **Notification of Eligibility:** The cooperative agreement invitation package will include whether your coalition is or is not eligible for the High Tier funding level.

| | 1A | 1B | 2 |
|---|---|---|---|
| **High Tier Eligibility Criteria** | **Territory Population** | **Territory Geographic Area (Square Mile)** | **Impact Metric (GGE)** |
| Threshold Parameter Values | 3,000,000 | 9,000 | 1,000,000 |
| **Formula: (1A or 1B) and 2 = High Tier Eligible** | | | |

# 2026 Clean Cities and Communities Cooperative Agreement

***REVIEW***

**Statement of Project Objectives (SOPO)**

**Deliverables & Schedule**

**Payments**

# 2026 Statement of Project Objectives (SOPO) Options Overview

| 2026 Coalition Cooperative Agreement SOPO Options | | |
|---|---|---|
| ***SOPO Option*** | ***Tasks*** | ***Funding Amount*** |
| **SOPO #1 High Tier** | Tasks 1.0 – 5.0 (larger minimum requirements) | $215,000 |
| **SOPO #2 Standard Tier** | Tasks 1.0 – 5.0 (smaller minimum requirements) | $130,000* |
| **SOPO #3 Low Tier** | Tasks 1.0 – 4.0 (No task 5.0 activities) | $85,000 |
| **Coalition Council** | Task 6.0 | $8,000 |

*SOPO #2 includes a one-time increase from $115K to $130K for two Coalition Annual Activity Reports (2025 Report due April 30, 2026 and 2026 Report due March 19, 2027). Funding may return to $115K in future years.

- Each coalition will receive a SOPO tailored to their specific funding level.
- Task 6.0 is reserved only for elected representatives to Coalition Council.

# Work Level of Effort Must Correlate to Funding Level Selected

- A coalition may be eligible for the High Tier SOPO but not in a position for 2026 to select that funding level due to limited organizational capacity. Coalitions that do not have the capacity to perform the SOPO #1 High Tier funding level of effort are encouraged to select either the Standard Teir or Low Tier SOPO.
- If you have concerns or questions about which SOPO level to select, discuss with your RM.
- Coalitions that select SOPO #1 High Tier must plan for and perform a level of effort correlated to that funding level.
- The project management plan (PMP), quarterly reporting information, and overall impact metrics for the High Tier SOPO must reflect higher value work than for the Standard or Low SOPO.
- If a coalition selects the High Tier SOPO and the draft PMP does not reflect an appropriate level of effort, further conversations with your RM will need to be conducted.

# 2026 SOPO Task Overview

| Basic Task Overview | | | | |
|---|---|---|---|---|
| **Task 1.0** | **Task 2.0** | **Task 3.0** | **Task 4.0** | **Task 5.0** |
| **Project Management and Administration** | **Coalition Collaboration, Strategic Planning, and Administration** | **Connect** | **Market Data Collection and Reporting** | **Inform and Deploy** |
| • Tracking and reporting project performance<br>• PMP updates | • Training and Peer Sharing<br>• Enhanced Strategic Planning<br>• Maintain Coalition Administration Files | • Stakeholder Outreach and Engagement<br>• Stakeholder Communication | • Coalition Annual Activity Report<br>• Alternative Fuel Price Tracking and Reporting<br>• Area Alternative Fuel Station Verification<br>• Vehicle and Station Cost Tracking and Reporting | • Share Transportation Expertise with Stakeholders<br>• Technical Training and Education<br>• Innovative Technology Planning and Deployment |

# SOPO Tasks Supporting CC&C Goals

| CC&C Goals | Supporting SOPO Task |
|---|---|
| 1. Improve Transportation Energy System | Task 2.0, 3.0, 4.0, 5.0 |
| 2. Connect Stakeholders | Task 3.0 |
| 3. Inform Stakeholders | Task 4.0, 5.0 |
| 4. Local-National Feedback Loop | Task 4.0 |
| 5. Leverage Funding | Task 5.0 |
| 6. Engage in Multi-Coalition Collaboration | Task 2.0, 5.0 |
| 7. Expand Local Presence | Task 3.0, 5.0 |
| 8. Enhance Strategic Planning | Task 1.0, 2.0, 4.0 |
| 9. Strong Coalition Administration | Task 1.0, 2.0 |

# Task 1.0 – Project Management and Reporting

- Uniform across all 2026 SOPOs.
- Plan project activities aligning with CC&C goals, track performance, ensure quality and timely deliverables, submit necessary reporting, and ensure work contributes value.
- Project management and reporting specific to this cooperative agreement project.
- Develop a project management plan (PMP)
    - Preliminary PMP due with application package.
    - Revised PMP due May 15, 2026, upload to EERE-PMC website.
- Report progress and activities in the Quarterly Progress Report (QPR) and the Coalition Activities Reporting Tool (CART).

# Task 2.0 – Coalition Collaboration, Strategic Planning, and Administration

| | High Tier | Standard Tier | Low Tier |
|---|---|---|---|
| **Description** | **Sub-task 2.1 – *Training and Peer Sharing*** | | |
| **Minimum Requirement** | The recipient will post a minimum of **two** peer sharing documentation using the online reporting system specified by DOE. | The recipient will post a minimum of **one** peer sharing documentation using the online reporting system specified by DOE. | Same as Standard |
| **Due Date** | March 31, 2027 | March 31, 2027 | March 31, 2027 |
| **Description** | **Sub-task 2.2 – *Enhanced Strategic Planning*** | | |
| **Minimum Requirement** | The recipient will submit a strategic planning deliverable using the online reporting system specified by DOE. | Same as High | Same as Standard |
| **Due Date** | March 31, 2027 | March 31, 2027 | March 31, 2027 |
| **Description** | **Sub-task 2.3 – *Maintain Coalition Administration Files*** | | |
| **Minimum Requirement** | N/A | N/A | N/A |
| **Due Date** | March 31, 2027 | March 31, 2027 | March 31, 2027 |

# Task 3.0 – Connect

| | High Tier | Standard Tier | Low Tier |
|---|---|---|---|
| **Description** | **Sub-task 3.1 – *Stakeholder Outreach and Engagement*** | | |
| **Minimum Requirement** | • Organize a minimum of **two** stakeholder convening;<br>• Engage with a minimum of **two** public fleets and **two** private fleets; and<br>• Share DOE tools and resources with stakeholders. | • Organize a minimum of **one** stakeholder convening;<br>• Engage with a minimum of **one** public fleets and **one** private fleets; and<br>• Share DOE tools and resources with stakeholders. | Same as Standard |
| **Addition Allowable Activities** | Additional allowable activities are identified in the SOPO | Additional allowable activities are identified in the SOPO | Additional allowable activities are identified in the SOPO |
| **Due Date** | March 31, 2027 | March 31, 2027 | March 31, 2027 |
| **Description** | **Sub-task 3.2 – *Stakeholder Communications*** | | |
| **Minimum Requirement** | • Coalition will use digital communication mediums to engage stakeholders at least **twice** per quarter. | • Coalition will use digital communication mediums to engage stakeholders at least **once** per quarter. | Same as Standard |
| **Due Date** | March 31, 2027 | March 31, 2027 | March 31, 2027 |

# Task 4.0 – Market Data Collection & Reporting

| | All SOPOs have the same Task 4.0 activities and deliverables |
|---|---|
| **Description** | **Sub-task 4.1 – *Coalition Annual Activity Report*** |
| **Deliverable** | The recipient will submit the data using the online reporting system specified by DOE. |
| **Due Date** | April 30, 2026 and March 19, 2027 |
| **Description** | **Sub-task 4.2 – *Alternative Fuel Price Tracking and Reporting*** |
| **Deliverable** | The recipient will submit at least **five** prices for each alternative fuel available in the coalition's territory via the online reporting system specified by DOE. |
| **Due Date** | April 15, 2026; July 15, 2026; October 15, 2026; January 15, 2027 |
| **Description** | **Sub-task 4.3 – *Area Alternative Fuel Station Verification*** |
| **Deliverable** | The recipient will respond to specific requests by DOE or a CC&C partner for station verification. |
| **Due Date** | March 31, 2027, or within 30 days of request from DOE, ICF, or other CC&C partner. |
| **Description** | **Sub-task 4.4 – *Vehicle and Station Cost Tracking and Reporting*** |
| **Deliverable** | The recipient will provide a minimum of **one** data point per project year via the online reporting system specified by DOE. |
| **Due Date** | March 31, 2027 |

# Task 5.0 – Inform and Deploy

| | High Tier | Standard Tier | Low Tier |
|---|---|---|---|
| **Description** | **Sub-task 5.1 – *Share Transportation Expertise with Stakeholders*** | | |
| **Minimum Requirement** | Provide transportation expertise support to at least **four** stakeholders. | Provide transportation expertise support to at least **two** stakeholders. | N/A |
| **Due Date** | March 31, 2027 | March 31, 2027 | |
| **Description** | **Sub-task 5.2 – *Technical Training and Education*** | | |
| **Minimum Requirement** | Provide at least **two** training and/or education sessions. | Provide at least **one** training and/or education sessions. | N/A |
| **Due Date** | March 31, 2027 | March 31, 2027 | |
| **Description** | **Sub-task 5.3 – *Innovative Technology Planning and Deployment*** | | |
| **Minimum Requirement** | The recipient will provide innovative technology planning and/or development support to at least **four** stakeholders. | The recipient will provide innovative technology planning and/or development support to at least **two** stakeholders. | N/A |
| **Due Date** | March 31, 2027 | March 31, 2027 | |

# Reporting and Deliverables

Erin Russell-Story, NETL

# 2026 SOPO Deliverables

| Task/ Sub-task | Deliverable | Due Date | Where to Submit |
|---|---|---|---|
| **1.0** | Project Management Plan | PMP due 45 days after the award is signed, approx. 5/15/26. Resubmit quarterly with every revision/update. | https://www.eere-pmc.energy.gov |
| **2.1** | Peer Sharing Documentation | Post on the Forum a minimum of two peer sharing documentation by March 31, 2027. | https://cleancities-forum.nrel.gov/ or other specified location |
| **2.2** | Strategic Planning Documentation | Due March 31, 2027. | https://www.eere-pmc.energy.gov |
| **4.1** | Coalition Annual Activity Report | Submit the Coalition Annual Activity Report: April 30, 2026 ***and*** March 19, 2027.<br>Enter coalition activities in the online reporting database quarterly: July 31, 2026; October 31, 2026; January 31, 2027; April 30, 2027. | https://cleancities.energy.gov/toolbox/annual-reporting-database |
| **4.2** | Quarterly Alternative Fuel Price Report | Reports due quarterly as follows unless otherwise notified: April 15, 2026; July 15, 2026; October 15, 2026; January 15, 2027. | https://cleancities.energy.gov/toolbox/alternative-fuel-price-report |
| **4.3** | AFDC Station Openings/Closings Updates | Stations to be verified by coalition within 30 days of request from DOE, ICF, or other CC&C partner. | https://cleancities.energy.gov/toolbox/alternative-fuel-station-report/ |
| **4.4** | Vehicle and Station Cost Tracking | Data associated from this sub-task must be submitted no later than March 31, 2027. | https://cleancities.energy.gov/toolbox/cost-tracking/ |
| **6.0** | Coalition Council Activities | Due quarterly with quarterly progress report (QPR). Narrative of individual Council member's activity during the reporting quarter and confirmation of distributing council quarterly progress email. | https://www.eere-pmc.energy.gov |

# Coalition Annual Activity Report

- **April 2026 – March 2027** award year has a one-time increase of $15K
  - Two Annual Activity Reports in one period of performance
  - Coalitions can draw down $15K after submitting the 2025 Activity Report
  - Future award years may or may not include the $15K
- **2025 Coalition Activity Report**
  - Due April 30, 2026 (can be submitted earlier and funds drawn down earlier)
  - Reporting requirements are simplified for 2025 (see next slide for requirements)
- **2026 Coalition Activity Report**
  - Due March 19, 2027
  - Coalitions must provide fully validated report data for 2026 (not the simplified version used for 2025)



# 2025 Coalition Activity Report Deliverable Requirements

- **Operating Information Section –** Complete all required fields, answering optional fields is encouraged but not mandatory
- **Coalition Information Section –** Required
- **Coalition Activities Section –** Required
  - Enter significant coalition activities and complete all required fields.
  - Encourage answering optional open-ended question: "What are the outcomes and/or impacts of this coalition activity and how did those contribute to the CC&C mission?"
- **Grants Section** – Required
- **Notable Coalition Successes** – Optional
- **New Fuel Stations** – Required
- **Project Information** (Vehicle & Fuel Inventory, Fuel Economy, Idle Reduction) - Required
  - Send at least one email to each of their project fleets asking for an update to or validation of the *number of vehicles*.
  - Follow-up emails and questions regarding vehicle/fuel operations are encouraged but not mandatory
  - Approve, reject, or adjust % contribution for all pre-populated projects based on responses

# 2025 Coalition Activity Report - Tips

To **simplify the data entry process** for coalition activities, **coalitions are encouraged to**:

- Only provide the most significant/impactful coalition activities (i.e., activities to the level that they might be named in your coalition annual plan), not all coalition activities.
- Only provide a single entry for an event or culminating activity; you do not need to submit all individual planning meetings.
- Only provide a single entry for a stakeholder working group including the total number of working group participants and the dates the group convened.
- Only enter one activity for each type of digital communication channel including selecting multiple dates if appropriate (e.g., one entry for a coalition newsletter or type of social media).
- Focus on high impact convenings, trainings, technical assistance, and projects
  - Do not submit every one-on-one stakeholder meeting that contributed to that high impact project.
  - Only enter an activity if you can describe mission impact from the activity.
- Don’t submit participation in CC&C partnership meetings such as regional calls or peer sharing discussions.

# 2026 CC&C Coalition Cooperative Agreement Reporting & Deliverables Calendar

### April
- Performance period start – 4/1/2026
- AFPR #1 – 4/15/2026
- Coalition Annual Activity Report – 4/30/2026

### May
- Revised PMP due in May (45 days after award signed

### June
- Quarter #1 ends – 6/30/2026

### July
- AFPR #2 – 7/15/2026
- QPR #1 – 7/30/2026
- Enter quarterly activities in online database (CART) – 7/31/2026

### September
- Quarter #2 ends – 9/30/2026
- Federal Fiscal Year Ends – 9/30/2026

### October
- AFPR #3 – 10/15/2026
- QPR #2 – 10/30/2026
- Enter quarterly activities in online database (CART) – 10/31/2026

### December
- Quarter #3 ends – 12/31/2026

### January
- AFPR #4 – 1/15/2027
- QPR #3 – 1/30/2027
- Enter quarterly activities in online database (CART) – 1/31/2027

### March
- Coalition Annual Activity Report – 3/19/2027
- Vehicle and Station Cost Tracking – 3/31/2027
- Strategic Planning Documentation – 3/31/2027

### April
- QPR #4 – 4/30/2027
- Enter quarterly activities in online database (CART) – 4/30/2027
- Year End Financial Report (SF-425) – 4/30/2027

DOE-AR-000124

# Reporting Overview

- NETL (Regional Managers) will host a **reporting overview webinar** in the spring
- **FARC** (Federal Assistance Reporting Checklist) outlines DOE-required reporting
- **SOPO** outlines specific sub-task reporting
- **QPR** = Quarterly Progress Reports
  - Template will be provided (simplified template!)
  - **Due 30** days after the end of every quarter
  - Submit to EERE-PMC website
- **Quarterly supplemental spreadsheet** (new)
  - Create in the coalition activity reporting tool (CART)
  - **Due 30** days after the end of every quarter
  - Submit to EERE-PMC website
- **SF-425 Annual/Final Financial Report**
  - Submit to EERE-PMC website



# 2026 Payment Drawdowns

| | | High Tier SOPO | Standard Tier SOPO | Low Tier SOPO | High Tier Plus Council | Standard Tier Plus Council |
|---|---|---|---|---|---|---|
| | | **$215,000** | **$130,000** | **$85,000** | **$223,000** | **$138,000** |
| **Deliverables** | **(Approximate) Drawdown Date** | **Drawdown Amount** | **Drawdown Amount** | **Drawdown Amount** | **Drawdown Amount** | **Drawdown Amount** |
| Coalition Annual Activity Report (due by April 30, 2026) | 5/1/2026 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 |
| 1st QPR (due by July 31, 2026) | 8/1/2026 | $50,000 | $28,750 | $17,500 | $52,000 | $30,750 |
| 2nd QPR (due by October 30, 2026) | 11/1/2026 | $50,000 | $28,750 | $17,500 | $52,000 | $30,750 |
| 3rd QPR (due by January 31, 2027) | 2/1/2027 | $50,000 | $28,750 | $17,500 | $52,000 | $30,750 |
| 4th QPR (due by April 30, 2027) | 5/1/2027 | $50,000 | $28,750 | $17,500 | $52,000 | $30,750 |

# Payments

- One drawdown of $15,000 after Coalition Activity Report has been submitted by April 30, 2026.
- After that, coalitions can drawdown a fourth of the remainder, once per quarter, *only after* QPR has been submitted
- Via ASAP = Automated System for Award Payment
- https://asap.gov/
- Requires multi-factor identification for security



# Help with ASAP Payments System



**STEP 1:**
Federal agency & recipient both enroll in ASAP.gov

**STEP 2:**
Agency adds money to recipient account & sets rules for payments

**STEP 3:**
Recipient requests payment via ASAP.gov

**STEP 4:**
Approved payments can settle as quickly as the same day.

**Training Webinars:** https://fiscal.treasury.gov/training/

Treasury offers financial education and support to agency customers through customer forums, in-person and web-based training sessions, conferences and on-demand video training.

**ASAP Help Desk:** asaphelpdesk@fiscal.treasury.gov or call 855.868.0151 (option 2)

# 2026 Invitation and Application Process

Jordan Foster, NETL

# SAM – System for Award Management

- Before returning the RIS:
  - Make sure **SAM registration is up to date.**
  - If needed, apply for a **Unique Entity Identification (UEI) number** which can be created at SAM.gov. https://sam.gov/
  - Awards cannot be issued without a current SAM registration.

# 2026 Application Process

➢ **Email** your response package to your **Regional Manager** by **March 6, 2026.**

| | Document | Titled As | Example |
|---|---|---|---|
| 1 | SF-424 | State Abbreviation_Coalition Name or Abbreviation_App424 | VT_VCC_App424 |
| 2 | Response Information Sheet (RIS) | State Abbreviation_Coalition Name or Abbreviation_RIS | CA_EBCC_RIS |
| 3 | Preliminary Project Management Plan (PMP) | State Abbreviation_Coalition Name or Abbreviation_PMP | NY_GRCC_PMP |

# Response Information Sheet (RIS)

- You must fill out a **Response Information Sheet (RIS).** This is standard for all grants/cooperative agreements through NETL.
- The Contract Specialist uses the information in the RIS to build your award package, so **please make sure it is filled out correctly and completely**.



# Response Information Sheet



U.S. DEPARTMENT OF ENERGY
National Energy Technology Laboratory

CLEAN CITIES AND COMMUNITIES
COALITION OUTREACH, ENGAGEMENT, AND MARKET TRACKING

BUDGET PERIOD 1 ACTIVITIES (APRIL 2026 - MARCH 2027)

RESPONSE INFORMATION SHEET (RIS)
ALL INFORMATION REQUESTED ON THIS FORM MUST BE PROVIDED
*Return this form to your Regional Manager via email.*

A. COALITION CONTACT INFORMATION

| | |
|---|---|
| Please identify the coalition's Regional Manager. *(enter information in the block to the right)* | Regional Manager: |
| Enter the Coalition Name. *(enter information in the block to the right)* | Coalition Name: |
| Coalition Address, including County. *(enter information in the block to the right)* | Address (including County): |
| Please provide the name and complete contact information including phone number, email address, and physical street address for the person who will be responsible for administering this award. *(enter information in the block to the right)* | Coalition Business Officer and contact information: |
| Please provide name and complete contact information including phone number, email address, and physical street address. The PI is likely also the Coalition Director. Please note if there will be any co-PIs. *(enter information in the block to the right)* | Coalition Director/Principal Investigator(s) and contact information: |
| Please provide the name of the Recipient of the award. *(enter information in the block to the right)* | Recipient (Organization) Name: |
| Provide the Recipient's Employer/Taxpayer Identification Number (EIN/TIN). *(enter information in the block to the right)* | Employer/Taxpayer Identification Number (EIN/TIN): |
| Provide the Recipient's Unique Entity Identifier (UEI). *(enter information in the block to the right)* | Unique Entity Identifier (UEI): |
| Provide the Recipient's fiscal year end date. *(enter information in the block to the right)* | Organization's Fiscal Year End Date: |

*Note: Recipient name, EIN/TIN, and UEI must concur with the Coalition's/Recipient's information recorded in the System for Award Management (SAM.gov). If your entity is not registered in SAM.gov or does not have a UEI, please utilize SAM.gov.*

Page 1 of 6

- **Section A:**
  - Regional Manager name
  - Coalition name and address
  - Business Point of Contact information
  - Coalition Director and/or PI contact info
  - Recipient (Organization) Name
  - Employer/Taxpayer ID (EIN/TIN)
  - Unique Entity Identifier (UEI)
  - Coalition's Fiscal Year End Date



DOE-AR-000133

# Response Information Sheet (continued)

**B. CONFIRMATION OF CURRENT SAM REGISTRATION**

☐ Yes – SAM registration is current through *(fill in date)* ____________________.

☐ No – SAM registration is not current. ***(Identify what action is being taken to make the registration current and when it will be completed).***

*NOTE: The award cannot be executed until the SAM registration is current.*

**C. PROJECT PERFORMANCE SITE**

List the address, including county, for the primary site where work will be performed:

| | |
|---|---|
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| County: | |

If a portion of the work will be performed at any other site(s), identify those site(s) below, and indicate what portion of the effort will be performed at this/these site(s):

| | |
|---|---|
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| County: | |
| Briefly describe portion of effort for this Site: | |

**D. COALITION CERTIFICATION**

Only active Clean Cities and Communities (CC&C) coalitions that are designated under the national program are eligible for this agreement. Coalitions must maintain their active designated status for the duration of the proposed budget period. Coalitions that are operating under a conditional re-designation at any point during the current budget period may have their SOPO tasks reduced or adjusted under this agreement.

☐ Yes, the coalition is current with DOE certification (Re-Designation).

E. AGREEMENT TO PERFORM TASKS IN STATEMENT OF PROJECT OBJECTIVES (SOPO)

- **Section B:**
  - Be aware of your Coalition's SAM registration status.
- **Section C:**
  - List where the bulk of the work on the SOPO will be performed.
  - List any and all satellite offices your coalition may have.
- **Section D:**
  - Yes. Only coalitions with current designation status were invited to apply for this funding.

# Response Information Sheet (continued)

**E. AGREEMENT TO PERFORM TASKS IN STATEMENT OF PROJECT OBJECTIVES (SOPO)**
*(Select no more than one of the "OR" options below)*

☐ No, our Coalition declines the 2026 Clean Cities and Communities Coalition Cooperative Agreement.

**OR**

☐ Our Coalition agrees to undertake **SOPO #1 High Tier** consisting of **Tasks 1.0 – 5.0** for a total value of **$215,000**.

**OR**

☐ Our Coalition agrees to undertake **SOPO #2 Standard Tier** consisting of **Tasks 1.0 – 5.0** for a total value of **$130,000**.

**OR**

☐ Our Coalition agrees to undertake **SOPO #3 Low Tier** consisting of **Tasks 1.0 – 4.0** for a total value of **$85,000**.

**AND**

☐ Yes, our Coalition agrees to undertake **Task 6.0 – Coalition Council Participation*** for a value of **$8,000**. Task 6.0 value will be added to the SOPO total value selected by the Coalition above.
*(*Task 6.0 is reserved only for elected representatives to Coalition Council.)*

## Section E:

- **Chose only ONE** – High, Standard, Low, or None.
- Check the Coalition Council Task only if your coalition director will serve as an elected member of Council.

# Response Information Sheet (continued)

**G. FINANCIAL MANAGEMENT SYSTEM**

To qualify for Financial Assistance, compliance with 2 CFR 200.302 as amended by 2 CFR 910 is required. This includes assurance of an adequate accounting system for estimating, accounting and billing for governmental funding received.

Please check applicable boxes below to verify compliance.

☐ The Recipient's Financial Management System is in compliance with 2 CFR 200.302. If this box is checked the following Accounting System Survey is not required to be completed.

☐ I do not know if the Recipient's Financial Management System is in compliance with 2 CFR 200.302. If this box is checked the following Accounting System Survey is required to be complete.

| Accounting System Survey | Yes | No | N/A |
|---|---|---|---|
| 1. Is your Accounting System in accordance with Generally Accepted Accounting Principles applicable to the circumstances and applicable Federal regulations? | ☐ | ☐ | ☐ |
| 2. Accounting System provides for: | | | |
| a. Segregation of direct costs from indirect costs. | ☐ | ☐ | ☐ |
| b. Identification and accumulation of direct costs by project. | ☐ | ☐ | ☐ |
| c. A logical and consistent method for the allocation of indirect costs to intermediate and final cost objectives. (Project is final cost objective) | ☐ | ☐ | ☐ |
| d. Accumulation of costs under general ledger control. | ☐ | ☐ | ☐ |
| e. A timekeeping system that identifies employees' labor by intermediate and final cost objectives (i.e. project level, division level). | ☐ | ☐ | ☐ |
| f. A labor distribution system that charges direct and indirect labor to appropriate cost objectives. | ☐ | ☐ | ☐ |
| g. Interim (at least monthly) determination of costs charged to a project through routine posting of books of account. | ☐ | ☐ | ☐ |
| h. Excluding costs charged to Government projects which are not allowable in terms of 2 CFR 200, Subpart E, or 48 CFR 31.2 (FAR Part 31), Contract Cost Principles and Procedures, or other provisions, as applicable. | ☐ | ☐ | ☐ |
| i. Identification of costs by project line item and by units (as if each unit or line item were a separate project) if required by the proposed award. | ☐ | ☐ | ☐ |
| 3. Is the Accounting System designed, and are the records maintained in such a manner that adequate, reliable data are developed for use in developing cost proposals? | ☐ | ☐ | ☐ |
| 4. Is the Accounting System currently in full operation? | ☐ | ☐ | ☐ |

➢ **Section G:**

- If your coalition's Financial Management System **is in compliance** with 2 CFR 200.302, **do not** complete the Accounting System Survey.
- If your coalition's Financial Management System **is NOT in compliance** with 2 CFR 200.302, or if you don't know, the Accounting System Survey **must be completed**.



DOE-AR-000136

# Response Information Sheet Completion

K. REPRESENTATION/CERTIFICATION

I represent by my signature below that all the information provided by this form is accurate.

Name: ____________________

Title: ____________________

Signature of Authorized Company/Organization Official*: ____________________

Date: ____________________

*This form will not be accepted without a signature.*

**Must Be Signed**

## ➢ Sections F, I, & J:

- Please fill out completely.
- Ensure ASAP ID number is provided in Section F.

## ➢ Section H:

- Cognizant federal agency is one from which your coalition receives the most funding.
  - This could be US Department of Energy.

## ➢ Section K:

- The application package will not be accepted without a signature.

# Completing the Application for Federal Assistance SF-424

# SF-424 (page 1)



View Burden Statement

OMB Number: 4040-0004
Expiration Date: 11/30/2025

Application for Federal Assistance SF-424

* 1. Type of Submission:
- Preapplication
- Application
- Changed/Corrected Application

* 2. Type of Application:
- New
- Continuation
- Revision

* If Revision, select appropriate letter(s):

* Other (Specify):

* 3. Date Received:

4. Applicant Identifier:

5a. Federal Entity Identifier:

5b. Federal Award Identifier:

State Use Only:

6. Date Received by State:

7. State Application Identifier:

8. APPLICANT INFORMATION:

* a. Legal Name:

* b. Employer/Taxpayer Identification Number (EIN/TIN):

* c. UEI:

d. Address:

* Street1:

Street2:

* City:

County/Parish:

* State:

Province:

* Country: USA: UNITED STATES

* Zip / Postal Code:

e. Organizational Unit:

Department Name:

Division Name:

f. Name and contact information of person to be contacted on matters involving this application:

Prefix:

* First Name:

Middle Name:

* Last Name:

Suffix:

Title:

Organizational Affiliation:

* Telephone Number:

Fax Number:

* Email:

- **Question 1**: Application.
- **Question 2**: New.
- **Question 3**: Leave blank.
- **Question 8.c**: Unique Entity Identifier (UEI) now required.
- **Question 8.f**: Enter the name and contact information of person to be contacted on matters involving this application.
- Instructions for form available at: https://www.grants.gov/forms/sf-424-family.html

# SF-424 (page 2)



Application for Federal Assistance SF-424

* 9. Type of Applicant 1: Select Applicant Type:

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

* Other (specify):

* 10. Name of Federal Agency:

11. Assistance Listing Number:

Assistance Listing Title:

* 12. Funding Opportunity Number:

* Title:

13. Competition Identification Number:

Title:

14. Areas Affected by Project (Cities, Counties, States, etc.):

Add Attachment | Delete Attachment | View Attachment

* 15. Descriptive Title of Applicant's Project:

Attach supporting documents as specified in agency instructions.

Add Attachments | Delete Attachments | View Attachments

- **Block 9**: Must select applicant entity type.
- **Block 10**: Enter "US Department of Energy"
- **Block 12**:
  - **Funding Opportunity Number:** Enter "N/A"
  - **Title:** "Clean Cities and Communities Coalition Outreach, Engagement, and Market Tracking Fixed Amount Awards"
- **Block 15**: Clean Cities and Communities Coalition Outreach, Engagement, and Market Tracking Project

# SF-424 (page 3)

**Application for Federal Assistance SF-424**

**16. Congressional Districts Of:**

* a. Applicant [ ] * b. Program/Project [ ]

Attach an additional list of Program/Project Congressional Districts if needed.

[ ] Add Attachment | Delete Attachment | View Attachment

**17. Proposed Project:**

* a. Start Date: **4/1/2026** * b. End Date: **3/31/2027**

**New start and end dates**

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | |
| * b. Applicant | $0 |
| * c. State | $0 |
| * d. Local | $0 |
| * e. Other | $0 |
| * f. Program Income | $0 |
| * g. TOTAL | |

**Total amount for your coalition's 2026 cooperative agreement**

**Copy the amount from line a (above)**

*** 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

- a. This application was made available to the State under the Executive Order 12372 Process for review on [ ]
- b. Program is subject to E.O. 12372 but has not been selected by the State for review.
- c. Program is not covered by E.O. 12372.

➢ **Block 16:**

- Find your congressional district https://www.census.gov/mycd/.

➢ **Block 17:**

➢ Start 4/1/2026, End 3/31/2027.

➢ **Block 18:**

- Enter amount of 2026 award in cells **a** and **g.**
- Enter "$0" in cells **b** though **f.**

➢ **Block 19:**

- Select **c.** – Program is not covered by EO 12372.

# SF-424 (page 3 continued)

* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)

☐ Yes ☐ No

If "Yes", provide explanation and attach

[ ] Add Attachment | Delete Attachment | View Attachment

21. *By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)

☐ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: * First Name:

Middle Name:

* Last Name:

Suffix:

* Title:

* Telephone Number: Fax Number:

* Email:

* Signature of Authorized Representative: * Date Signed:

- **<u>Block 20</u>**: Check the box appropriate to your coalition

- **<u>Block 21</u>**: Check the box
  - Must be signed and dated by the authorized representative of the applicant organization.

# 2026 Award Package

- An email notification will direct you to **FedConnect**.
- Your award package will contain:
  - **Assistance Agreement** cover page.
  - **SOPO** specific to your coalition.
  - **Terms and Conditions (T&C's)**
    - Including drawdown schedule.
  - **Federal Assistance Reporting Checklist (FARC)**
    - Reporting requirements & due dates.



# Roles and Responsibilities (NETL)

| Title | Responsibilities | Name |
|---|---|---|
| **Project Officer (PO)** | • Technical oversight of project scope, cost, and schedule<br>• Keeps HQ informed on project progress<br>• Reviews QPRs and other reports/deliverables<br>• Identifies successes and deficiencies and makes recommendations on continuation decisions | Your Project Officer is the same as your Regional Manager |
| **Contract Specialist (CS)** | • Works the business side to ensure contractual terms and conditions are consistent with federal regulations<br>• Supports the CO in all activities | Listed on the Assistance Agreement (Award Cover Page) |
| **Contracting Officer (CO)** | • The CO has a warrant issued by the Head of Contracting Activity<br>• The CO is the only person authorized to make changes to the cooperative agreement (scope, cost, and schedule), or obligate the government<br>• Initiates and approves corrective actions related to non-compliance with the terms and conditions | Listed on the Assistance Agreement (Award Cover Page) |

# Project Management Plan (PMP)

Erin Russell-Story, NETL

# Preliminary PMP - Template

➢ A Project Management Plan (PMP) is a TOOL **for your coalition** to PLAN and MANAGE the work of the Coalition Cooperative Agreement.

- The PMP can help your coalition:
  - Lay out expectations so coalition staff and stakeholders can work in alignment
  - Break down work into milestones to show progress towards goals
  - Communicate to DOE planned work that is within the scope of the SOPO
  - Create a foundation for a streamlined Quarterly Progress Report
- A PMP template is provided





# Project Planning Best Practices

- Think about engaging stakeholders in your planning process
- This PMP should only cover tasks/sub-tasks in the coalition cooperative agreement
- Consider developing a separate Annual Operating Plan that covers all your coalition's work, not just cooperative agreement tasks
- Project Management Plans, Annual Operating Plans, and Strategic Plans should all work together. Each document should inform the others.




- Covers a single project
- One or more years
- Coalition may have multiple PMPs (one for each project)

- Covers a single year.
- All organization activities for all projects
- Activities support coalition goals
- Addresses funding & staffing needs

- Covers 2 – 5 years.
- Big goals

# PMP continued

- Your Regional Manager will review your coalition's preliminary PMP and provide feedback as soon as possible.
- A **revised PMP is due by May 15, 2026**. This version should be uploaded to the EERE-PMC. (This is detailed in the SOPO deliverables table.)
- If there are significant changes to the PMP schedule or approach, update the PMP and submit it to DOE. Updated PMPs may be uploaded to the EERE-PMC as often as every quarter* (i.e.: when QPRs are submitted)
- Each quarter, RMs review the QPRs and compare them to the PMP. If a QPR shows adequate progress towards the project activities, then the recipient may draw down funding for that quarter. If not, then DOE may need to intervene and determine corrective action needed for the recipient to draw down future funding.

# PMP vs QPR

## Project Management Plan:

- **Informs DOE** of project goals and **plans** (i.e. activities and milestones)
- **Tool for the coalition** to manage the project work.
- OK to adjust PMP to reflect changes in planned activities (e.g., schedule changes).
- Resubmit to DOE if significant changes or shifts in activities and/or schedule occur.
- Helps DOE ensure a coalition is on track to meet their cooperative agreement goals and activities

## Quarterly Progress Report:

- **Informs DOE** of the **progress** towards project activities.
- Includes some information from the PMP (i.e., milestones) to show actual progress against the plan.
- Mostly backwards looking (previous quarter).
- Helps DOE tell the STORY of project value and coalition successes.
- Necessary for drawing down funding

# Provide Goals, Activities, and Milestones

**Goals:** Provide at least one SMART goal for the sub-task. Add additional goals as needed to adequately describe planned work.

**Activities:** Describe the activities the recipient will undertake to achieve the goal(s).

**Sub-task Table:** Complete the table below with planned milestones and dates. Provide at least one milestone per quarter.

| Milestone Description | Planned Completion Date |
| --- | --- |
| | |
| | |
| | |
| | |




**Specific:**
What do you want to achieve?

**Measurable:**
How will you measure whether you meet the objective or not?

**Achievable:**
Is the objective attainable with the resources you have?

**Relevant:**
Is the objective something that matters to your organization?

**Time-based:**
When do you want to achieve the set objective?

# PMP Example: Sub-task 2.2 – Enhanced Strategic Planning

**Goal:** Complete a documented transportation energy landscape in alignment with the Active and Effective Requirement #2 Planning Documentation and submit to DOE by March 31, 2027.

**Activities:**

- Review past coalition planning documentation including original program plan when the coalition sought designation status
- Participate in a Transportation Energy Landscape training
- Create a draft statewide Transportation Energy Landscape
- Share draft with stakeholders for feedback and incorporate feedback in the final version

**Sub-task Table with quarterly milestones:**

| Milestone Description | Planned Completion Date |
|---|---|
| Review existing coalition planning documentation | 4/30/26 |
| Attend Transportation Energy Landscape training | 7/30/26 |
| Develop draft Transportation Energy Landscape and distribute for feedback | 10/15/26 |
| Submit final Transportation Energy Landscape to DOE | 2/15/27 |

# PMP Example: Sub-task 2.3 – Maintain Coalition Administration Files

**Goal:** Update coalition administration files including the stakeholder list, current and past funders, programs and activities, and standard operating procedures (SOPs) by 3/15/27. Make administration files available to the coalition stakeholder group.

**Activities:**

- Identify staffing resources to ensure completion of the goal.
- Review all existing administration files and identify gaps.
- Identify stakeholder records.
- Compile list of current funders and amounts, and funding sources from past five years.
- Make administration files accessible to stakeholder group.

**Sub-task Table with quarterly milestones:**

| Milestone Description | Planned Completion Date |
|---|---|
| Reviewed all existing coalition SOP's and identify gaps. | 6/1/26 |
| Emailed communication to stakeholders requesting updated contact information. | 9/15/26 |
| List of current and past funding sources and amounts complete. | 12/15/26 |
| Made administration files accessible to three coalition board members | 3/15/27 |

# PMP Example: Sub-task 3.1 – Stakeholder Outreach & Engagement

**Goal:** Host a minimum of two stakeholder meetings by March 1, 2027.

**Activities:**

- Host alternative fuels ride-and-drive by August 30, 2026.
- Host stakeholder expansion event in February 2027.

**Sub-task Table with quarterly milestones:**

| Milestone Description | Planned Completion Date |
|---|---|
| Confirm location for ride-and-drive event. | 4/25/26 |
| Secure at least 5 vehicles from dealerships for the rid-and-drive event. | 7/30/26 |
| Secure location for stakeholder expansion event. | 10/1/26 |
| Send out email invitation to current and prospective stakeholders about expansion event. | 1/8/27 |

# PMP Example: Sub-task 3.2 – Stakeholder Communication

**Goal:** Develop a communications schedule/plan for the year that encompasses electronic newsletter(s) and website updates, as well as the stakeholder meeting schedule. Communications plan will be complete by May 1 of every year.

**Activities:**

- Review all communications sent to stakeholders the previous year.
- Build schedule of steps necessary to create and distribute the coalition e-newsletter.
- Identify necessary updates to coalition website.

**Sub-task Table with quarterly milestones:**

| Milestone Description | Planned Completion Date |
|---|---|
| Build and complete communications plan that includes a schedule of e-newsletter distribution and website updates. | 5/1/26 |
| Complete necessary updates to coalition website by the first week of every quarter. | 4/3/26; 7/3/26; 10/9/26; 1/8/27 |
| Collaborate with stakeholder leadership to set meeting schedule for next 12 months. | 8/1/2026 |
| Build system to track necessary updates to coalition website. | 3/15/27 |

# PMP Example: Sub-task 5.1 – Share Transportation Expertise with Stakeholders

**Goal:** Provide transportation expertise support to at least **four** stakeholders by March 31, 2027.

**Activities:**

- Deliver a fleet analysis, using AFLEET, to demonstrate the total cost of ownership of scenarios for adopting AFVs to two fleets.
- Build a renewable diesel working group comprised of stakeholders, distributors, and interested fleet managers.
- Train at least two stakeholders regarding the use of FuelEconomy.gov

**Sub-task Table with quarterly milestones:**

| Milestone Description | Planned Completion Date |
|---|---|
| Sent individualized messages to 12 stakeholders asking about their needs. | 6/15/26 |
| Information resource to help stakeholders understand local incentives developed. | 7/15/26 |
| Complete fleet analysis for two stakeholder fleets using AFLEET. | 10/15/26 |
| Complete FuelEconomy.Gov training with at least two stakeholders. | 1/15/27 |

# PMP Example: Sub-task 5.2 – Technical Training and Education

**Goal:** Provide at least **two** training and/or education sessions by March 31, 2027.

**Activities:**

- Host CNG safety training for first responders.
- Host EVSE permitting and installation best practices training for permitting officials and AHJ's from within the coalition territory.

**Sub-task Table with quarterly milestones:**

| Milestone Description | Planned Completion Date |
|---|---|
| Contract with vendor to deliver CNG safety training. | 6/15/26 |
| Secure date and location for CNG safety training. | 9/15/26 |
| CNG safety training complete. | 11/15/26 |
| Identify date and location for permitting best practices training. | 1/30/27 |

# PMP Example: Sub-task 5.3 – Innovative Technology Planning and Deployment

**Goal:** Provide innovative technology planning and/or development support to at least **four** stakeholders.by March 31, 2027.

**Activities:**

- Actively participate on the Multi-State MD/HD DCFC(EVSE) planning committee hosted by stakeholder State Energy Office.
- Work with at least two stakeholders that have multiple facilities across the state to help them develop a propane fueling plan.
- Work with stakeholder Acme Services to develop an alternative fuel infrastructure plan to support their consent decree.

**Sub-task Table with quarterly milestones:**

| Milestone Description | Planned Completion Date |
|---|---|
| Confirm with State Energy Office the coalition's seat on the MD/HD EVSE regional infrastructure planning committee. | 6/15/26 |
| Update staff training on alternative fuels, including LPG, CNG, EVSE, etc. | 9/15/26 |
| Identify two stakeholder fleets interested in using LPG and associated fueling infrastructure. | 11/1/26 |
| Hold at least three meetings with Acme Services to assist them w/infrastructure plans. | 1/30/27 |

Clean Cities and Communities

# Questions

- Your Regional Manager is your main point of contact for your coalition cooperative agreement.
- If your RM isn't available, any RM should be able to answer your question(s).
- An electronic FAQ document about the cooperative agreement and deliverables is forthcoming.