**U.S. DEPARTMENT OF ENERGY**
**National Energy Technology Laboratory**

# CLEAN CITIES AND COMMUNITIES
# COALITION OUTREACH, ENGAGEMENT, AND MARKET TRACKING

**BUDGET PERIOD 1 ACTIVITIES (APRIL 2026 - MARCH 2027)**

## RESPONSE INFORMATION SHEET (RIS)

**ALL INFORMATION REQUESTED ON THIS FORM MUST BE PROVIDED**

*Return this form to your Regional Manager via email.*

## A. COALITION CONTACT INFORMATION

| | |
|---|---|
| **Please identify the coalition's Regional Manager.**<br>*(enter information in the block to the right)* | **Regional Manager:** |
| **Enter the Coalition Name.**<br>*(enter information in the block to the right)* | **Coalition Name:** |
| **Coalition Address, including County.**<br>*(enter information in the block to the right)* | **Address (including County):** |
| **Please provide the name and complete contact information including phone number, email address, and physical street address for the person who will be responsible for administering this award.**<br>*(enter information in the block to the right)* | **Coalition Business Officer and contact information:** |
| **Please provide name and complete contact information including phone number, email address, and physical street address. The PI is likely also the Coalition Director. Please note if there will be any co-PIs.**<br>*(enter information in the block to the right)* | **Coalition Director/Principal Investigator(s) and contact information:** |
| **Please provide the name of the Recipient of the award.**<br>*(enter information in the block to the right)* | **Recipient (Organization) Name:** |
| **Provide the Recipient's Employer/Taxpayer Identification Number (EIN/TIN).**<br>*(enter information in the block to the right)* | **Employer/Taxpayer Identification Number (EIN/TIN):** |
| **Provide the Recipient's Unique Entity Identifier (UEI).**<br>*(enter information in the block to the right)* | **Unique Entity Identifier (UEI):** |
| **Provide the Recipient's fiscal year end date.**<br>*(enter information in the block to the right)* | **Organization's Fiscal Year End Date:** |

*Note: Recipient name, EIN/TIN, and UEI must concur with the Coalition's/Recipient's information recorded in the System for Award Management (SAM.gov). If your entity is not registered in SAM.gov or does not have a UEI, please utilize SAM.gov.*

## B. CONFIRMATION OF CURRENT SAM REGISTRATION

☐ Yes – SAM registration is current through ***(fill in date)*** ______________________.

☐ No – SAM registration is not current. ***(Identify what action is being taken to make the registration current and when it will be completed).***

***NOTE: The award cannot be executed until the SAM registration is current.***

## C. PROJECT PERFORMANCE SITE

List the address, including county, for the primary site where work will be performed:

| | |
|---|---|
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| County: | |

If a portion of the work will be performed at any other site(s), identify those site(s) below, and indicate what portion of the effort will be performed at this/these site(s):

| | |
|---|---|
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| County: | |
| Briefly describe portion of effort for this Site: | |

## D. COALITION CERTIFICATION

Only *active* Clean Cities and Communities (CC&C) coalitions that are designated under the national program are eligible for this agreement. Coalitions must maintain their active designated status for the duration of the proposed budget period. Coalitions that are operating under a conditional re-designation at any point during the current budget period may have their SOPO tasks reduced or adjusted under this agreement.

☐ Yes, the coalition is current with DOE certification (Re-Designation).

## E. AGREEMENT TO PERFORM TASKS IN STATEMENT OF PROJECT OBJECTIVES (SOPO)

***(Select no more than one of the "OR" options below)***

☐ No, our Coalition declines the 2026 Clean Cities and Communities Coalition Cooperative Agreement.

**OR**

☐ Our Coalition agrees to undertake **SOPO #1 High Tier** consisting of **Tasks 1.0 – 5.0** for a total value of **$215,000**.

**OR**



DOE-AR-000162

☐ Our Coalition agrees to undertake **SOPO #2 Standard Tier** consisting of **Tasks 1.0 – 5.0** for a total value of **$130,000**.

**OR**

☐ Our Coalition agrees to undertake **SOPO #3 Low Tier** consisting of **Tasks 1.0 – 4.0** for a total value of **$85,000**.

**AND**

☐ Yes, our Coalition agrees to undertake **Task 6.0 – Coalition Council Participation*** for a value of **$8,000**. Task 6.0 value will be added to the SOPO total value selected by the Coalition above. *(*Task 6.0 is reserved only for elected representatives to Coalition Council.)*

## F. PAYMENT INFORMATION

1. Has the Coalition received any prior DOE award administered by NETL?

   ☐ Yes If yes, please list the most recent award number: ____________________

   ☐ No

2. Is the Awardee currently enrolled with the U.S. Department of Treasury / ASAP system (Automated Standard Application for Payment System) under the DOE?

   ☐ Yes Enter Awardee Seven-digit ASAP ID Number: _____________________

   ☐ No

3. Please provide the following contact information for ASAP and/or Payments:

   IMPORTANT: If not currently enrolled in the ASAP system, the person identified below will be contacted by the U.S. Department of Treasury with further instruction on completing the ASAP enrollment process.

   ASAP / Payments Contact Person: _______________________________________

   Phone No.: _____________________ Email: _____________________________

4. Indicate the name, phone number, and email address of the Designated Responsible Employee for complying with national policies prohibiting discrimination (see 10 CFR 1040.5 and the Certifications and Assurances SF-424B Assurances for Non-Construction Programs or SF-424D Assurances for Construction Programs found at: https://www.grants.gov/forms/forms-repository/sf-424-family).

| | |
|---|---|
| ______________________________ | ______________________________ |
| Name | Phone Number |
| ______________________________ | ______________________________ |
| Title | Email Address |

## G. FINANCIAL MANAGEMENT SYSTEM

To qualify for Financial Assistance, compliance with 2 CFR 200.302 as amended by 2 CFR 910 is required.

This includes assurance of an adequate accounting system for estimating, accounting and billing for governmental funding received.

Please check applicable boxes below to verify compliance.

☐ The Recipient's Financial Management System is in compliance with 2 CFR 200.302. If this box is checked the following Accounting System Survey is not required to be completed.

☐ I do not know if the Recipient's Financial Management System is in compliance with 2 CFR 200.302. If this box is checked the following Accounting System Survey is required to be completed.

| **Accounting System Survey** | **Yes** | **No** | **N/A** |
|---|---|---|---|
| 1. Is your Accounting System in accordance with Generally Accepted Accounting Principles applicable to the circumstances and applicable Federal regulations? | ☐ | ☐ | ☐ |
| 2. Accounting System provides for: | | | |
| a. Segregation of direct costs from indirect costs. | ☐ | ☐ | ☐ |
| b. Identification and accumulation of direct costs by project. | ☐ | ☐ | ☐ |
| c. A logical and consistent method for the allocation of indirect costs to intermediate and final cost objectives. (Project is final cost objective) | ☐ | ☐ | ☐ |
| d. Accumulation of costs under general ledger control. | ☐ | ☐ | ☐ |
| e. A timekeeping system that identifies employees' labor by intermediate and final cost objectives (i.e. project level, division level). | ☐ | ☐ | ☐ |
| f. A labor distribution system that charges direct and indirect labor to appropriate cost objectives. | ☐ | ☐ | ☐ |
| g. Interim (at least monthly) determination of costs charged to a project through routine posting of books of account. | ☐ | ☐ | ☐ |
| h. Excluding costs charged to Government projects which are not allowable in terms of 2 CFR 200, Subpart E, or 48 CFR 31.2 (FAR Part 31), Contract Cost Principles and Procedures, or other provisions, as applicable. | ☐ | ☐ | ☐ |
| i. Identification of costs by project line item and by units (as if each unit or line item were a separate project) if required by the proposed award. | ☐ | ☐ | ☐ |
| 3. Is the Accounting System designed, and are the records maintained in such a manner that adequate, reliable data are developed for use in developing cost proposals? | ☐ | ☐ | ☐ |
| 4. Is the Accounting System currently in full operation? | ☐ | ☐ | ☐ |

Please provide the type of accounting system utilized (manual or electronic). If electronic, provide the software system implemented. In addition, if "No" is checked to any of the boxes above, please provide a detailed explanation here or as an attachment.

| |
|---|
| |

## H. COGNIZANT AGENCY

1. Information for determining Cognizant Agency/Office

1a. Identify Cognizant **Federal** Agency (agency providing the preponderance of Federal funding), and provide Agency name, a point of contact, phone number, and e-mail.

Agency: ____________________

Point of Contact: ____________________

Phone: ____________________

E-mail: ____________________

1b. Provide the following information for the 5 highest dollar value awards for current DOE contracts, grants or awards (do not include sub-awards).

| DOE Contract/Award # | DOE Awarding Office | Start Date | End Date | Total Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## I. AUDIT REQUIREMENTS

**Single Audit**: A non-Federal entity that expends $1,000,000 or more during the non-Federal entity's fiscal year in Federal awards must have a single audit conducted in accordance with 2 CFR 200.514.

**Compliance Audit**: If a for-profit entity has one or more DOE awards with expenditures totaling $1,000,000 or more during the for-profit entity's fiscal year, they must have a compliance audit, performed by an independent auditor, for each of the awards with $1,000,000 or more in expenditures in accordance with 2 CFR 910.514. If the entity has multiple awards, the auditor can issue one consolidated report. All audits must be conducted in accordance with Generally Accepted Accounting Standards and the associated audit costs are allowable under the award. The audit must be completed and submitted within the earlier of 30 calendar days after receipt of the auditor's report, or nine months after the end of entity's fiscal year end date.

a. Has your organization had an independent compliance audit or single audit performed?

☐ Yes
☐ No

b. Has your organization undergone a financial audit within the last 3 years?

☐ Yes
☐ No

**IMPORTANT: If Yes to either a or b, please include a copy of the audit.**

| Use this block to explain why a financial audit was not completed or performed. |
|---|

## J. FOREIGN NATIONAL

☐ Yes, this award has a **Foreign National** in the position of Principal Investigator (Coalition Director) or Co-PI (Co-Director) or a person in any role from countries identified on the U.S. Department of State's list of State Sponsors of Terrorism.

☐ No, this award does not have a **Foreign National** in the position of Principal Investigator (Coalition Director) or Co-PI (Co-Director) or a person in any role from countries identified on the U.S. Department of State's list of State Sponsors of Terrorism.

## K. REPRESENTATION/CERTIFICATION

I represent by my signature below that all the information provided by this form is accurate.

**Name:** ______________________________

**Title:** ______________________________

**Signature of Authorized Company/Organization Official*:** ______________________________

**Date:** ______________________________

**This form will not be accepted without a signature.*