## Special Terms and Conditions

City and County of San Francisco ("recipient"), which is identified in Block 5 of the Assistance Agreement, and the United States Department of Energy ("DOE"), enter into this award, referenced above, to achieve the project objectives stated in the Attachments to this award.

This award consists of the Assistance Agreement, Standard Terms and Conditions, Special Terms and Conditions, and the following Attachments:

| Attachment Number | Title |
|---|---|
| | Special Terms and Conditions |
| 1 | Statement of Project Objectives |
| 2 | Federal Assistance Reporting Checklist and Instructions |

### Applicability of Special Terms and Conditions

These Special Terms and Conditions comply with 2 CFR 200.211(d) and are a companion document to the Standard Terms and Conditions, available at Funding Opportunities, and address the unique aspects of a particular award driven by program specific requirements, statutory criteria, risks, or other considerations. The Standard Terms and Conditions comply with 2 CFR 200.211(c) and provide a common set of financial assistance terms that can be applied to all applicable DOE awards. Recipients must meet the requirements set forth in both the Standard and Special Terms and Conditions. In instances where requirements may conflict, the Special Terms and Conditions will take precedence.

### Notice Regarding Use of Hyperlinks

Hyperlinks are provided to improve the readability of the terms as a convenience to the recipient. The hyperlinked citation is applicable and in full effect on the effective date of Assistance Agreement, (or amended terms and conditions as may be applicable). If a hyperlink is broken, dead, or orphaned, the referenced regulation remains applicable.

## Table of Contents


Applicability of Special Terms and Conditions ..... 1

Notice Regarding Use of Hyperlinks ..... 1

Table of Contents ..... 2

I. Administrative Terms ..... 3

A. Prior Approvals ..... 3

II. National Policy Terms ..... 6

A. NEPA Determination ..... 6

III. DOE Terms ..... 7

A. Federal Stewardship ..... 7

IV. Research, Technology, and Economic Security Terms ..... 8

A. Definitions ..... 8

V. Financial Terms ..... 11

A. Payment Procedures - Automated Standard Application for Payments (ASAP) 11

VI. Program Specific Terms ..... 12

A. Funding of Budget Periods ..... 12

B. Continuation Application and Funding ..... 12

C. Substantial Involvement ..... 13

# I. Administrative Terms

## A. Prior Approvals

The following programmatic decisions or costs require prior approval from the Grants Officer as described below and, when applicable, in the corresponding term. Prior approvals must be submitted in writing to the Grants Officer, Specialist, and Federal Project Manager for your award. You are not authorized to proceed until you receive written notification from the Grants Officer.

| Prior Approval Description | Location | Applicability/Disposition |
|---|---|---|
| Change in scope to include site changes or the objective of the project or program (even if there is no associated budget revision requiring prior approval). | 2 CFR 200.308(f)(1) | Applicable to all awards |
| Change in key personnel or new covered individuals if applicable. | 2 CFR 200.308(f)(2) and Special Terms, "Current and Pending Support" | Applicable to all awards |
| Disengagement within regulatory limits from the project by the project director or principal investigator. | 2 CFR 200.308(f)(3) | Applicable to all awards |
| Inclusion of costs that require prior approval in accordance with 2 CFR 200 Subpart E. | 2 CFR 200.308(f)(4) | Applicable to all awards |
| Transfer of participant support costs to other budget categories. | 2 CFR 200.308(f)(5) | Applicable to all awards |
| Change in subrecipients (including national laboratories) from those in the original Federal award. | 2 CFR 200.308(f)(6) and Standard Terms, "Subrecipient Change Notification" | Applicable to all awards |
| Changes in total approved cost sharing amount. | 2 CFR 200.308(f)(7) | Applicable to all awards |
| Potential or actual change of control of a recipient requires Grants Officer notification. Grants Officer approval is required for any actual change of control. | 2 CFR 910.368 | Applicable to all awards |
| Any changes to the information, disclosures, representations, and/or certifications provided in the pre-award information sheet. | Standard Terms, "Pre-Award Information" | Applicable to all awards |

| Prior Approval Description | Location | Applicability/Disposition |
|---|---|---|
| Expenditures more than the federal share authorized to a particular budget period. | Special Terms, "Funding of Budget Periods" | Applicable to all awards with multiple budget periods |
| Potential covered transaction identified in accordance with 2 CFR 180.335 prior to entering into such a transaction. | Standard Terms, "Nonprocurement Debarment and Suspension" | Applicable to all awards |
| Any changes or additions to Wage Determinations. | Special Terms, "Davis Bacon Act Requirements" | Davis Bacon Act is not applicable. |
| Awards made after July 21, 2025: If DOE directly funds the FFRDC, the recipient must notify the Grants Officer when the required agreement (e.g., CRADA, Technical Assistance Agreement, Technical Service Agreement, etc.) between the recipient and the FFRDC is finalized and provide the agreement number prior to initiation of work by the FFRDC. | Special Terms, "Funding of Federally Funded Research and Development Centers (FFRDC)" | Not Applicable |
| New potential collaborations with foreign entities, organizations, or governments in connection with the DOE-funded award scope. | Standard Terms, "Foreign Collaboration Considerations" | Applicable to all awards |
| Any project activity or cost that has not already received prior approval on historic properties listed in or eligible for listing in the National Register of Historic places. | Standard Terms, "Historic Preservation" | Applicable to all awards |
| Any project activity that has not already received prior approval involving research on human subjects, biospecimens, or identifiable private information. | Standard Terms, "Human Subjects Research" | Applicable to all awards |
| Any project activity that has not already received prior approval involving research on vertebrate animals. | Standard Terms, "Animal Welfare" | Applicable to all awards |

| Prior Approval Description | Location | Applicability/Disposition |
|---|---|---|
| Any project task, activity, or associated cost that has not already received a National Environmental Policy Act (NEPA) determination or an associated prior approval. | Standard Terms, "National Environmental Policy Act"<br><br>Special Terms, "NEPA Determination" | Applicable to all awards. |
| Any project activity or cost associated with an unmanaged or unmanageable financial conflict of interest. | Standard Terms, "Interim Conflict of Interest Policy for Financial Assistance" | Applicable to all awards |
| Any project activity or cost associated with an organizational conflict of interest. | Standard Terms, "Organizational Conflict of Interest" | Applicable to all awards |
| Any project activity or cost that has not yet received prior approval associated with or impacting the resources or reserved rights of Indian Tribe(s). | Standard Terms, "Impacted Indian Tribes" | Applicable to all awards |
| Any project activity or cost performed outside the United States (including foreign travel) that has not received prior approval, except the purchase of supplies or equipment. | Special Terms, "Performance of Work in the United States Waiver" | No activities outside of the US. |
| Any project activity or cost associated with subrecipients or contractors that are foreign entities as defined in the NOFO that have not received prior approval. | Special Terms, "Foreign Entity Participation as a Recipient, Subrecipient, or Contractor" | Applicable to all awards. When applicable, approved activities or costs associated with subrecipients or contractors that are foreign entities are found in the Foreign Entity Participation as a Recipient, Subrecipient, or Contractor Term. |
| Any property or equipment cost that has not yet received prior approval must receive prior written approval from the Grants Officer; disposition of all property and equipment must follow the requirements of 2 CFR 200.313 and 2 CFR 910.360. | 2 CFR 200.313 and 2 CFR 910.360 | Applicable to all awards |

| Prior Approval Description | Location | Applicability/Disposition |
|---|---|---|
| Any project activity or cost associated with the use of any federally owned equipment required to achieve project objectives that has not yet received prior approval. | Standard Terms, "Federally Owned Property (Government-Furnished)" | No federally owned equipment. |
| Any project activity or cost associated with project travel outside the United States that has not yet received prior approval. | Special Terms, "Foreign Travel" | Applicable to all awards. When applicable, approved travel outside the United States is found in the Foreign Travel Term. |

Prior approvals may include specific conditions in accordance with 2 CFR 200.208 that must be achieved for the activities and associated project costs to be allowable under the award. If the recipient elects not to fully achieve all the specific conditions, the costs may be deemed unallowable and all previously reimbursed costs associated with the unallowable activities will be required to be reimbursed, see 2 CFR 200.410.

Prior approvals are limited to the scope and conditions included within the request. If the scope or conditions associated with the prior approval change, authorization for the change will also require prior approval. Additionally, if a project cost is subject to multiple prior approvals, the project cost will remain unallowable until such time as all associated prior approvals are dispositioned.

If the Recipient elects to undertake activities prior to authorization from the Grants Officer, the Recipient does so at the risk of not receiving Federal funding for those activities and such costs may not be recognized as allowable cost share.

Recipients must coordinate the use of waived prior approvals included within 2 CFR 200.308(g)(1-3) with the Grants Officer.

## II. National Policy Terms

### A. NEPA Determination

In accordance with the National Environmental Policy Act Term (see Standard Terms and Conditions), the NEPA Compliance Officer has completed review of the Statement of Project Objectives (SOPO) approved by the Grants Officer and information within NEPA documents submitted by the Recipient and provided a determination. The NEPA determination and associated conditions to reduce the risk of environmental impacts are at the sole discretion of DOE and are specific to the project activities and locations as described in the SOPO approved by the Grants Officer and the DOE NEPA Determination. See Prior Approvals term for additional information.

| NEPA Compliance Officer (NCO) Determination | Approval | Conditions |
|---|---|---|
| Categorical Exclusion (CX) (1) | 100% of SOPO tasks and activities. | No additional conditions apply. All project costs for approved activities are authorized as described in the CX Determination (CX) (see Environmental Review in the award attachments for specifics). |
| (1): Authorization is limited to the project scope identified within the SOPO approved by the Grants Officer and the information provided by the recipient. | | |

## III. DOE Terms

### A. Federal Stewardship

DOE will exercise federal stewardship in monitoring project activities performed under this award. DOE will review financial, performance, and audit reports to ensure that the objectives, terms, and conditions of the award are accomplished and in compliance with the award. DOE will ensure that the recipient's financial management and accounting systems are adequate to administer this Award and provide oversight of general administrative requirements. DOE will conduct ongoing project risk reviews and assessments and review performance after completion. Activities may include, but are not limited to:

#### 1. Review Meetings

The recipient, including but not limited to the principal investigator (or, if applicable, co-principal investigators), is required to participate in periodic review meetings with DOE. Review meetings enable DOE to assess the work performed under this award and determine whether the recipient has timely achieved the technical objectives and deliverables stated in Attachment 1 to this award.

DOE shall determine the frequency of review meetings and select the day, time, and location of each review meeting and shall do so in a reasonable and good faith manner. DOE will provide the recipient with reasonable notice of the review meetings.

For each review meeting, the recipient is required to provide a comprehensive overview of the project, including:

1. The recipient's technical progress compared to the objectives stated in Attachment 1 to this award.
2. The recipient's actual expenditure compared to the approved budget attached to this award.
3. Other subject matter specified by the DOE Technology Manager/Federal Project Manager.

### 2. Project Meetings

The recipient is required to notify DOE in advance of scheduled tests and internal project meetings that would entail discussion of topics that could result in major changes to the baseline project technical scope/approach, cost, or schedule. Upon request by DOE, the recipient is required to provide DOE with reasonable access (by telephone, webinar, or otherwise) to the tests and project meetings. The recipient is not expected to delay any work under this award for the purpose of government insight.

### 3. Site Visits

DOE's authorized representatives have the right to make site visits at reasonable times to review project accomplishments and management control systems and to provide technical assistance, if required. The recipient must provide, and must require subrecipients to provide, reasonable access to facilities, office space, resources, and assistance for the safety and convenience of the government representatives in the performance of their duties. All site visits and evaluations must be performed in a manner that does not unduly interfere with or delay the work.

### 4. Technical Milestones and Deliverables

Attachment 1 to this award establishes technical milestones and deliverables. If the recipient fails to achieve two or more technical milestones and deliverables, DOE may renegotiate the Statement of Project Objectives and/or Milestone Summary Table in Attachment 1 to this award. In the alternative, DOE may deem the recipient’s failure to achieve these technical milestones and deliverables to be material noncompliance with the terms and conditions of this award and take action to suspend or terminate the award.

### 5. DOE Access

The recipient must provide any information, documents, site access, or other assistance requested by DOE for the purpose of its federal stewardship or substantial involvement.

DOE authorized representatives must have access to records in accordance with 2 CFR 200.337 to conduct audits, execute site visits, conduct research, technology and economic security due diligence reviews and monitoring, or for any other official use.

The recipient, its subrecipients, and contractors must report significant developments in accordance with 2 CFR 200.329(e) and provide access to information and documents in addition to reasonable access to facilities, office space, resources, and assistance for the safety and convenience of the government representatives in the performance of their duties. DOE will make reasonable efforts to ensure these site visits or audits do not interfere with or unduly delay project work to the maximum extent practicable.

## IV. Research, Technology, and Economic Security Terms

### A. Definitions

For purposes of Research, Technology, and Economic Security terms, the following definitions are applicable:

1. **Covered Individual:**
Covered Individual means an individual who (i) contributes in a substantive, meaningful way to the development or execution of the scope of work of a project funded by DOE, and (ii) is designated as a covered individual by DOE. Often, these individuals have doctoral or other professional degrees, although individuals at the master's or PhD level may be considered covered individuals if their involvement meets this definition. Consultants, graduate students, and those with a postdoctoral role also may be considered covered individuals if they meet this definition.

DOE designates as covered individuals any principal investigator (PI); project director (PD); co-principal investigator (Co-PI); co-project director (Co-PD); project manager; and any individual regardless of title that is functionally performing as a PI, PD, Co-PI, Co-PD, or project manager. Status as a consultant, graduate (master's or PhD) student, or postdoctoral associate does not automatically disqualify a person from being designated as a "covered individual" if they meet the definition in (i) above.

The recipient is responsible for assessing the applicability of (i) above against each person listed on the project (i.e., listed by the recipient in the application for federal financial assistance, approved budget, progress report, or any other report submitted to DOE by the recipient regarding the subject project). Further, the recipient is responsible for identifying any such individual to DOE for designation as a covered individual, if not already designated by DOE as described above.

The recipient's submission of a current and pending support disclosure and/or biosketch/resume for a particular person serves as an acknowledgement that DOE designates that person as a covered individual.

DOE may further designate covered individuals during the award period of performance.

2. **Malign Foreign Talent Recruitment Program as defined in P.L. 117-167, Section 10638 (4)**

   i. Any program, position, or activity that includes compensation in the form of cash, in-kind compensation, including research funding, promised future compensation, complimentary foreign travel, things of non de minimis value, honorific titles, career advancement opportunities, or other types of remuneration or consideration directly provided by a foreign country at any level (national, provincial, or local) or their designee, or an entity based in, funded by, or affiliated with a foreign country, whether or not directly sponsored by the foreign country, to the targeted individual, whether directly or indirectly stated in the arrangement, contract, or other documentation at issue, in exchange for the individual—

a. Engaging in the unauthorized transfer of intellectual property, materials, data products, or other nonpublic information owned by a United States entity or developed with a federal research and development award to the government of a foreign country, or an entity based in, funded by, or affiliated with a foreign country regardless of whether that government or entity provided support for the development of the intellectual property, materials, or data products;
b. Being required to recruit trainees or researchers to enroll in such program, position, or activity;
c. Establishing a laboratory or company, accepting a faculty position, or undertaking any other employment or appointment in a foreign country or with an entity based in, funded by, or affiliated with a foreign country if such activities are in violation of the standard terms and conditions of a federal research and development award;
d. Being unable to terminate the foreign talent recruitment program contract or agreement except in extraordinary circumstances;
e. Through funding or effort related to the foreign talent recruitment program, being limited in the capacity to carry out a research and development award or required to engage in work that would result in substantial overlap or duplication with a federal research and development award;
f. Being required to apply for and successfully receive funding from the sponsoring foreign government's funding agencies with the sponsoring foreign organization as the recipient;
g. Being required to omit acknowledgment of the recipient institution with which the individual is affiliated, or the federal research agency sponsoring the research and development award, contrary to the institutional policies or standard terms and conditions of the federal research and development award;
h. Being required to not disclose to the federal research agency or employing institution the participation of such individual in such program, position, or activity; or
i. Having a conflict of interest or conflict of commitment contrary to the standard terms and conditions of the federal research and development award; and

ii. A program that is sponsored by—

a. A foreign country of concern or an entity based in a foreign country of concern, whether or not directly sponsored by the foreign country of concern.
b. An academic institution on the list developed under section 1286(c)(8) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (10 U.S.C. 2358 note; Public Law 115–232); or
c. A foreign talent recruitment program on the list developed under section 1286(c)(9) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (10 U.S.C. 2358 note; Public Law 115–232).

iii. Consistent with applicable law, this term does not prohibit, unless such activities are funded, organized, or managed by an academic institution or a foreign talent recruitment program on the lists developed under paragraphs (8) and (9) of section 1286(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (10 U.S.C. 4001 note; Public Law 115–232)—

a. Making scholarly presentations and publishing written materials regarding scientific information not otherwise controlled under current law;
b. Participation in international conferences or other international exchanges, research projects or programs that involve open and reciprocal exchange of scientific information, and which are aimed at advancing international scientific understanding and not otherwise controlled under current law;
c. Advising a foreign student enrolled at an institution of higher education or writing a recommendation for such a student, at such student's request; and
d. Other international activities determined appropriate by the federal research agency head or designee.

## V. Financial Terms

### A. Payment Procedures - Automated Standard Application for Payments (ASAP)

#### 1. Method of Payment

Payment will be made by reimbursement through the Department of Treasury's ASAP system.

#### 2. Requesting Reimbursement

Requests for reimbursements must be made through the ASAP system. In accordance with 2 CFR 200.201, requests for reimbursements can only be made as follows:
The table below identifies the schedule and amounts for each reimbursement request that a recipient is authorized to draw down based on their approved SOPO tasks.

| | | **SOPO 2** |
|---|---|---|
| **Budget Period 1/Year 1** | | **SOPO VALUE** $130,000 |
| **Deliverables** | **(Approximate) Draw down date** | **Drawdown Amount** |
| Coalition Annual Activity Report (due April 30) | **5/1/2026** | $15,000 |
| 1st QPR (due July 31, 2026) | **8/1/2026** | $28,750 |
| 2nd QPR (due Oct. 31, 2026) | **11/1/2026** | $28,750 |
| 3rd QPR (due Jan. 31, 2027) | **2/1/2027** | $28,750 |
| 4th QPR (due April 30, 2027) | **5/1/2027** | $28,750 |

#### 3. Payments

All payments are made by electronic funds transfer to the bank account identified on the Bank Information Form that the Recipient filed with the U.S. Department of Treasury.

### 4. Unauthorized Drawdown of Federal Funds

The Recipient must immediately refund CMEI any amount spent or drawn down in excess of the authorized amount identified in the payment schedule above.

## VI. Program Specific Terms

### A. Funding of Budget Periods

DOE has obligated funding as shown in Block 13 of the Assistance Agreement for completion of the Project. However, only the federal share of costs associated with the current Period of Performance is available for work performed by the recipient. The federal share of costs is shown in the budget attached to the award. The current Period of Performance is shown in Block 7 of the Assistance Agreement.

The remainder of funding is contingent upon the following:

1. Availability of federal funds appropriated by Congress for the purpose of this program;
2. The availability of future-year budget authority;
3. Substantial progress towards meeting the objectives of the recipient's approved application;
4. Recipient's submittal of required reports;
5. Recipient's compliance with the terms and conditions of the award;
6. DOE's assessment of potential research, technology, and economic security (RTES) risks;

If the recipient does not submit a continuation application for subsequent Budget Periods, or DOE disapproves a continuation application for subsequent Budget Periods, the maximum DOE liability to the recipient is the funds that are available for the current approved Budget Period(s). In such event, DOE reserves the right to deobligate any remaining federal funds.

### B. Continuation Application and Funding

### 1. Continuation Application

a. A continuation application is a non-competitive application for an additional budget period within a previously approved project period. DOE will issue, via email, an invitation announcing its intention to continue into a subsequent Program Year. The invitation will include a government-generated SOPO, funding information, and a Response Information Sheet.

   In response to the invitation, the Recipient must submit to DOE a Funding Request Package, which includes the following information:

   1. A SF-424 Application for Financial Assistance
   2. Response Information Sheet, which includes information on the Government-generated SOPO
   3. Project Management Plan

b. Continuation Funding.

Continuation funding is contingent on (1) the availability of funds; (2) Recipient's submittal of required reports; (3) Recipient's compliance with the terms and conditions of the Award; (4) the Recipient's submission of a continuation application; and (5) written approval of the continuation application by the Contracting Officer."

## C. Substantial Involvement

DOE has substantial involvement in work performed under this award. DOE does not limit its involvement to the administrative requirements of this award. Instead, DOE has substantial involvement in the direction and redirection of the technical aspects of the project as a whole. Substantial involvement includes the following:

- DOE shares responsibility with the recipient for the management, control, direction, and performance of the project;
- DOE may intervene in the conduct or performance of work under this award for programmatic reasons. Intervention includes the interruption or modification of the conduct or performance of project activities;
- DOE participates in major project decision-making processes.