**U.S. DEPARTMENT OF ENERGY**
**National Energy Technology Laboratory**

**CLEAN CITIES AND COMMUNITIES**
**COALITION OUTREACH, ENGAGEMENT, AND MARKET TRACKING**

**BUDGET PERIOD 1 ACTIVITIES (APRIL 2026 - MARCH 2027)**

**RESPONSE INFORMATION SHEET (RIS)**

**ALL INFORMATION REQUESTED ON THIS FORM MUST BE PROVIDED**

*Return this form to your Regional Manager via email.*

## A. COALITION CONTACT INFORMATION

| | |
|---|---|
| **Please identify the coalition's Regional Manager.** *(enter information in the block to the right)* | **Regional Manager:** Damara Strong |
| **Enter the Coalition Name.** *(enter information in the block to the right)* | **Coalition Name:** San Francisco Clean Cities Coalition |
| **Coalition Address, including County.** *(enter information in the block to the right)* | **Address (including County):** City and County of San Francisco<br>Environment Department<br>1455 Market St. Suite 13A<br>San Francisco, CA 94103-1363 |
| **Please provide the name and complete contact information including phone number, email address, and physical street address for the person who will be responsible for administering this award.** *(enter information in the block to the right)* | **Coalition Business Officer and contact information:** Nicole Appenzeller, Clean Cities Coalition Co-Director<br>[redacted]<br>1455 Market St. Suite 13A<br>San Francisco, CA 94103-1363 |
| **Please provide name and complete contact information including phone number, email address, and physical street address. The PI is likely also the Coalition Director. Please note if there will be any co-PIs.** *(enter information in the block to the right)* | **Coalition Director/Principal Investigator(s) and contact information:** Nicole Appenzeller, Clean Cities Coalition Co-Director<br>[redacted]<br>1455 Market St. Suite 13A |
| **Please provide the name of the Recipient of the award.** *(enter information in the block to the right)* | **Recipient (Organization) Name:** City and County of San Francisco Environment Department |
| **Provide the Recipient's Employer/Taxpayer Identification Number (EIN/TIN).** *(enter information in the block to the right)* | **Employer/Taxpayer Identification Number (EIN/TIN):** [redacted] |
| **Provide the Recipient's Unique Entity Identifier (UEI).** *(enter information in the block to the right)* | **Unique Entity Identifier (UEI):** [redacted] |
| **Provide the Recipient's fiscal year end date.** *(enter information in the block to the right)* | **Organization's Fiscal Year End Date:** June 30 |

*Note: Recipient name, EIN/TIN, and UEI must concur with the Coalition's/Recipient's information recorded in the System for Award Management (SAM.gov). If your entity is not registered in SAM.gov or does not have a UEI, please utilize SAM.gov.*

## B. CONFIRMATION OF CURRENT SAM REGISTRATION

☑ Yes – SAM registration is current through *(fill in date)* 01/07/2027.

☐ No – SAM registration is not current. ***(Identify what action is being taken to make the registration current and when it will be completed).***

***NOTE: The award cannot be executed until the SAM registration is current.***

## C. PROJECT PERFORMANCE SITE

List the address, including county, for the primary site where work will be performed:

| | |
|---|---|
| Street Address: | 1455 Market St. Suite 13A |
| City: | San Francisco |
| State: | CA |
| Zip: | 94103-1363 |
| County: | San Francisco |

If a portion of the work will be performed at any other site(s), identify those site(s) below, and indicate what portion of the effort will be performed at this/these site(s):

| | |
|---|---|
| Street Address: | |
| City: | |
| State: | |
| Zip: | |
| County: | |
| Briefly describe portion of effort for this Site: | |

## D. COALITION CERTIFICATION

Only *active* Clean Cities and Communities (CC&C) coalitions that are designated under the national program are eligible for this agreement. Coalitions must maintain their active designated status for the duration of the proposed budget period. Coalitions that are operating under a conditional re-designation at any point during the current budget period may have their SOPO tasks reduced or adjusted under this agreement.

☑ Yes, the coalition is current with DOE certification (Re-Designation).

## E. AGREEMENT TO PERFORM TASKS IN STATEMENT OF PROJECT OBJECTIVES (SOPO)

***(Select no more than one of the "OR" options below)***

☐ No, our Coalition declines the 2026 Clean Cities and Communities Coalition Cooperative Agreement.

**OR**

☑ Our Coalition agrees to undertake **SOPO #2 Standard Tier** consisting of **Tasks 1.0 – 5.0** for a total value of **$130,000**.

**OR**

☐ Our Coalition agrees to undertake **SOPO #3 Low Tier** consisting of **Tasks 1.0 – 4.0** for a total value of **$85,000**.

**AND**

☐ Yes, our Coalition agrees to undertake **Task 6.0 – Coalition Council Participation*** for a value of **$8,000**. Task 6.0 value will be added to the SOPO total value selected by the Coalition above. *(*Task 6.0 is reserved only for elected representatives to Coalition Council.)*

## F. PAYMENT INFORMATION

1. Has the Coalition received any prior DOE award administered by NETL?

   ☑ Yes If yes, please list the most recent award number: DE-EE0010637

   ☐ No

2. Is the Awardee currently enrolled with the U.S. Department of Treasury / ASAP system (Automated Standard Application for Payment System) under the DOE?

   ☑ Yes Enter Awardee Seven-digit ASAP ID Number: 0658561

   ☐ No

3. Please provide the following contact information for ASAP and/or Payments:

   IMPORTANT: If not currently enrolled in the ASAP system, the person identified below will be contacted by the U.S. Department of Treasury with further instruction on completing the ASAP enrollment process.

   ASAP / Payments Contact Person: Michael Sawyer

   Phone No.: [redacted] Email: [redacted]

4. Indicate the name, phone number, and email address of the Designated Responsible Employee for complying with national policies prohibiting discrimination (see 10 CFR 1040.5 and the Certifications and Assurances SF-424B Assurances for Non-Construction Programs or SF-424D Assurances for Construction Programs found at: https://www.grants.gov/forms/forms-repository/sf-424-family).

| Name | Phone Number |
|---|---|
| Tyrone Jue | [redacted] |

| Title | Email Address |
|---|---|
| Director, San Francisco Environment Department | [redacted] |

## G. FINANCIAL MANAGEMENT SYSTEM

To qualify for Financial Assistance, compliance with 2 CFR 200.302 as amended by 2 CFR 910 is required. This includes assurance of an adequate accounting system for estimating, accounting and billing for governmental funding received.

Please check applicable boxes below to verify compliance.

☑ The Recipient's Financial Management System is in compliance with 2 CFR 200.302. If this box is checked the following Accounting System Survey is not required to be completed.

☐ I do not know if the Recipient's Financial Management System is in compliance with 2 CFR 200.302. If this box is checked the following Accounting System Survey is required to be complete.

| Accounting System Survey | Yes | No | N/A |
|---|---|---|---|
| 1. Is your Accounting System in accordance with Generally Accepted Accounting Principles applicable to the circumstances and applicable Federal regulations? | ☐ | ☐ | ☐ |
| 2. Accounting System provides for: | | | |
| a. Segregation of direct costs from indirect costs. | ☐ | ☐ | ☐ |
| b. Identification and accumulation of direct costs by project. | ☐ | ☐ | ☐ |
| c. A logical and consistent method for the allocation of indirect costs to intermediate and final cost objectives. (Project is final cost objective) | ☐ | ☐ | ☐ |
| d. Accumulation of costs under general ledger control. | ☐ | ☐ | ☐ |
| e. A timekeeping system that identifies employees' labor by intermediate and final cost objectives (i.e. project level, division level). | ☐ | ☐ | ☐ |
| f. A labor distribution system that charges direct and indirect labor to appropriate cost objectives. | ☐ | ☐ | ☐ |
| g. Interim (at least monthly) determination of costs charged to a project through routine posting of books of account. | ☐ | ☐ | ☐ |
| h. Excluding costs charged to Government projects which are not allowable in terms of 2 CFR 200, Subpart E, or 48 CFR 31.2 (FAR Part 31), Contract Cost Principles and Procedures, or other provisions, as applicable. | ☐ | ☐ | ☐ |
| i. Identification of costs by project line item and by units (as if each unit or line item were a separate project) if required by the proposed award. | ☐ | ☐ | ☐ |
| 3. Is the Accounting System designed, and are the records maintained in such a manner that adequate, reliable data are developed for use in developing cost proposals? | ☐ | ☐ | ☐ |
| 4. Is the Accounting System currently in full operation? | ☐ | ☐ | ☐ |

Please provide the type of accounting system utilized (manual or electronic). If electronic, provide the software system implemented. In addition, if "No" is checked to any of the boxes above, please provide a detailed explanation here or as an attachment.

Electronic, PeopleSoft

## H. COGNIZANT AGENCY

1. Information for determining Cognizant Agency/Office

1a. Identify Cognizant **Federal** Agency (agency providing the preponderance of Federal funding), and provide Agency name, a point of contact, phone number, and e-mail.

Agency: US Department of Energy, Office of Critical Minerals and Energy Innc

Point of Contact: Tom Schultz

Technical Project Officer, State and Community Energy Programs
Phone: [redacted]
E-mail: [redacted]

1b. Provide the following information for the 5 highest dollar value awards for current DOE contracts, grants or awards (do not include sub-awards).

| DOE Contract/Award # | DOE Awarding Office | Start Date | End Date | Total Value |
|---|---|---|---|---|
| SE0000954 | DOE/Golden Field Office | 05/01/2024 | 04/20/2026 | 796610 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## I. AUDIT REQUIREMENTS

**Single Audit**: A non-Federal entity that expends $1,000,000 or more during the non-Federal entity's fiscal year in Federal awards must have a single audit conducted in accordance with 2 CFR 200.514.

**Compliance Audit**: If a for-profit entity has one or more DOE awards with expenditures totaling $1,000,000 or more during the for-profit entity's fiscal year, they must have a compliance audit, performed by an independent auditor, for each of the awards with $1,000,000 or more in expenditures in accordance with 2 CFR 910.514. If the entity has multiple awards, the auditor can issue one consolidated report. All audits must be conducted in accordance with Generally Accepted Accounting Standards and the associated audit costs are allowable under the award. The audit must be completed and submitted within the earlier of 30 calendar days after receipt of the auditor's report, or nine months after the end of entity's fiscal year end date.

a. Has your organization had an independent compliance audit or single audit performed?

☑ Yes
☐ No

b. Has your organization undergone a financial audit within the last 3 years?

☑ Yes
☐ No

**IMPORTANT: If Yes to either a or b, please include a copy of the audit.**

Use this block to explain why a financial audit was not completed or performed.

## J. FOREIGN NATIONAL

☐ Yes, this award has a **Foreign National** in the position of Principal Investigator (Coalition Director) or Co-PI (Co-Director) or a person in any role from countries identified on the U.S. Department of State's list of State Sponsors of Terrorism.

☑ No, this award does not have a **Foreign National** in the position of Principal Investigator (Coalition Director) or Co-PI (Co-Director) or a person in any role from countries identified on the U.S. Department of State's list of State Sponsors of Terrorism.

## K. REPRESENTATION/CERTIFICATION

I represent by my signature below that all the information provided by this form is accurate.

**Name:** Tyrone Jue

**Title:** Director, San Francisco Environment Department

**Signature of Authorized Company/Organization Official*:** Tyrone Jue Digitally signed by Tyrone Jue Date: 2026.03.03 14:12:56 -08'00'

**Date:**

**This form will not be accepted without a signature.*

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

* 1. Type of Submission:
  - ☐ Preapplication
  - ☒ Application
  - ☐ Changed/Corrected Application

* 2. Type of Application:
  - ☒ New
  - ☐ Continuation
  - ☐ Revision

* If Revision, select appropriate letter(s):

* Other (Specify):

* 3. Date Received:

4. Applicant Identifier:

5a. Federal Entity Identifier:

5b. Federal Award Identifier:

**State Use Only:**

6. Date Received by State:

7. State Application Identifier:

**8. APPLICANT INFORMATION:**

* a. Legal Name: City and County of San Francisco Environment Department

* b. Employer/Taxpayer Identification Number (EIN/TIN): 94-6000417

* c. UEI: MYM4VNNBN6T9

**d. Address:**

* Street1: 1455 Market Street
Street2: Suite 13A
* City: San Francisco
County/Parish: San Francisco
* State: CA: California
Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 94103-1363

**e. Organizational Unit:**

Department Name: San Francisco Environment

Division Name: Clean Transportation Program

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix: Ms.
* First Name: Nicole
Middle Name:
* Last Name: Appenzeller
Suffix:

Title: Senior Clean Transportation Specialist

Organizational Affiliation: San Francisco Environment Department

* Telephone Number: [redacted]

Fax Number:

* Email: [redacted]

## Application for Federal Assistance SF-424

*** 9. Type of Applicant 1: Select Applicant Type:**

B: County Government

Type of Applicant 2: Select Applicant Type:

C: City or Township Government

Type of Applicant 3: Select Applicant Type:

* Other (specify):

*** 10. Name of Federal Agency:**

U.S. Department of Energy

**11. Assistance Listing Number:**

Assistance Listing Title:

*** 12. Funding Opportunity Number:**

N/A

* Title:

Clean Cities and Communities Coalition Outreach, Engagement, and Market Tracking Fixed Amount Awards

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

Add Attachment | Delete Attachment | View Attachment

*** 15. Descriptive Title of Applicant's Project:**

Clean Cities and Communities Coalition Outreach, Engagement, and Market Tracking Project

Attach supporting documents as specified in agency instructions.

Add Attachments | Delete Attachments | View Attachments

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant: 11

* b. Program/Project: 11

Attach an additional list of Program/Project Congressional Districts if needed.

Add Attachment | Delete Attachment | View Attachment

**17. Proposed Project:**

* a. Start Date: 04/01/2026

* b. End Date: 03/31/2027

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 130,000.00 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 130,000.00 |

*** 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on ________ .

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☒ c. Program is not covered by E.O. 12372.

*** 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes ☒ No

If "Yes", provide explanation and attach

Add Attachment | Delete Attachment | View Attachment

**21. *By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: Mr.

* First Name: Tyrone

Middle Name:

* Last Name: Jue

Suffix:

* Title: Director, San Francisco Environment Departmen

* Telephone Number: [redacted]

Fax Number:

* Email: [redacted]

* Signature of Authorized Representative:

* Date Signed: 03/06/2026

# Project Management Plan

(Task Description and Milestone Summary)

## CLEAN CITIES AND COMMUNITIES

## COALITION OUTREACH, ENGAGEMENT, AND MARKET TRACKING

## BUDGET PERIOD 1 ACTIVITIES (APRIL 2026 – MARCH 2027)

*The Project Management Plan (PMP) is a project management tool describing a project's scope, schedule, and other information needed to establish technical performance baselines. Recipients have the flexibility to develop a customized work plan based on coalition-specific goals that align with sub-task objectives. Documenting the project goals, activities, outcomes/impacts, and milestones enables the recipient and funder to agree upon expected work and track quarterly progress. It is the recipient's responsibility to plan work within the dollar value of the fixed amount award.*

***Instructions:***

*Recipients must fill out this template, providing information describing their specific approach to completing each sub-task.*

- *Delete the tasks that are not applicable.*
- *Provide goals, activities, outcomes and impacts, and milestones as needed to adequately describe planned work.*
- *Ensure each sub-task has at least one **SMART** (**S**pecific, **M**easurable, **A**chievable, **R**elevant, and **T**ime-based) goal.*
- *Provide at least one milestone per quarter per sub-task.*

*This PMP is intended to be a living document, modified as necessary. It is the recipient's responsibility to maintain the PMP. Federal staff may request changes in accordance with the rights reserved in the award's Terms and Conditions.*

## I. Award Information

| | |
|---|---|
| **Date of Plan:** | March 6, 2026 |
| **DOE Award Number:** | Not yet available |
| **Recipient Organization:** | City and County of San Francisco Environment Department |
| **Principal Investigator:** | Nicole Appenzeller<br>Clean Cities Coalition Co-Director, Senior Clean Transportation Specialist<br>San Francisco Environment Department<br>1455 Market Street, Suite 13A, San Francisco, CA 94103 |

| | |
|---|---|
| | [redacted] |
| **Alternative Coalition Contact Name / Phone / Email:** | Anna Sciaruto<br>Clean Cities Coalition Co-Director, Clean Transportation Specialist<br>San Francisco Environment Department<br>1455 Market Street, Suite 13A, San Francisco, CA 94103<br>[redacted] |
| **SOPO Tasks and Subtasks Selected:** | ☐ SOPO #1 High Tier: Tasks 1.0 – 5.0<br>☒ SOPO #2 Standard Tier: Tasks 1.0 – 5.0<br>☐ SOPO #3 Low Tier: Tasks 1.0 – 4.0<br>☐ Task 6.0 Coalition Council Participation |

## II. Project Objective and Goals

Clean Cities and Communities (CC&C) coalitions are expected to engage in activities that support the goals and objectives of the U.S. Department of Energy (DOE) Transportation Technologies Office (TTO) and CC&C partnership. The objective of this project is for the CC&C coalition ("*Recipient*") to perform work that advances the following CC&C goals:

1. **Improve Transportation Energy System** – Facilitate adoption of alternative fuels, advanced vehicle technologies, and mobility options that enhance the nation's energy, economic, and environmental security across a spectrum of transportation sectors.
2. **Connect Stakeholders** – Maintain or grow a coalition of public and private stakeholders committed to advancing the CC&C mission that recognize themselves as part of the coalition.
3. **Inform Stakeholders** – Provide stakeholders unbiased information, tools, and technical expertise from across the CC&C partnership to foster affordable, reliable, and locally driven transportation energy choices.
4. **Local-National Feedback Loop** – Coalitions track and submit local data to DOE for national resources and analysis efforts that contribute to the CC&C mission and bring value to stakeholders.
5. **Leverage Funding** – Leverage DOE investments in CC&C to bring in non-DOE funding to advance the CC&C mission.
6. **Engage in Multi-Coalition Collaboration** – Leverage the power of collaboration to increase CC&C impact at scale through peer sharing, replicating successes and partnering with other coalitions on activities.
7. **Expand Local Presence** – Increase CC&C local presence through coalition building efforts and in-person coalition activities reaching more geographic areas. (This goal may or may not be applicable to the Recipient.)
8. **Enhance Strategic Planning** – Strengthen coalition understanding of local transportation energy landscape, increase coalition capability to develop strategic programs and activities, and refine coalition processes for evaluating its impacts.
9. **Strong Coalition Administration** – Ensure long term coalition performance and operational continuity through strong coalition administration.

# III. Annual Work Plan

## Task 2.0 – Coalition Collaboration, Strategic Planning, and Administration

### Sub-task 2.2 – Enhanced Strategic Planning

**Goals:** Implement programs and activities specified in San Francisco Clean Cities Coalition's 2023 Strategic Plan to meet annual goals and achieve yearly increases of GGE displacement by 16% and GHG reduction by 20% in the City and County of San Francisco.

**Activities:** Track progress toward Strategic Plan goals and update the Plan as needed to ensure that the Coalition is on track to achieve outlined emission goals. Consult stakeholders including other city departments, fleet managers, electric vehicle service providers, and community members as needed.

| Milestone Description | Planned Completion Date |
|---|---|
| Conduct quarterly assessment of Strategic Plan progress and if needed, update Strategic Plan goals. | Quarterly: April, July, October, January |
| Submit updated Strategic Plan. | March 2027 |

### Sub-task 2.3 – Maintain Coalition Administration Files

**Goals:** Strengthen coalition governance and stakeholder communication by ensuring all Standard Operating Procedures (SOPs) are current and by establishing a consistent reporting process for the Mayor's Electric Vehicle Working Group.

**Activities:** Evaluate coalition administrative processes by reviewing and updating SOPs and implementing a structured reporting process to keep the Mayor's Electric Vehicle Working Group informed of coalition activities and projects.

| Milestone Description | Planned Completion Date |
|---|---|
| Review and update as necessary all coalition Standard Operating Procedures (SOPs). | Quarterly: April, July, October, January |
| Develop and implement a structured reporting process to keep the Mayor's Electric Vehicle Working Group informed of coalition activities and projects. | October 2026 |

## Task 3.0 – Connect

### Sub-task 3.1 – Stakeholder Outreach and Engagement

**Goals:** Increase engagement with key City departments to improve knowledge sharing about existing projects, collaborate on funding opportunities, and understand stakeholder priorities. Maintain consistent engagement with City fleet and expand private fleet engagement.

**Activities:** Coordinate regular collaboration with the City fleet by holding bimonthly meetings and launching an EV Working Group Open Forum to share updates, funding opportunities, and partnership ideas. Convene the annual Mayor's EV Working Group meeting and engage at least one local freight fleet owner/operator to support and expand fleet electrification efforts.

| Milestone Description | Planned Completion Date |
|---|---|
| Hold bimonthly meeting with San Francisco City and County Fleet Business Manager to discuss City fleet electrification activities and opportunities. | Bimonthly |
| Establish a new bimonthly "EV Working Group Open Forum" meeting series with key City department staff, including the San Francisco City and County fleet team, to discuss project updates, funding opportunities, and explore opportunities to collaborate | Bimonthly starting May 2026 |
| Host the annual Mayor's EV Working Group meeting to share key coalition activities and updates with key City department heads | October 2026 |
| Identify and engage with at least one local urban freight fleet owner/operator | March 2027 |

### Sub-task 3.2 – Stakeholder Communication

**Goals:** Evaluate engagement activities and implement stakeholder engagement performance metrics to strengthen engagement activities.

**Activities:** Implement previously identified key performance indicators for each activity to improve stakeholder engagement tracking and performance. Update website content to provide more information on completed projects.

| Milestone Description | Planned Completion Date |
|---|---|
| Develop and distribute coalition newsletter and implement key performance indicators to track stakeholder engagement and improve outreach performance. | Quarterly: March, June, September, December |
| Review and update coalition's stakeholder list. | Quarterly: April, July, October, January |

| | |
|---|---|
| Move Clean Cities website and projects to SFE's website to streamline messaging. Update projects on a quarterly basis. | Quarterly: April, July, October, January |

## Task 5.0 – Inform and Deploy

### Sub-task 5.1 – Share Transportation Expertise with Stakeholders

**Goals:** Advance equitable electric vehicle (EV) adoption and sustainable transportation in San Francisco by identifying barriers, shaping policy solutions, and promoting best practices for charging infrastructure and transportation demand management (TDM).

**Activities:** Conduct research and stakeholder engagement to identify barriers and best practices for EV charging and sustainable mobility. Activities include publishing the San Francisco EV Challenges Assessment with actionable policy recommendations, participating in local and national working groups to provide expertise on transportation demand management and curbside EV charging, and collaborating to identify future funding opportunities.

| Milestone Description | Planned Completion Date |
|---|---|
| Co-host and participate in city-led national curbside EV charging cohort meetings to provide San Francisco experiences and learn best practices and lessons learned. | Monthly |
| Engage actively in the San Francisco County Transportation Authority's TDM Working Group to provide expert guidance on TDM and mode shift strategies, and to identify and shape future funding opportunities. | April 2026 |
| Complete the San Francisco EV Challenges Assessment, a report analyzing barriers to deploy public charging infrastructure in San Francisco and recommending actionable policy solutions to accelerate EV adoption. | July 2026 |
| Update San Francisco's Electric Vehicle Service Provider Packet, a resource to connect potential EV charging site hosts with recommended local contractors and quality equipment manufacturers | July 2026 |
| Participate in the national urban light duty EV charging cohort through the Los Angeles Clean Tech Incubator to identify best practices for curbside EV charging. | September 2026 |

### Subtask 5.2 – Technical Training and Education

**Goals:** Increase public awareness and stakeholder capacity to support equitable EV adoption and sustainable transportation in San Francisco through targeted education and trainings.

**Activities:** Implement a series of educational and capacity-building activities, including hosting webinars to guide residents and stakeholders on using San Francisco's Public EV Charging Map and Nomination Form, delivering curbside EV charging review training for city staff to strengthen infrastructure planning, and conducting e-bike safety training to promote safe and sustainable micromobility.

| Milestone Description Including Event/Activity Name | Type of Participants | Planned Completion Date |
|---|---|---|
| Host educational webinar on San Francisco's Public EV Charging Map and Nomination Form. | General public including EV drivers, prospective EV drivers, and property managers / owners | April 2026 |
| Host educational webinar on San Francisco's Public EV Charging Map and Nomination Form. | San Francisco City departments and other local governments | May 2026 |
| Host electric bike (e-bike) safety training. | Delivery workers, general public. | July 2026 |
| Develop and deliver curbside EV charging proposal review training for permanent curbside EV charging program to build capacity in evaluating potential curbside charging projects. | SFMTA staff | September 2026 |
| Support EV Week, a two-day ride and drive event during Fleet Week. | General public | October 2026 |

## Sub-task 5.3 – Innovative Technology Planning and Deployment

**Goals:** Collect stakeholder and community feedback on EV and mobility programs to inform future planning and improve equitable transportation solutions.

**Activities:** Meet with EV service providers that have deployed curbside charging to identify implementation challenges and successes and distribute surveys to collect community feedback for program evaluation and future planning. Participate in regional micro-hub planning discussions to provide input on logistics coordination, transit integration, and community activation strategies that enhance sustainable mobility. Provide planning assistance to SF Port and SFMTA to support new projects.

| Milestone Description | Planned Completion Date |
|---|---|
| Provide technical assistance and strategic input to partners and stakeholders in preparing grant applications that advance clean transportation goals. | Ongoing |
| Hold monthly meeting with San Francisco Municipal Transportation Agency (SFMTA) Off-street Parking Team to assess EV charging project proposals | Monthly |

| | |
|---|---|
| for City-owned parking garages and lots and offer support with securing financial assistance. | |
| Assist San Francisco Port team with developing a new intake and solicitation process for EV charging projects for marine vessels. | May 2026 |
| Meet with EV service providers that have deployed curbside charging to gather insights on implementation challenges and successes. Develop and distribute surveys to collect community feedback on curbside charging experiences and identify opportunities for improvement and future planning. | September 2026 |
| Participate in regional microhub planning discussions to provide input on logistics coordination, transit integration, and community activation strategies. | January 2027 |