# ASSISTANCE AGREEMENT

**1. Award No.**
[redacted]

**2. Modification No.**

**3. Effective Date**
04/01/2026

**4. CFDA No.**
81.086

**5. Awarded To**
CITY AND COUNTY OF SAN FRANCISCO
Attn: Sok Chan
1 DR. CARLTON B. GOODLETT PL
ROOM 300
SAN FRANCISCO CA 941024694

**6. Sponsoring Office**
Energy Effcy & Renewable Energy
EE-1
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington DC 20585

**7. Period of Performance**
04/01/2026
through
03/31/2027

**8. Type of Agreement**
☐ Grant
☒ Cooperative Agreement
☐ Other

**9. Authority**
See Page 2

**10. Purchase Request or Funding Document No.**
[redacted]

**11. Remittance Address**
CITY AND COUNTY OF SAN FRANCISCO
Attn: Sok Chan
1 DR CARLTON B. GOODLETT PLACE
SAN FRANCISCO CA 941024694

**12. Total Amount**
Govt. Share: $130,000.00
Cost Share : $0.00
Total : $130,000.00

**13. Funds Obligated**
This action: $130,000.00
Total : $130,000.00

**14. Principal Investigator**

**15. Program Manager**
Damara Strong
Phone: [redacted]

**16. Administrator**
U.S. DOE/NETL
NATIONAL ENERGY TECH LAB
[redacted]

**17. Submit Payment Requests To**
Payment - Direct Payment
from U.S. Dept of Treasury

**18. Paying Office**
Payment - Direct Payment
from U.S. Dept of Treasury

**19. Submit Reports To**
See Attachment 2

**20. Accounting and Appropriation Data**
[redacted]

**21. Research Title and/or Description of Project**
Clean Cities and Communities Coalition Outreach, Engagement, and Market Tracking Program

| For the Recipient | | For the United States of America | |
|---|---|---|---|
| **22. Signature of Person Authorized to Sign** | | **25. Signature of Grants/Agreements Officer**<br>Electronic Signature on File | |
| **23. Name and Title** | **24. Date Signed** | **26. Name of Officer**<br>Nicholas J. Anderson | **27. Date Signed**<br>04/01/2026 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DE-EE0011992 | PAGE 2 OF 3 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CITY AND COUNTY OF SAN FRANCISCO

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | UEI: MYM4VNNBN6T9<br>Project Period of Performance:<br><br>04/01/2026 - 03/31/2031<br><br>Budget Period 1: 04/01/2026 - 03/31/2027<br>Budget Period 2: 04/01/2027 - 03/31/2028<br>Budget Period 3: 04/01/2028 - 03/31/2029<br>Budget Period 4: 04/01/2029 - 03/31/2030<br>Budget Period 5: 04/01/2030 - 03/31/2031<br><br>Block 9. Authority: CC&C activities are authorized by the Energy Policy Act (EPAct) of 1992, Section 505, as amended by the EPAct of 2005 and the Energy Independence and Security Act of 2007.<br><br>Block 14. Principal Investigator:<br>Nicole Appenzeller<br>[redacted]<br><br>Recipient Business Point of Contact:<br>Nicole Appenzeller<br>[redacted]<br><br>Block 15. DOE Program Manager:<br>Damara Strong<br>[redacted]<br><br>DOE Award Administrator:<br>[redacted]<br><br>ASAP: YES Extent Competed: NOT COMPETED<br>Davis-Bacon Act: NO PI: Nicole Appenzeller<br>Fund: 05450 Appr Year: 2026 Allottee: 31 Report Entity: 232445 Object Class: 41020 Program: 1004893 Project: 0000000 WFO: 0000000 Local Use: 0000000 | | | | |

## Special Terms and Conditions

City and County of San Francisco ("recipient"), which is identified in Block 5 of the Assistance Agreement, and the United States Department of Energy ("DOE"), enter into this award, referenced above, to achieve the project objectives stated in the Attachments to this award.

This award consists of the Assistance Agreement, Standard Terms and Conditions, Special Terms and Conditions, and the following Attachments:

| Attachment Number | Title |
|---|---|
| | Special Terms and Conditions |
| 1 | Statement of Project Objectives |
| 2 | Federal Assistance Reporting Checklist and Instructions |

### Applicability of Special Terms and Conditions

These Special Terms and Conditions comply with 2 CFR 200.211(d) and are a companion document to the Standard Terms and Conditions, available at Funding Opportunities, and address the unique aspects of a particular award driven by program specific requirements, statutory criteria, risks, or other considerations. The Standard Terms and Conditions comply with 2 CFR 200.211(c) and provide a common set of financial assistance terms that can be applied to all applicable DOE awards. Recipients must meet the requirements set forth in both the Standard and Special Terms and Conditions. In instances where requirements may conflict, the Special Terms and Conditions will take precedence.

### Notice Regarding Use of Hyperlinks

Hyperlinks are provided to improve the readability of the terms as a convenience to the recipient. The hyperlinked citation is applicable and in full effect on the effective date of Assistance Agreement, (or amended terms and conditions as may be applicable). If a hyperlink is broken, dead, or orphaned, the referenced regulation remains applicable.

## Table of Contents

**Applicability of Special Terms and Conditions** ........ 1
**Notice Regarding Use of Hyperlinks** ........ 1
**Table of Contents** ........ 2
**I. Administrative Terms** ........ 3
A. Prior Approvals ........ 3
**II. National Policy Terms** ........ 6
A. NEPA Determination ........ 6
**III. DOE Terms** ........ 7
A. Federal Stewardship ........ 7
**IV. Research, Technology, and Economic Security Terms** ........ 8
A. Definitions ........ 8
**V. Financial Terms** ........ 11
A. Payment Procedures - Automated Standard Application for Payments (ASAP) 11
**VI. Program Specific Terms** ........ 12
A. Funding of Budget Periods ........ 12
B. Continuation Application and Funding ........ 12
C. Substantial Involvement ........ 13

# I. Administrative Terms

## A. Prior Approvals

The following programmatic decisions or costs require prior approval from the Grants Officer as described below and, when applicable, in the corresponding term. Prior approvals must be submitted in writing to the Grants Officer, Specialist, and Federal Project Manager for your award. You are not authorized to proceed until you receive written notification from the Grants Officer.

| Prior Approval Description | Location | Applicability/Disposition |
|---|---|---|
| Change in scope to include site changes or the objective of the project or program (even if there is no associated budget revision requiring prior approval). | 2 CFR 200.308(f)(1) | Applicable to all awards |
| Change in key personnel or new covered individuals if applicable. | 2 CFR 200.308(f)(2) and Special Terms, "Current and Pending Support" | Applicable to all awards |
| Disengagement within regulatory limits from the project by the project director or principal investigator. | 2 CFR 200.308(f)(3) | Applicable to all awards |
| Inclusion of costs that require prior approval in accordance with 2 CFR 200 Subpart E. | 2 CFR 200.308(f)(4) | Applicable to all awards |
| Transfer of participant support costs to other budget categories. | 2 CFR 200.308(f)(5) | Applicable to all awards |
| Change in subrecipients (including national laboratories) from those in the original Federal award. | 2 CFR 200.308(f)(6) and Standard Terms, "Subrecipient Change Notification" | Applicable to all awards |
| Changes in total approved cost sharing amount. | 2 CFR 200.308(f)(7) | Applicable to all awards |
| Potential or actual change of control of a recipient requires Grants Officer notification. Grants Officer approval is required for any actual change of control. | 2 CFR 910.368 | Applicable to all awards |
| Any changes to the information, disclosures, representations, and/or certifications provided in the pre-award information sheet. | Standard Terms, "Pre-Award Information" | Applicable to all awards |

| Prior Approval Description | Location | Applicability/Disposition |
|---|---|---|
| Expenditures more than the federal share authorized to a particular budget period. | Special Terms, "Funding of Budget Periods" | Applicable to all awards with multiple budget periods |
| Potential covered transaction identified in accordance with 2 CFR 180.335 prior to entering into such a transaction. | Standard Terms, "Nonprocurement Debarment and Suspension" | Applicable to all awards |
| Any changes or additions to Wage Determinations. | Special Terms, "Davis Bacon Act Requirements" | Davis Bacon Act is not applicable. |
| Awards made after July 21, 2025: If DOE directly funds the FFRDC, the recipient must notify the Grants Officer when the required agreement (e.g., CRADA, Technical Assistance Agreement, Technical Service Agreement, etc.) between the recipient and the FFRDC is finalized and provide the agreement number prior to initiation of work by the FFRDC. | Special Terms, "Funding of Federally Funded Research and Development Centers (FFRDC)" | Not Applicable |
| New potential collaborations with foreign entities, organizations, or governments in connection with the DOE-funded award scope. | Standard Terms, "Foreign Collaboration Considerations" | Applicable to all awards |
| Any project activity or cost that has not already received prior approval on historic properties listed in or eligible for listing in the National Register of Historic places. | Standard Terms, "Historic Preservation" | Applicable to all awards |
| Any project activity that has not already received prior approval involving research on human subjects, biospecimens, or identifiable private information. | Standard Terms, "Human Subjects Research" | Applicable to all awards |
| Any project activity that has not already received prior approval involving research on vertebrate animals. | Standard Terms, "Animal Welfare" | Applicable to all awards |

| Prior Approval Description | Location | Applicability/Disposition |
|---|---|---|
| Any project task, activity, or associated cost that has not already received a National Environmental Policy Act (NEPA) determination or an associated prior approval. | Standard Terms, "National Environmental Policy Act"<br><br>Special Terms, "NEPA Determination" | Applicable to all awards. |
| Any project activity or cost associated with an unmanaged or unmanageable financial conflict of interest. | Standard Terms, "Interim Conflict of Interest Policy for Financial Assistance" | Applicable to all awards |
| Any project activity or cost associated with an organizational conflict of interest. | Standard Terms, "Organizational Conflict of Interest" | Applicable to all awards |
| Any project activity or cost that has not yet received prior approval associated with or impacting the resources or reserved rights of Indian Tribe(s). | Standard Terms, "Impacted Indian Tribes" | Applicable to all awards |
| Any project activity or cost performed outside the United States (including foreign travel) that has not received prior approval, except the purchase of supplies or equipment. | Special Terms, "Performance of Work in the United States Waiver" | No activities outside of the US. |
| Any project activity or cost associated with subrecipients or contractors that are foreign entities as defined in the NOFO that have not received prior approval. | Special Terms, "Foreign Entity Participation as a Recipient, Subrecipient, or Contractor" | Applicable to all awards. When applicable, approved activities or costs associated with subrecipients or contractors that are foreign entities are found in the Foreign Entity Participation as a Recipient, Subrecipient, or Contractor Term. |
| Any property or equipment cost that has not yet received prior approval must receive prior written approval from the Grants Officer; disposition of all property and equipment must follow the requirements of 2 CFR 200.313 and 2 CFR 910.360. | 2 CFR 200.313 and 2 CFR 910.360 | Applicable to all awards |

| Prior Approval Description | Location | Applicability/Disposition |
|---|---|---|
| Any project activity or cost associated with the use of any federally owned equipment required to achieve project objectives that has not yet received prior approval. | Standard Terms, "Federally Owned Property (Government-Furnished)" | No federally owned equipment. |
| Any project activity or cost associated with project travel outside the United States that has not yet received prior approval. | Special Terms, "Foreign Travel" | Applicable to all awards. When applicable, approved travel outside the United States is found in the Foreign Travel Term. |

Prior approvals may include specific conditions in accordance with 2 CFR 200.208 that must be achieved for the activities and associated project costs to be allowable under the award. If the recipient elects not to fully achieve all the specific conditions, the costs may be deemed unallowable and all previously reimbursed costs associated with the unallowable activities will be required to be reimbursed, see 2 CFR 200.410.

Prior approvals are limited to the scope and conditions included within the request. If the scope or conditions associated with the prior approval change, authorization for the change will also require prior approval. Additionally, if a project cost is subject to multiple prior approvals, the project cost will remain unallowable until such time as all associated prior approvals are dispositioned.

If the Recipient elects to undertake activities prior to authorization from the Grants Officer, the Recipient does so at the risk of not receiving Federal funding for those activities and such costs may not be recognized as allowable cost share.

Recipients must coordinate the use of waived prior approvals included within 2 CFR 200.308(g)(1-3) with the Grants Officer.

## II. National Policy Terms

### A. NEPA Determination

In accordance with the National Environmental Policy Act Term (see Standard Terms and Conditions), the NEPA Compliance Officer has completed review of the Statement of Project Objectives (SOPO) approved by the Grants Officer and information within NEPA documents submitted by the Recipient and provided a determination. The NEPA determination and associated conditions to reduce the risk of environmental impacts are at the sole discretion of DOE and are specific to the project activities and locations as described in the SOPO approved by the Grants Officer and the DOE NEPA Determination. See Prior Approvals term for additional information.

| NEPA Compliance Officer (NCO) Determination | Approval | Conditions |
|---|---|---|
| Categorical Exclusion (CX) (1) | 100% of SOPO tasks and activities. | No additional conditions apply. All project costs for approved activities are authorized as described in the CX Determination (CX) (see Environmental Review in the award attachments for specifics). |
| (1): Authorization is limited to the project scope identified within the SOPO approved by the Grants Officer and the information provided by the recipient. | | |

## III. DOE Terms

### A. Federal Stewardship

DOE will exercise federal stewardship in monitoring project activities performed under this award. DOE will review financial, performance, and audit reports to ensure that the objectives, terms, and conditions of the award are accomplished and in compliance with the award. DOE will ensure that the recipient's financial management and accounting systems are adequate to administer this Award and provide oversight of general administrative requirements. DOE will conduct ongoing project risk reviews and assessments and review performance after completion. Activities may include, but are not limited to:

#### 1. Review Meetings

The recipient, including but not limited to the principal investigator (or, if applicable, co-principal investigators), is required to participate in periodic review meetings with DOE. Review meetings enable DOE to assess the work performed under this award and determine whether the recipient has timely achieved the technical objectives and deliverables stated in Attachment 1 to this award.

DOE shall determine the frequency of review meetings and select the day, time, and location of each review meeting and shall do so in a reasonable and good faith manner. DOE will provide the recipient with reasonable notice of the review meetings.

For each review meeting, the recipient is required to provide a comprehensive overview of the project, including:

1. The recipient's technical progress compared to the objectives stated in Attachment 1 to this award.
2. The recipient's actual expenditure compared to the approved budget attached to this award.
3. Other subject matter specified by the DOE Technology Manager/Federal Project Manager.

### 2. Project Meetings

The recipient is required to notify DOE in advance of scheduled tests and internal project meetings that would entail discussion of topics that could result in major changes to the baseline project technical scope/approach, cost, or schedule. Upon request by DOE, the recipient is required to provide DOE with reasonable access (by telephone, webinar, or otherwise) to the tests and project meetings. The recipient is not expected to delay any work under this award for the purpose of government insight.

### 3. Site Visits

DOE's authorized representatives have the right to make site visits at reasonable times to review project accomplishments and management control systems and to provide technical assistance, if required. The recipient must provide, and must require subrecipients to provide, reasonable access to facilities, office space, resources, and assistance for the safety and convenience of the government representatives in the performance of their duties. All site visits and evaluations must be performed in a manner that does not unduly interfere with or delay the work.

### 4. Technical Milestones and Deliverables

Attachment 1 to this award establishes technical milestones and deliverables. If the recipient fails to achieve two or more technical milestones and deliverables, DOE may renegotiate the Statement of Project Objectives and/or Milestone Summary Table in Attachment 1 to this award. In the alternative, DOE may deem the recipient's failure to achieve these technical milestones and deliverables to be material noncompliance with the terms and conditions of this award and take action to suspend or terminate the award.

### 5. DOE Access

The recipient must provide any information, documents, site access, or other assistance requested by DOE for the purpose of its federal stewardship or substantial involvement.

DOE authorized representatives must have access to records in accordance with 2 CFR 200.337 to conduct audits, execute site visits, conduct research, technology and economic security due diligence reviews and monitoring, or for any other official use.

The recipient, its subrecipients, and contractors must report significant developments in accordance with 2 CFR 200.329(e) and provide access to information and documents in addition to reasonable access to facilities, office space, resources, and assistance for the safety and convenience of the government representatives in the performance of their duties. DOE will make reasonable efforts to ensure these site visits or audits do not interfere with or unduly delay project work to the maximum extent practicable.

## IV. Research, Technology, and Economic Security Terms

### A. Definitions

For purposes of Research, Technology, and Economic Security terms, the following definitions are applicable:

1. **Covered Individual:**

Covered Individual means an individual who (i) contributes in a substantive, meaningful way to the development or execution of the scope of work of a project funded by DOE, and (ii) is designated as a covered individual by DOE. Often, these individuals have doctoral or other professional degrees, although individuals at the master's or PhD level may be considered covered individuals if their involvement meets this definition. Consultants, graduate students, and those with a postdoctoral role also may be considered covered individuals if they meet this definition.

DOE designates as covered individuals any principal investigator (PI); project director (PD); co-principal investigator (Co-PI); co-project director (Co-PD); project manager; and any individual regardless of title that is functionally performing as a PI, PD, Co-PI, Co-PD, or project manager. Status as a consultant, graduate (master's or PhD) student, or postdoctoral associate does not automatically disqualify a person from being designated as a "covered individual" if they meet the definition in (i) above.

The recipient is responsible for assessing the applicability of (i) above against each person listed on the project (i.e., listed by the recipient in the application for federal financial assistance, approved budget, progress report, or any other report submitted to DOE by the recipient regarding the subject project). Further, the recipient is responsible for identifying any such individual to DOE for designation as a covered individual, if not already designated by DOE as described above.

The recipient's submission of a current and pending support disclosure and/or biosketch/resume for a particular person serves as an acknowledgement that DOE designates that person as a covered individual.

DOE may further designate covered individuals during the award period of performance.

2. **Malign Foreign Talent Recruitment Program as defined in P.L. 117-167, Section 10638 (4)**

   i. Any program, position, or activity that includes compensation in the form of cash, in-kind compensation, including research funding, promised future compensation, complimentary foreign travel, things of non de minimis value, honorific titles, career advancement opportunities, or other types of remuneration or consideration directly provided by a foreign country at any level (national, provincial, or local) or their designee, or an entity based in, funded by, or affiliated with a foreign country, whether or not directly sponsored by the foreign country, to the targeted individual, whether directly or indirectly stated in the arrangement, contract, or other documentation at issue, in exchange for the individual—

a. Engaging in the unauthorized transfer of intellectual property, materials, data products, or other nonpublic information owned by a United States entity or developed with a federal research and development award to the government of a foreign country, or an entity based in, funded by, or affiliated with a foreign country regardless of whether that government or entity provided support for the development of the intellectual property, materials, or data products;
b. Being required to recruit trainees or researchers to enroll in such program, position, or activity;
c. Establishing a laboratory or company, accepting a faculty position, or undertaking any other employment or appointment in a foreign country or with an entity based in, funded by, or affiliated with a foreign country if such activities are in violation of the standard terms and conditions of a federal research and development award;
d. Being unable to terminate the foreign talent recruitment program contract or agreement except in extraordinary circumstances;
e. Through funding or effort related to the foreign talent recruitment program, being limited in the capacity to carry out a research and development award or required to engage in work that would result in substantial overlap or duplication with a federal research and development award;
f. Being required to apply for and successfully receive funding from the sponsoring foreign government's funding agencies with the sponsoring foreign organization as the recipient;
g. Being required to omit acknowledgment of the recipient institution with which the individual is affiliated, or the federal research agency sponsoring the research and development award, contrary to the institutional policies or standard terms and conditions of the federal research and development award;
h. Being required to not disclose to the federal research agency or employing institution the participation of such individual in such program, position, or activity; or
i. Having a conflict of interest or conflict of commitment contrary to the standard terms and conditions of the federal research and development award; and

ii. A program that is sponsored by—

a. A foreign country of concern or an entity based in a foreign country of concern, whether or not directly sponsored by the foreign country of concern.
b. An academic institution on the list developed under section 1286(c)(8) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (10 U.S.C. 2358 note; Public Law 115–232); or
c. A foreign talent recruitment program on the list developed under section 1286(c)(9) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (10 U.S.C. 2358 note; Public Law 115–232).

iii. Consistent with applicable law, this term does not prohibit, unless such activities are funded, organized, or managed by an academic institution or a foreign talent recruitment program on the lists developed under paragraphs (8) and (9) of section 1286(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (10 U.S.C. 4001 note; Public Law 115–232)—

a. Making scholarly presentations and publishing written materials regarding scientific information not otherwise controlled under current law;
b. Participation in international conferences or other international exchanges, research projects or programs that involve open and reciprocal exchange of scientific information, and which are aimed at advancing international scientific understanding and not otherwise controlled under current law;
c. Advising a foreign student enrolled at an institution of higher education or writing a recommendation for such a student, at such student's request; and
d. Other international activities determined appropriate by the federal research agency head or designee.

## V. Financial Terms

### A. Payment Procedures - Automated Standard Application for Payments (ASAP)

#### 1. Method of Payment

Payment will be made by reimbursement through the Department of Treasury's ASAP system.

#### 2. Requesting Reimbursement

Requests for reimbursements must be made through the ASAP system. In accordance with 2 CFR 200.201, requests for reimbursements can only be made as follows:
The table below identifies the schedule and amounts for each reimbursement request that a recipient is authorized to draw down based on their approved SOPO tasks.

| | | **SOPO 2** |
|---|---|---|
| **Budget Period 1/Year 1** | | **SOPO VALUE** $130,000 |
| **Deliverables** | **(Approximate) Draw down date** | **Drawdown Amount** |
| Coalition Annual Activity Report (due April 30) | **5/1/2026** | $15,000 |
| 1st QPR (due July 31, 2026) | **8/1/2026** | $28,750 |
| 2nd QPR (due Oct. 31, 2026) | **11/1/2026** | $28,750 |
| 3rd QPR (due Jan. 31, 2027) | **2/1/2027** | $28,750 |
| 4th QPR (due April 30, 2027) | **5/1/2027** | $28,750 |

#### 3. Payments

All payments are made by electronic funds transfer to the bank account identified on the Bank Information Form that the Recipient filed with the U.S. Department of Treasury.

### 4. Unauthorized Drawdown of Federal Funds

The Recipient must immediately refund CMEI any amount spent or drawn down in excess of the authorized amount identified in the payment schedule above.

## VI. Program Specific Terms

### A. Funding of Budget Periods

DOE has obligated funding as shown in Block 13 of the Assistance Agreement for completion of the Project. However, only the federal share of costs associated with the current Period of Performance is available for work performed by the recipient. The federal share of costs is shown in the budget attached to the award. The current Period of Performance is shown in Block 7 of the Assistance Agreement.

The remainder of funding is contingent upon the following:

1. Availability of federal funds appropriated by Congress for the purpose of this program;
2. The availability of future-year budget authority;
3. Substantial progress towards meeting the objectives of the recipient's approved application;
4. Recipient's submittal of required reports;
5. Recipient's compliance with the terms and conditions of the award;
6. DOE's assessment of potential research, technology, and economic security (RTES) risks;

If the recipient does not submit a continuation application for subsequent Budget Periods, or DOE disapproves a continuation application for subsequent Budget Periods, the maximum DOE liability to the recipient is the funds that are available for the current approved Budget Period(s). In such event, DOE reserves the right to deobligate any remaining federal funds.

### B. Continuation Application and Funding

### 1. Continuation Application

a. A continuation application is a non-competitive application for an additional budget period within a previously approved project period. DOE will issue, via email, an invitation announcing its intention to continue into a subsequent Program Year. The invitation will include a government-generated SOPO, funding information, and a Response Information Sheet.

   In response to the invitation, the Recipient must submit to DOE a Funding Request Package, which includes the following information:

   1. A SF-424 Application for Financial Assistance
   2. Response Information Sheet, which includes information on the Government-generated SOPO
   3. Project Management Plan

b. Continuation Funding.

Continuation funding is contingent on (1) the availability of funds; (2) Recipient's submittal of required reports; (3) Recipient's compliance with the terms and conditions of the Award; (4) the Recipient's submission of a continuation application; and (5) written approval of the continuation application by the Contracting Officer."

## C. Substantial Involvement

DOE has substantial involvement in work performed under this award. DOE does not limit its involvement to the administrative requirements of this award. Instead, DOE has substantial involvement in the direction and redirection of the technical aspects of the project as a whole. Substantial involvement includes the following:

- DOE shares responsibility with the recipient for the management, control, direction, and performance of the project;
- DOE may intervene in the conduct or performance of work under this award for programmatic reasons. Intervention includes the interruption or modification of the conduct or performance of project activities;
- DOE participates in major project decision-making processes.

**Statement of Project Objectives (SOPO)**

# CLEAN CITIES AND COMMUNITIES

# COALITION OUTREACH, ENGAGEMENT, AND MARKET TRACKING

# BUDGET PERIOD 1 ACTIVITIES

Clean Cities and Communities (CC&C) coalitions work cooperatively with the U.S. Department of Energy's (DOE) Transportation Technologies Office (TTO) to enhance the nation's energy security, support economic prosperity, and improve air quality by fostering locally driven transportation energy choices that leverage domestic energy resources and innovative mobility technologies through collaborative partnerships with public and private stakeholders.

CC&C coalitions employ the following strategies to advance affordable, efficient, and innovative transportation fuels and technologies within the scope of TTO's Technology Integration Program Portfolio of Technologies and Fuels:

- Facilitate adoption of alternative fuel and advanced vehicle technologies that enhance the nation's energy, economic, and environmental security across a spectrum of transportation sectors;
- Provide stakeholders unbiased information, tools, and technical expertise from across the CC&C partnership to foster affordable, reliable, and locally driven transportation energy choices;
- Evaluate transportation needs and energy choices to determine the most impactful and cost-effective vehicle options, fuels, technologies, and best practices that make sense for specific stakeholder applications;
- Engage transportation sector stakeholders, including on-road, off-road, rail, marine, and aviation, to enable informed decision making regarding vehicles, fuels, and technologies that enhance transportation options and access;
- Shift to efficient and domestic energy sources through the use of alternative and renewable fuels;
- Improve fuel efficiency through state-of-the-art technologies and strategies including idle reduction;
- Demonstrate and assess new mobility choices that maximize the return on investment for mobility systems in terms of time, cost, energy, and opportunity; and
- Track local and regional alternative transportation fuel and energy market conditions.

## A. PROJECT OBJECTIVES

CC&C coalitions are expected to engage in activities that support the goals and objectives of the U.S. DOE TTO and CC&C partnership. The objective of this project is for the CC&C coalition ("*Recipient*") to perform work that advances the following CC&C partnership-level goals:

1. **Improve Transportation Energy System –** Facilitate adoption of alternative fuels, advanced vehicle technologies, and mobility options that enhance the nation's energy, economic, and environmental security across a spectrum of transportation sectors.
2. **Connect Stakeholders –** Maintain or grow a coalition of public and private stakeholders committed to advancing the CC&C mission that recognize themselves as part of the coalition.

3. **Inform Stakeholders –** Provide stakeholders unbiased information, tools, and technical expertise from across the CC&C partnership to foster affordable, reliable, and locally driven transportation energy choices.
4. **Local-National Feedback Loop** – Coalitions track and submit local data to DOE for national resources and analysis efforts that contribute to the CC&C mission and bring value to stakeholders.
5. **Leverage Funding –** Leverage DOE investments in CC&C to bring in non-DOE funding to advance the CC&C mission.
6. **Engage in Multi-Coalition Collaboration –** Leverage the power of collaboration to increase CC&C impact at scale through peer sharing, replicating successes and partnering with other coalitions on activities.
7. **Expand Local Presence –** Increase CC&C local presence through coalition building efforts and in-person coalition activities reaching more geographic areas. (This goal may or may not be applicable to the Recipient.)
8. **Enhance Strategic Planning –** Strengthen coalition understanding of local transportation energy landscape, increase coalition capability to develop strategic programs and activities, and refine coalition processes for evaluating its impacts.
9. **Strong Coalition Administration** – Ensure long term coalition performance and operational continuity through strong coalition administration.

## B. SCOPE OF WORK

The recipient will perform work within the coalition's territory, to raise awareness and foster a greater understanding of alternative fuels (as defined by the Energy Policy Act of 1992, as amended by the Energy Policy Act of 2005 and further augmented by the Energy Independence and Security Act of 2007) and advanced vehicle technologies. This work is summarized by the four elements of achieving CC&C mission success: Plan, Connect, Inform, and Deploy.

- **Plan –** Understand the transportation energy landscape to develop and evaluate strategies for CC&C impact at scale.
- **Connect –** Develop and maintain a collaborative coalition of public and private stakeholders working to achieve the CC&C mission.
- **Inform –** Share transportation expertise with stakeholders through analysis, training, and education.
- **Deploy –** Facilitate planning and deployment of vehicles, infrastructure, and new mobility solutions to implement and sustain transportation energy solutions.

The recipient will help stakeholders access the expertise, resources, and tools they need to build a transportation energy system that is affordable, reliable, and secure. Additionally, the recipient will track, validate, analyze, and report critical information and performance metrics necessary to understand the transportation energy landscape.

## C. TASKS TO BE PERFORMED

**Task 1.0 Project Management and Administration –** The purpose of this task is to plan project activities aligning with CC&C goals, track performance, ensure quality and timely deliverables,

submit necessary reporting, and ensure work contributes value. Work performed for this task supports the following goals: Enhance Strategic Planning and Strong Coalition Administration.

The recipient will manage all activities in order to achieve project objectives. Project management activities include:

- Tracking and disseminating information regarding the performance of the project;
- Performing administrative tasks associated with development and submission of government reporting; and
- Development and maintenance of the Project Management Plan (PMP), including a preliminary PMP. The recipient shall manage and implement the project in accordance with the PMP. The content, organization, and requirements for revision of the PMP are identified in the Federal Assistance Reporting Checklist and Instructions.

**Task 2.0 Coalition Collaboration, Strategic Planning, and Administration –** The purpose of this task is to facilitate coalition director training and peer sharing, enhance coalition strategic planning capabilities, and ensure coalitions have the necessary administration files to ensure operational continuity in the event of staff transitions or organizational changes. Work performed for this task supports the following goals: Improve Transportation Energy System, Engage in Multi-Coalition Collaboration, Enhance Strategic Planning, and Strong Coalition Administration.

**Sub-task 2.1 Training and Peer Sharing** – The recipient will actively participate in training and peer sharing meetings, both virtual and in-person, which provide opportunities to share insights with and learn from other coalitions within the CC&C partnership. The recipient will participate in training activities to ensure the coalition maintains and improves its capabilities to perform core activities such as providing tailored expertise to stakeholders which facilitate CC&C mission impact. The recipient will also contribute to CC&C partnership by posting peer sharing documentation in the CC&C Forum.

Requirements:

- The recipient will post a minimum of one peer sharing documentation using the online reporting system specified by DOE.
- Due dates specified in Section D.

**Sub-task 2.2 Enhanced Strategic Planning –** The recipient will enhance the strategic planning capabilities of coalitions in the CC&C partnership through activities that strengthen a coalition's understanding of local transportation energy landscape, increase coalition capability to develop strategic programs and activities, and refine coalition processes for evaluating its impacts. Recipients will either develop strategic planning documentation or provide support to other coalitions to assist their strategic planning efforts. The recipient will submit a deliverable such as a multi-year strategic plan, annual operating plan, transportation energy landscape, stakeholder map and engagement strategy, process for evaluating coalition impacts, or other deliverable approved by DOE.

Requirements:

- The recipient will submit a strategic planning deliverable using the online reporting system specified by DOE.
- Due dates specified in Section D.

**Sub-task 2.3 Maintain Coalition Administration Files** – The recipient will maintain critical coalition administration files including stakeholder list, current and past funders, programs and activities, and other information needed to ensure operational continuity in the event of staff transitions or organizational change. Administration files will be made available to the necessary coalition stakeholder based upon the coalition's continuity plan.

**Task 3.0 Connect –** The purpose of this task is to engage new and current stakeholders to grow a network of committed coalition members; foster and support coalition of stakeholders working collaboratively to achieve the CC&C mission; and communicate stakeholder needs, priorities, and successes to key decision makers and local leaders. Work performed for this task supports the following goals: Improve Transportation Energy System, Connect Stakeholders, and Expand Local Presence.

**Sub-task 3.1 Stakeholder Outreach and Engagement –** The recipient will maintain and grow a collaborative coalition of stakeholders by undertaking activities to engage current stakeholders, attract new stakeholders, understand stakeholder priorities and needs, and establish strategic partnerships. When feasible, the recipient will facilitate direct connections among stakeholders to spark mission-related programs and activities. The recipient may also perform community outreach and engagement activities that increase consumer awareness of vehicle, infrastructure, and mobility options or empower communities to make educated locally-driven decisions.

Requirements – The recipient must perform the following activities:
- Organize a minimum of one stakeholder convening;
- Engage with a minimum of one public fleets and one private fleets; and
- Share DOE tools and resources with stakeholders.

The recipient may also perform the following activities:
- Convene a stakeholder group for specific purposes, e.g., advisory groups, technology committees, working groups;
- Experiential events (e.g., ride and drive, infrastructure site visits);
- End user listening sessions;
- Community outreach and engagement; and
- Coalition building in geographic areas that lack an in-person coalition presence.

**Sub-task 3.2 Stakeholder Communication –** The recipient will utilize digital communication mediums such as newsletter, email campaigns, or social media to facilitate communication with coalition stakeholders at least quarterly. The recipient may also use digital communication mediums to engage prospective coalition stakeholders. When feasible, the recipient will communicate stakeholder needs, priorities, and successes to key decisionmakers and local leaders to foster locally driven transportation energy choices.

Requirements:
- The recipient will use digital communication mediums to engage stakeholders at least once per quarter.

**Task 4.0 Market Data Collection and Reporting –** The purpose of this task is to track and report to DOE local alternative transportation fuel and energy market conditions used to create and maintain industry resources such as the annual CC&C Partnership Activity Report, quarterly CC&C Alternative Fuel Price Report, Alternative Fueling Station Locator, and online tools. Work performed for this task supports the following goals: Improve Transportation Energy System, Inform Stakeholders, Local-National Feedback Loop, and Enhance Strategic Planning.

**Sub-task 4.1 Coalition Annual Activity Report** – The recipient will track and report alternative fuel, advanced technology vehicle, and transportation energy efficiency metrics the coalition has impacted within their designated territory and other coalition activities.

Requirements:

- The recipient will submit the data using the online reporting system specified by DOE.
- Due dates specified in Section D.

**Sub-task 4.2 Alternative Fuel Price Tracking and Reporting** – The recipient will track retail alternative fuel pricing information fuel in the coalition's designated territory on a quarterly basis.

Requirements:

- The recipient will report alternative fuel prices using the online reporting system specified by DOE.
- The recipient will submit at least five prices for each alternative fuel available in the coalition's territory.
- Due dates specified in Section D.

**Sub-task 4.3 Area Alternative Fuel Station Verification** – The recipient will respond to requests to verify continuity of alternative fuel station operations in the coalition's designated territory. The recipient will supplement alternative fuel station data gathered by the National Laboratory of the Rockies (NLR) through trade media, collaborations with infrastructure and fuel providers, original equipment manufacturers, and industry groups when possible.

Requirements:

- The recipient will respond to specific requests by DOE or a CC&C partner for station verification.
- The recipient will submit updated or new station information not represented in the Station Locator directly to the Technical Response Service or via the Station Locator website.

**Sub-task 4.4 Vehicle and Station Cost Tracking and Reporting –** The recipient will collect actual incurred costs of alternative fuel and advanced technology vehicle and/or alternative fuel station of entities in the coalition's designated territory when possible.

Requirements:

- The recipient will provide a minimum of one data point per project year.

- The recipient will report this information through the online tool specified by DOE.

**Task 5.0 Inform and Deploy –** The purpose of this task is to share transportation expertise with stakeholders; provide technical training and education; and facilitate planning and deployment of vehicles, infrastructure, and new mobility solutions. Work performed for this task supports the following goals: Improve Transportation Energy System, Inform Stakeholders, Leverage Funding, Engage in Multi-Coalition Collaboration, and Expand Local Presence.

**Sub-task 5.1 Share Transportation Expertise with Stakeholders –** Perform activities that achieve the following desired outcomes:

- Stakeholders are aware of and have access to expertise, resources, and tools to utilize financial opportunities, understand energy tradeoffs, and make informed decisions.
- Fleets, end-users, and potential end-users' capacity to directly increase adoption of innovative transportation solutions is increased because of tailored expertise and analyses.
- Stakeholders' capacity to reduce market barriers and incentivize innovative transportation solutions is increased because of policy, planning, and program assistance.
- Stakeholders see value in the CC&C partnership and invest non-DOE funding to advance the CC&C mission.

Example activities may include:

- Conduct a fleet analysis including scenarios for adopting alternative fuel vehicles (AFVs) with a total cost of ownership analysis and replacement vehicle options.
- Share best practices and replicable solutions with government officials and policymakers to reduce market barriers to advancing the CC&C mission.
- Support fleet stakeholders with resource navigation.
- Serve as an advisor for development of a state-level vehicle or infrastructure funding program.
- Advise local officials, businesses, and other leaders on plans and policies to support AFVs or remove market barriers.
- Develop tools or resources to help stakeholders understand local processes and incentives.

Requirements:

- The recipient will provide transportation expertise support to at least <u>two</u> stakeholders.

**Sub-task 5.2 Technical Training and Education** – The recipient will identify technical training and education needs specific to the coalition territory, raise awareness of workforce training needs, and collaborate with technical experts to organize technical training and/or education sessions. These sessions will be delivered by experts to build individuals' skills regarding AFVs, their appropriate use, infrastructure, and safety issues.

Appropriate activities may include but are not limited to providing:

- Classroom training;

- Technical webinars;
- Train the trainer programs; and
- Hands-on demonstrations.

Target audiences may include, but are not limited to, technicians, mechanics, first-responders, code or permitting officials, and safety authorities having jurisdiction (AHJs), public safety officials, government agency officials, fleet managers, and vocational/science, technology, engineering, and mathematics student groups.

Requirements:
- The recipient will provide at least one training and/or education session.

**Sub-task 5.3** **Innovative Technology Planning and Deployment –** Perform activities that achieve the following desired outcomes:
- Increased transportation energy affordability, reliability and security for consumer vehicles, on-road fleets, and non-road transportation (including off-road, rail, marine, ports, and aviation).
- Increased market confidence in new and innovative alternative fuel and advanced technology vehicle applications through demonstration and proof of concept projects.
- Increased charging and fueling infrastructure availability, reliability, and operability.
- Increased number of alternative fuel and advanced technology vehicles in operation.
- Increased energy efficient mobility choices to meet community transportation needs.

Example activities may include:
- Support the alternative fuel and advanced vehicle technology goals of major Federal/state/local settlement-related activities, incentive programs, and/or compliance agreements.
- Planning for future fueling/charging infrastructure development where corridor, community, and other infrastructure gaps exist.
- Provide fleets technical assistance before, during, and after deployment of alternative fuel and advanced technology vehicles.
- Provide fleets with demonstration test drive vehicles to determine if an alternative fuel or advanced technology vehicle meets their needs.
- Facilitate project partnership by match making with stakeholders such as connecting fleets and technology providers.
- Support stakeholders with securing financial assistance and implementing projects using project management best practices.
- Implement a program that increases consumer mobility choices which improve transportation affordability and accessibility.

Requirements:
- The recipient will provide innovative technology planning and/or deployment support to at least two stakeholders.

## D. DELIVERABLES

Periodic and final reports will be submitted in accordance with the attached "Federal Assistance Reporting Checklist" and the instructions accompanying the checklist. In addition to the reports specified in the "Federal Assistance Reporting Checklist", the recipient will provide the following:

| Task/ Sub-task | Deliverable | Due Date | Where to Submit |
|---|---|---|---|
| 1.0 | Project Management Plan | PMP due 45 days after the award is signed.<br>Resubmit quarterly with every revision/update. | https://www.eere-pmc.energy.gov |
| 2.1 | Peer Sharing Documentation | Post on the Forum a minimum of one peer sharing documentation by March 31, 2027. | https://cleancities-forum.nrel.gov/ or other specified location |
| 2.2 | Strategic Planning Documentation | Due March 31, 2027. | https://www.eere-pmc.energy.gov |
| 4.1 | Coalition Annual Activity Report | Submit the Coalition Annual Activity Report: April 30, 2026 and March 19, 2027.<br><br>Enter coalition activities in the online reporting database quarterly: July 31, 2026; October 31, 2026; January 31, 2027; April 30, 2027. | https://cleancities.energy.gov/toolbox/annual-reporting-database |
| 4.2 | Quarterly Alternative Fuel Price Report | Reports due quarterly as follows unless otherwise notified:<br>April 15, 2026; July 15, 2026; October 15, 2026; January 15, 2027. | https://cleancities.energy.gov/toolbox/alternative-fuel-price-report |
| 4.3 | AFDC Station Openings/Closings Updates | Stations to be verified by coalition within 30 days of request from DOE, ICF, or other CC&C partner. | https://cleancities.energy.gov/toolbox/alternative-fuel-station-report/ |
| 4.4 | Vehicle and Station Cost Tracking | Data associated from this sub-task must be submitted no later than March 31, 2027. | https://cleancities.energy.gov/toolbox/cost-tracking/ |

- In addition to the deliverables listed above, items developed under this award relating to safety should be submitted to DOE for safety review. These include technical presentations, videos, promotional materials, education, and training materials intended for vehicle operators, fueling station operators, maintenance technicians, installers and/or first responders.
  - Submit a DRAFT no later than thirty (30) days prior to the date which these materials are required to be released to the public.
  - Final product(s) shall include consideration of DOE input/feedback and be submitted to DOE within thirty (30) days after completion.
- The recipient will enter data quarterly into the CC&C Coalition Activity Reporting Tool. The recipient will export and submit said data as a supplemental report to the PMC on the same frequency as the QPR.
- Other major products/materials developed shall be submitted to DOE as they are completed.

## E. BRIEFINGS AND TECHNICAL PRESENTATIONS

The recipient will provide, at the request of DOE:

- A technical presentation at the Transportation Technologies Annual Merit Review Meeting.
- Detailed project status update briefings at Washington, DC or via communication or conferencing media approximately twice per year. Briefings will explain the plans, progress, and results of the technical effort.
- A re-designation presentation describing the coalition's vision, accomplishments, and strategy for continued impact.
- A partnership renewal letter confirming the coalition is meeting requirements for maintaining status as a DOE-designated coalition in the CC&C partnership.

U.S. DEPARTMENT OF ENERGY | Energy Efficiency & Renewable Energy

**EERE R 540.136-01: Federal Assistance Reporting Checklist (FARC)**

**Attachment 2**

| 1. Award Number: DE-EE0011992 | 2. Program/Project Title: Clean Cities and Communities Coalition Outreach, Engagement, and Market Tracking |
|---|---|
| 3. Recipient: City and County of San Francisco | |

| 4. Reporting Requirements (see also the EERE Special Instructions) *Detailed instructions included after the Table of Contents* | Frequency | Addresses |
|---|---|---|
| **I. PROJECT MANAGEMENT REPORTING** | | |
| ☐ A Research Performance Progress Report (RPPR) | **Q** | A. EERE PMC |
| ☒ B. Financial Report (SF-425) | **O, F** | B. EERE PMC |
| ☐ C. Scientific and Technical Reporting | | |
| ☐ 1. Accepted Manuscript of Journal Article(s) | **A5, P** | C.1. OSTI E-Link |
| ☐ 2. Conference Product(s) | **A5, P** | C.2. OSTI E-Link |
| ☐ 3. Technical Report(s) | **A5, P** | C.3. OSTI E-Link |
| ☐ 4. Software & Manual(s) | **A5, P** | C.4. DOE CODE |
| ☐ 5. Dataset(s) | **A5, P** | C.5. OSTI E-Link Datasets |
| ☐ 6. Other STI (Dissertation / Thesis, etc.) | **A5, P** | C.6. OSTI E-Link |
| ☐ D. Intellectual Property Reporting | | |
| ☐ 1. Intellectual Property Reporting | **A5, P** | D.1. iEdison |
| ☐ 2. Invention Utilization Report | **A5, P** | D.2. iEdison |
| ☒ E Project Management Plan (PMP) | **A5** | E. EERE PMC |
| ☒ F. Special Status Report | **A5** | F. See Section I.G. for instructions and due dates |
| ☐ G. Continuation Application | **A5** | G. EERE PMC |
| ☒ H. Other (see Special Instructions) | **A5** | I. See Special Instructions |
| **II. AWARD MANAGEMENT REPORTING** | | |
| ☐ A. Participants and Collaborating Organizations | **A5** | A. EERE PMC |
| ☐ B. Current and Pending Support | **A5** | B. EERE PMC |
| ☐ C. Demographic Reporting | **A5** | C. EERE PMC |
| ☐ D. Financial Conflict of Interest | **A5** | D. EERE PMC |
| ☐ E. Tangible Personal Property Report - Annual Property Report (SF-428 & SF-428A) | **Y** | E. EERE PMC |
| ☐ F. Tangible Personal Property Report – Disposition Request/Report (SF-428 & SF-428C) | **A5** | F. EERE PMC |
| ☐ G. Uniform Commercial Code (UCC) Financing Statements | **A5** | G. See section II. F. for instructions and due dates |
| ☒ H. Federal Subaward Reporting System (FSRS) | **A5** | H. SAM.gov - FSRS |
| ☐ I. Annual Incurred Cost Proposal (AICP) | | |
| ☐ AICP – NETL Cognizant | **Y180** | I. See section II. I. for instructions and due dates |
| ☐ AICP – Other Agency Cognizant | **Y180** | I. See section II. I. for instructions and due dates |
| ☐ J. Fringe Reconciliation Form | **Y180** | J. See section II. J. for instructions and due dates |
| ☐ K. DOE For-Profit Compliance Audit | **O** | K. See section II. K. for instructions and due dates |
| ☒ L. Single Audit: States, Locals, Tribal Governments, and Non-Profits | **O** | L. See section II. L. for instructions and due dates |
| ☒ M. Other (see Special Instructions) | **A5** | M. See Special Instructions. |
| **III. CLOSEOUT REPORTING** | | |
| ☐ A. Final Scientific/Technical Report | | |
| ☐ A.1. Final Scientific/Technical Report – Unlimited | **F** | A.1. OSTI E-Link |
| ☐ A.2. Final Scientific/Technical Report – Data Protection | **F** | A.2. OSTI E-Link |
| ☐ B. Invention Certification (DOE F 2050.11) | **F** | B. EERE PMC |
| ☐ C. Tangible Personal Property Report – Final Report (SF-428 & SF-428B) | **F** | C. EERE PMC |
| ☐ D. Verification of Receipt of Accepted Manuscripts | **F** | D. See section III.D. for instructions and due dateshttps://www.eere-pmc.energy.gov/SubmitReports.aspx |
| ☒ E. Other (see Special Instructions) | **F** | E. See Special Instructions |

| | | |
|---|---|---|
| **IV. POST-PROJECT REPORTING**<br>☐ A. Scientific and Technical Reporting<br>☐ B. Intellectual Property Reporting | <br>**P**<br>**P** | <br>A. OSTI E-Link<br>B. iEdison |

**FREQUENCY CODES AND DUE DATES:**

**A5 – As Specified or within five (5) calendar days after the event.**

**F – Final; within 120 calendar days after expiration or termination of the award.**

**O – Other: See instructions for further details.**

**P – Post-project (after the period of performance); within five (5) calendar days after the event, or as specified.**

**Q – Quarterly; within 30 calendar days after the end of the federal fiscal year quarter.**

**S – Semiannually; within 30 days after end of the reporting period.**

**Y – Yearly; within 90 calendar days after the end of the federal fiscal year.**

**Y180 – Yearly; within 180 calendar days after the close of the recipient's fiscal year.**

**FULL URLS:**

**OSTI E-Link:** https://www.osti.gov/elink/2413-submission.jsp
**OSTI E-Link Datasets:** https://www.osti.gov/elink/2416-submission.jsp
**DOE CODE:** https://www.osti.gov/doecode/
**iEdison:** https://www.nist.gov/iedison
**EERE PMC:** https://www.eere-pmc.energy.gov/SubmitReports.aspx
**FSRS:** https://sam.gov/fsrs

5. EERE Special Instructions:

**I. Project Management Reporting**:

**B. Financial Reporting (SF 425)**

Yearly reports are due 30 days after the end of the performance year (March 31st).

**H. Other**

**Clean Cities and Communities Quarterly Progress Report.** Form provided by the Technical Project Officer.

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within 30 calendar days after the end of the quarterly reporting period (January 30, April 30, July 30, October 30) |

**Project Management Reporting:**

If deliverables are identified in the Statement of Project Objectives, Award Attachment 1, the Recipient will submit the deliverables in accordance with the instructions contained therein.

5. EERE Special Instructions Continued

**II. Award Management Reporting**

**M. Trafficking in Persons**

If the estimated value of services required to be performed under the grant or cooperative agreement outside the United States exceeds $500,000, private entities and State, local, government, Indian Tribe, or foreign public entities when a private entity could be a subrecipient must submit an annual certification to the cognizant Grants Officer that states the following:

- The recipient has implemented a plan meeting the requirements of 2 CFR 175.105(b)(3)-(5) to prevent the activities described in 2 CFR 175(a) and is in compliance with this plan;

- The recipient has implemented procedures to prevent activities described in 2 CFR 175(a) and to monitor, detect, and terminate any subrecipient, contractor, subcontractor, or employee of the recipient engaging in any activities described in 2 CFR 175.105(a); and

- To the best of the recipient's knowledge, neither the recipient, nor any subrecipient, contractor, or subcontractor of the selectee or any agent of the selectee or of such a subrecipient, contractor, or subcontractor, is engaged in any activities described in 2 CFR 175.105(a).

DOE may ask selectees to provide a copy of their Trafficking in Persons compliance plan.

**III. Closeout Reporting:**

**E. SF-425**

Final SF-425 is due 120 days after the end of the five-year project period.

Table of Contents

I. Project Management Reporting ..... 6
A. Research Performance Progress Report (RPPR) ..... 6
1. Cover Page ..... 6
2. Accomplishments ..... 7
3. Products ..... 8
4. Participants & Other Collaborating Organizations ..... 10
6. Impact ..... 11
7. Changes/Problems ..... 14
8. Special Reporting Requirements ..... 15
9. Budgetary Information ..... 15
B. Financial Report SF-425 Federal Financial Report ..... 15
C. Scientific and Technical Reporting ..... 16
1. Accepted Manuscript of Journal Article ..... 16
2. Conference Product(s) ..... 17
3. Technical Report(s) ..... 19
4. Software & Manual(s) ..... 19
5. Dataset(s) ..... 20
6. Other STI (Dissertation / Thesis, etc.) ..... 20
D. Intellectual Property Reporting ..... 21
1. Intellectual Property Reporting ..... 21
2. Invention Utilization Report ..... 22
E. Project Management Plan (PMP) ..... 22
1. Revised Plan(s) ..... 23
2. Content of revised PMP ..... 23
F. Special Status Reports ..... 25
G. Continuation Application ..... 28
H. Other (see Special Instructions) ..... 28
II. Award Management Reporting ..... 29
A. Participants and Collaborating Organizations ..... 29
B. Current and Pending Support ..... 31
C. Demographic Reporting ..... 34
D. Financial Conflict of Interest Report ..... 35

E. Tangible Personal Property Report – Annual Property Report (SF-428 & SF-428A) ..... 36
F. Tangible Personal Property Report – Disposition Request/Report (SF-428 & SF-428C) 36
G. Uniform Commercial Code (UCC) Financing Statements ..... 36
H. Federal Subaward Reporting System (FSRS) ..... 37
I. Annual Incurred Cost Proposals ..... 38
J. Fringe Reconciliation Form ..... 38
K. DOE For-Profit Compliance Audit ..... 39
L. Single Audit: States, Local Government, Tribal Governments, Institution of Higher Education (IHE), or Non-Profit Organization ..... 39
III. Closeout Reporting ..... 40
A. Final Scientific/Technical Report ..... 40
1. Final Technical Report – Unlimited: ..... 42
2. Final Technical Report – Protected Data: ..... 43
B. Invention Certification (DOE F 2050.11) ..... 43
C. Tangible Personal Property Report – Final Report (SF-428 & SF-428B) ..... 44
D. Verification of Receipt of Accepted Manuscripts ..... 44
E. Other (see Special Instructions) ..... 44
IV. Post-Project Reporting ..... 45
A. Scientific and Technical Reporting ..... 45
B. Intellectual Property Reporting ..... 45
V. Appendix A: Notice To Recipients (Prime Recipients And Subrecipients) Regarding Protected Data, Limited Rights Data And Protected Personally Identifiable Information ..... 46

# EERE Reporting Instructions (03/2025)

*** ***Throughout the performance of the project, it is important that you mark Protected Data/Limited Rights Data as described in Appendix A. It is equally important that you not submit Protected Personally Identifiable Information (Protected PII) to EERE. See Appendix A for guidance on Protected PII.*** ***

Report Templates Link: https://energy.gov/eere/funding/eere-funding-application-and-management-forms

## I. Project Management Reporting

### A. Research Performance Progress Report (RPPR)

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within 30 calendar days after the end of the quarterly reporting period (January 30, April 30, July 30, October 30) |

Every quarter, the prime recipient is required to submit a Research Performance Progress Report (RPPR) for the project – i.e., the entirety of work performed by the prime recipient, subrecipients, and contractors – to EERE. The RPPR must include the following information.

**Standard Cover Page Data Elements and Reporting Categories**

The standard cover page data elements and components shown below comprise the complete RPPR format. Each category in the RPPR is a separate reporting component.

**1. Cover Page**

a. Federal Agency and Organization Element to Which Report is Submitted
b. Federal Grant or Other Identifying Number Assigned by Agency
c. Project Title
d. Program Director/Principal Investigator Name, Title and Contact Information (e-mail address and phone number)
e. Business Contact Name, Title and Contact Information (e-mail address and phone number)
f. Name of Submitting Official, Title, and Contact Information (e-mail address and phone number), if other than PD/PI
g. Submission Date
h. UEI Number
i. Recipient Organization (Name and Address)
j. Period of Performance (Start Date, End Date)
k. Budget Period (Start Date, End Date)

l. Reporting Period End Date
m. Current Report Term or Frequency (annual, semi-annual, quarterly, final, other)
n. Certification by the Submitting Official that includes: Signature of Submitting Official (electronic signatures (i.e., Adobe Acrobat) are acceptable); date of signature; and the following certification statement:

> By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate. I am aware that any false, fictitious, or fraudulent information, misrepresentations, half-truths, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001, Section 287 and Title 31, Sections 3729-3730). I further understand and agree that the information contained in this report are material to Federal agency's funding decisions and I have an ongoing responsibility to promptly update the report within the time frames stated in the terms and conditions of the above referenced Award, to ensure that my responses remain accurate and complete.

**2. Accomplishments**

**What was done? What was learned?**
The information provided in this section allows the agency to assess whether satisfactory progress has been made during the reporting period. The PI is reminded that the grantee is required to obtain prior written approval from the Grants Officer whenever there are significant changes in the project or its direction. Requests for prior written approval must be submitted to the Grants Officer.

**a. What are the major goals and objectives of this project?**
List the major goals of the project as stated in the approved application or as approved by the agency. Describe the proposed technical approach to obtain those goals. If the application lists milestones/target dates for important activities or phases of the project, identify these dates and show actual completion dates or the percentage of completion. Generally, the goals will not change from one reporting period to the next. However, if the awarding agency approved changes to the goals during the reporting period, list the revised goals and objectives. Also explain any significant changes in approach or methods from the agency approved application or plan.

**b. What was accomplished under these goals?**
For this reporting period describe: 1) major activities; 2) specific objectives; 3) significant results or key outcomes, including major findings, developments, or conclusions (both positive and negative); and/or 4) other achievements. Include a discussion of stated goals not met. As the project progresses, the emphasis in reporting in this section should shift from reporting activities to reporting accomplishments.

c. **What opportunities for training and professional development has the project provided?**
Describe opportunities for training and professional development provided to anyone who worked on the project or anyone who was involved in the activities supported by the project. "Training" activities are those in which individuals with advanced professional skills and experience assist others in attaining greater proficiency. Training activities may include, for example, courses or one-on-one work with a mentor. "Professional development" activities result in increased knowledge or skill in one's area of expertise and may include workshops, conferences, seminars, study groups, and individual study. Include participation in conferences, workshops, and seminars not listed under major activities.

If the project was not intended to provide training and professional development opportunities or there is nothing significant to report during this reporting period, state "Nothing to Report."

d. **How have the results been disseminated to communities of interest?**
Describe how the results have been disseminated to communities of interest. Include any outreach activities that have been undertaken for the purpose of enhancing public understanding and increasing interest in learning and careers in science, technology, and the humanities.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

e. **What do you plan to do during the next reporting period to accomplish the goals and objectives?**
Describe briefly what you plan to do during the next reporting period to accomplish the goals and objectives.

If there are no changes to the agency-approved application or plan for this project or if this is the final report, state "Nothing to Report."

3. **Products**

**What has the project produced?**
Publications are the characteristic product of research. Agencies evaluate what the publications demonstrate about the excellence and significance of the research and the efficacy with which the results are being communicated to colleagues, potential users, and the public, not just the number of publications. Many projects (though not all) develop significant products other than publications. Agencies assess and report both publications and other products to Congress, communities of interest, and the public.

List any products resulting from the project during the reporting period. Examples of products include: publications, conference papers, and presentations; website(s);

technologies or techniques; inventions, patent applications, and/or licenses; and other products, such as data or databases, physical collections, audio or video products, software or NetWare, models, educational aids or curricula, instruments or equipment, research material, interventions (e.g., clinical or educational), new business creation or any other public release of information related to the project.

If there is nothing significant to report or if no products were developed during this reporting period, state "Nothing to Report."

**a. Publications, conference papers, and presentations**

Report the publication(s) resulting from the work under this award. There is no restriction on the number. However, agencies are most interested in those publications that most reflect the work under this award in the following categories:

Please note: Recipients must use the EERE acknowledgement and legal disclaimer language as described in the Special Terms and Conditions (additional information can be found at the EERE Communications Standards website: https://www.energy.gov/eere/communicationstandards/eere-branded-publications-developed-third-parties).

The recipient is reminded that all data produced under the award should comply with the award's data management plan (DMP). The DMP provides a plan for making all research data displayed in publications resulting from the proposed work digitally accessible at the time of publication. At a minimum, the DMP (1) describes how data sharing and preservation will enable validation of the results from the proposed work, how the results could be validated if data are not shared or preserved and (2) has a plan for making all research data displayed in publications resulting from the proposed work digitally accessible at the time of publications. For more information on DMPs, please visit https://www.energy.gov/eere/funding/eere-digital-data-management.

**i. Accepted Manuscript(s) of Journal Article**

List peer-reviewed articles or papers that have been submitted for publication in scientific, technical, or professional journals. Include any paper submitted for peer-reviewed publication in the periodically published proceedings of a scientific society, a conference, or the like. A publication in the proceedings of a one-time conference, not part of a series, should be reported under "Books or other non-periodical, one-time publications."

Identify for each publication: Author(s); title; journal; volume: year; page numbers; status of publication (published; accepted, awaiting publication; submitted, under review; other); acknowledgement of federal support (yes/no); legal disclaimer language (yes/no). Also see instructions under **II. Scientific/Technical Reporting** regarding the submission of accepted manuscripts and other STI as appropriate.

ii. **Books or other non-periodical, one-time publications**
Report any book, monograph, dissertation, abstract, or the like published as or in a separate publication, rather than a periodical or series. Include any significant publication in the proceedings of a one-time conference or in the report of a one-time study, commission, or the like.

Identify for each one-time publication: author(s); title; editor; title of collection, if applicable; bibliographic information; year; type of publication (book, thesis or dissertation, other); status of publication (published; accepted, awaiting publication; submitted, under review; other); acknowledgement of federal support (yes/no); legal disclaimer language (yes/no).

iii. **Other publications, conference papers and presentations**
Identify any other publications, conference papers and/or presentations not reported above. Specify the status of the publication as noted above.

b. **Website(s)**
List the URL for any Internet site(s) that disseminates the results of the research activities. A short description of each site should be provided. It is not necessary to include the publications already specified above in this section.

c. **Technologies or techniques**
Identify technologies or techniques that have resulted from the research activities. Describe the technologies or techniques and how they are being shared.

d. **Inventions, patent applications, and/or licenses**
Identify inventions, patent applications with date, and/or licenses that have resulted from the research. Submission of this information as part of an interim report or Final Technical Report is not a substitute for any other invention reporting required under the terms and conditions of an award.

e. **Other products**
Identify any other significant products that were developed under this project. Describe the product and how it is being shared. Examples of other products are: Data or databases; Physical collections; Audio or video products; Software or NetWare; Models; Educational aids or curricula; Instruments or equipment; Research material (e.g., germplasm, cell lines, DNA probes, animal models); Interventions (e.g. clinical, educational); new business creation; and Other.

4. **Participants & Other Collaborating Organizations**

This requirement is applicable for all awards issued after 03/01/22. For awards issued prior to 03/01/22, refer to your award Terms and Conditions to determine applicability. Prior to 03/01/22, some awards were required to submit a Table of Personnel; for these awards, please refer to your award Terms and Conditions and the Special Reporting Instructions in the FARC for guidance on reporting requirements.

Have there been any changes to the Participants and Collaborating Organizations information previously submitted to DOE? No ☐; Yes ☐; N/A ☐ If yes, the Recipient must submit updated information. See Section II.A. Participants and Collaborating Organizations.

The following information on participants (individuals) was provided during award negotiations. On a quarterly basis, provide updates as needed. Recipients must identify and provide specific information for the following individuals at the prime and recipient level: (1) covered individuals as defined in the Terms and Conditions; and (2) each person who has worked or is expected to work at least one person month per year on the project regardless of the source of compensation (a person month equals approximately 160 hours of effort).

a. What individuals have worked on the project?
    i. Name
    ii. Organization
    iii. Job Title
    iv. Role in the project
    v. Start and end date (month and year) working on the project
    vi. State, U.S. territory, and/or country of residence
    vii. Whether this person collaborated with an individual or entity located in a foreign country in connection with the scope of this Award, and
    viii. If yes to a. vii, whether the person traveled to the foreign country as part of that collaboration, and, if so, where and what the duration of stay was.

**5. Current and Pending Support**

Have there been any changes to the information included in the current and pending support disclosures previously submitted to DOE? No ☐; Yes ☐; N/A ☐. If yes, the Recipient must submit updated information. See Section II.B. Current and Pending Support.

Have there been any changes to the covered individuals? No ☐; Yes ☐; N/A ☐. If yes, the Recipient must submit a current and pending support disclosure and CV or Biosketch for any new covered individuals. See Current and Pending Support.

**6. Impact**

**What is the impact of the project? How has it contributed?**
Over the years, this base of knowledge, techniques, people, and infrastructure is drawn upon again and again for application to commercial technology and the economy, to health and safety, to cost-efficient environmental protection, to the solution of social problems, to numerous other aspects of the public welfare, and to other fields of endeavor.

The taxpaying public and its representatives deserve a periodic assessment to show them how the investments they make benefit the nation. Through this reporting format, and especially this section, recipients provide that assessment and make the case for federal funding of research and education.

Agencies use this information to assess how their research programs: increase the body of knowledge and techniques; enlarge the pool of people trained to develop that knowledge and techniques or put it to use; and improve the physical, institutional, and information resources that enable those people to get their training and perform their functions.

This component will be used to describe ways in which the work, findings, and specific products of the project have had an impact during this reporting period. Describe distinctive contributions, major accomplishments, innovations, successes, or any change in practice or behavior that has come about as a result of the project relative to: the development of the principal discipline(s) of the project; other disciplines; the development of human resources; teaching and educational experiences; physical, institutional, and information resources that form infrastructure; technology transfer (include transfer of results to entities in government or industry, adoption of new practices, or instances where research has led to the initiation of a startup company); society beyond science and technology; or foreign countries.

**a. What was the impact on the development of the principal discipline(s) of the project?**
Describe how findings, results, and techniques that were developed or extended, or other products from the project made an impact or are likely to make an impact on the base of knowledge, theory, and research and/or pedagogical methods in the principal disciplinary field(s) of the project. Summarize using language that a lay audience can understand (Scientific American style). How the field or discipline is defined is not as important as covering the impact the work has had on knowledge and technique. Make the best distinction possible, for example, by using a “field” or “discipline”, if appropriate, that corresponds with a single academic department (i.e., physics rather than nuclear physics).

If there is nothing significant to report during this reporting period, state “Nothing to Report.”

**b. What was the impact on other disciplines?**
Describe how the findings, results, or techniques that were developed or improved, or other products from the project made an impact or are likely to make an impact on other disciplines.

If there is nothing significant to report during this reporting period, state “Nothing to Report.”

**c. What was the impact on the development of human resources?**

Describe how the project made an impact or is likely to make an impact on human resource development in science, engineering, and technology. For example, how has the project: provided opportunities for research and teaching in the relevant fields; developed and disseminated new educational materials; provided scholarships; or provided exposure to science and technology for practitioners, teachers, young people, or other members of the public?

If there is nothing significant to report during this reporting period, state "Nothing to Report."

**d. What was the impact on teaching and educational experiences?**
Describe how the project made an impact or is likely to make an impact on teaching and educational experiences. For example, has the project: developed and disseminated new educational materials; led to ideas for new approaches to course design or pedagogical methods; or developed online resources that will be useful for teachers and students and other school staff?

If there is nothing significant to report during this reporting period, state "Nothing to Report."

**e. What was the impact on physical, institutional, and information resources that form infrastructure?**
Describe ways, if any, in which the project made an impact, or is likely to make an impact, on physical, institutional, and information resources that form infrastructure, including: physical resources such as facilities, laboratories, or instruments; institutional resources (such as establishment or sustenance of societies or organizations); or information resources, electronic means for accessing such resources or for scientific communication, or the like.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

**f. What was the impact on technology transfer?**
Describe ways in which the project made an impact, or is likely to make an impact, on commercial technology or public use, including: transfer of results to entities in government or industry; instances where the research has led to the initiation of a start-up company; or adoption of new practices.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

**g. What was the impact on society beyond science and technology?**
Describe how results from the project made an impact, or are likely to make an impact, beyond the bounds of science, engineering, and the academic world on areas such as: improving public knowledge, attitudes, skills, and abilities; changing

behavior, practices, decision making, policies (including regulatory policies), or social actions; or improving social, economic, civic, or environmental conditions.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

**h. What percentage of the award's budget was spent in foreign country(ies)?**
Describe what percentage of the award's budget was spent in foreign country(ies). If more than one foreign country is involved, identify the distribution between the foreign countries.

U.S.-based recipients should provide the percentage of the budget spent in the foreign country(ies) and/or, if applicable, the percentage of the budget obligated to foreign entities as first-tier subawards.

Recipients that are not U.S.-based should provide the percentage of the direct award received, excluding all first-tier subawards to U.S. entities. If applicable, provide separately the percentage of the budget obligated to non-U.S. entities as first-tier subawards.

**7. Changes/Problems**

The PD/PI is reminded that the grantee is required to obtain prior written approval from the Grants Officer whenever there are significant changes in the project or its direction. Requests for prior written approval must be submitted to the Grants Officer. If not previously reported in writing, provide the following additional information, if applicable: Changes in approach and reasons for change; Actual or anticipated problems or delays and actions or plans to resolve them; Changes that have a significant impact on expenditures; Significant changes in use or care of animals, human subjects, and/or biohazards.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

**a. Changes in approach and reasons for change**
Describe any changes in approach during the reporting period and reasons for these changes. Remember that significant changes in objectives and scope require prior approval of the Grants Officer.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

**b. Actual or anticipated problems or delays and actions or plans to resolve them**
Describe problems or delays encountered during the reporting period and actions or plans to resolve them.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

c. **Changes that have a significant impact on expenditures**
Describe changes during the reporting period that may have a significant impact on expenditures, for example, delays in hiring staff or favorable developments that enable meeting objectives at less cost than anticipated.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

d. **Significant changes in use or care of human subjects, vertebrate animals, biohazards, and/or select agents**
Describe significant deviations, unexpected outcomes, or changes in approved protocols for the use or care of human subjects, vertebrate animals, biohazards and/or select agents during the reporting period. If required, were these changes approved by the applicable institution committee and reported to the agency? Also specify the applicable Institutional Review Board/Institutional Animal Care and Use Committee approval dates.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

e. **Change of primary performance site location from that originally proposed**
Identify any change to the primary performance site location identified in the proposal, as originally submitted.

If there is nothing significant to report during this reporting period, state "Nothing to Report."

8. **Special Reporting Requirements**

Respond to any special reporting requirements specified in the award terms and conditions, as well as any award specific reporting requirements.

9. **Budgetary Information**

This component will be used to collect budgetary data from the recipient organization. The information will be used in conducting periodic administrative/budgetary reviews. Budgetary data identified and required by the Grants Officer should be submitted in an Excel spreadsheet format.

## B. Financial Report SF-425 Federal Financial Report

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |

| | |
|---|---|
| Submission deadline: | Within 30 calendar days after the end of the quarterly reporting period (January 30, April 30, July 30, October 30) **and** within 120 calendar days after expiration or termination of the award |

Every quarter, the prime recipient is required to submit a completed SF-425 for the project to EERE, covering the entirety of work performed by the prime recipient, subrecipients, and contractors – to EERE. A fillable version of the SF-425 is available at https://www.energy.gov/eere/funding/eere-funding-application-and-management-forms.

## C. Scientific and Technical Reporting

The dissemination of scientific and technical information (STI) ensures public access to the results of federally funded research. STI refers to information products in any medium or format used to convey results, findings, or technical innovations from research and development or other scientific and technological work that are prepared with the intention of being preserved and disseminated in the broadest sense applicable (i.e., to the public or, in the case of controlled unclassified information or classified information, disseminated among authorized individuals). By properly submitting STI to DOE Energy Link System (E-Link), the information will be made available to the public through OSTI.GOV.

**NOTE: SCIENTIFIC/TECHNICAL PRODUCTS INTENDED FOR PUBLIC RELEASE MUST NOT CONTAIN PROTECTED PERSONALLY IDENTIFIABLE INFORMATION (PII). Please refer to Appendix A for more information.**

**NOTE: For awards made after August 8, 2024, the digital persistent identifier (e.g., ORCID iD) for individuals must be used when publishing products (when that is an option). The digital persistent identifier for individuals must be provided when reporting outputs to the Department of Energy Office of Scientific and Technical Information (DOE OSTI).**

### 1. Accepted Manuscript of Journal Article

| | |
|---|---|
| Submit to: | DOE Energy Link System (E-Link) available at https://www.osti.gov/elink/2413-submission.jsp |
| Submission deadline: | No later than the published online date of the article |

Public access to scholarly publications is enabled by providing the Accepted Manuscript (AM) of the Journal Article to DOE OSTI and is consistent with the U.S. Government's retained license to published results of federally-funded research. If the recipient has a journal article accepted for publication which includes information/data produced under the award, then the recipient must submit an AN 241.3, as described below, no later than the published online date of the article.

Content. The recipient is to provide the final peer-reviewed AM, i.e., the version of a journal article that has been peer reviewed and accepted for publication in a journal. Do NOT submit the journal's published version of the article, i.e., do NOT submit a

copyrighted reprint. Please see the Accepted Manuscript FAQ https://www.energy.gov/eere/funding/downloads/quarterly-and-annual-reports for more information.

DOE will make no additional review of the content of the AM because the AM is the version of the journal article with the content to be published (i.e., publicly released) by the journal publisher.

The recipient must self-certify at the time of submission to EERE via E-Link that the content is appropriate and that it is not a copyrighted reprint, i.e., the final version of the published article. Recipients are reminded that the article is to include an acknowledgement of federal support and a legal disclaimer as required in the "Publications" Term in the award Special Terms and Conditions (additional information can be found at the EERE Communications Standards website: https://www.energy.gov/eere/communicationstandards/eere-branded-publications-developed-third-parties).

The recipient is also reminded that all data produced under the award should comply with the award's data management plan (DMP). The DMP provides a plan for making all research data displayed in publications resulting from the proposed work digitally accessible at the time of publication. At a minimum, the DMP (1) describes how data sharing and preservation will enable validation of the results from the proposed work, how the results could be validated if data are not shared or preserved and (2) has a plan for making all research data displayed in publications resulting from the proposed work digitally accessible at the time of publications. For more information on DMPs, please visit https://www.energy.gov/eere/funding/eere-digital-data-management.

Electronic Submission Process. The AM of the Journal Article must be provided electronically via the DOE Energy Link System (E-Link) and must be accompanied by a completed DOE Announcement Notice (AN) 241.3 (https://www.osti.gov/elink/2413-submission.jsp).

**2. Conference Product(s)**

| | |
|---|---|
| Submit to: | DOE Energy Link System (E-Link) available at https://www.osti.gov/elink/2413 |
| Submission deadline: | Within five (5) calendar days after the event, or as specified |

The recipient must submit a copy of any scientific/technical conference papers, proceedings, or presentations.

Content: The content should include a copy of the paper, presentation, or proceeding and: (1) name of conference; (2) location of conference; (3) date of conference; and (4) conference sponsor. Also include an acknowledgement of federal support and a legal disclaimer as described in the Special Terms and Conditions (additional information can be found at the EERE Communications Standards website:

https://www.energy.gov/eere/communicationstandards/eere-branded-publications-developed-third-parties).

Electronic Submission Process: Scientific/technical conference proceedings, papers/presentations or must be submitted via the DOE Energy Link System (E-Link) with a completed DOE Announcement Notice (AN) 241.3 (https://www.osti.gov/elink/2413).

The recipient is responsible for ensuring the suitability of the content for public release. The terms and conditions of award provide that submissions must not contain any Protected Personally Identifiable Information (PII), limited rights data (proprietary data), classified information, information subject to export control classification, or other information not subject to release.

For more information, please review the Conference Products FAQ at https://www.energy.gov/eere/funding/downloads/quarterly-and-annual-reports.

## 3. Technical Report(s)

| | |
|---|---|
| Submit to: | DOE Energy Link System (E-Link) available at https://www.osti.gov/elink/2413 |
| Submission deadline: | Within five (5) calendar days after the event, or as specified |

The recipient must submit a copy of any scientific/technical reports.

Content: The content should include a copy of the report as well as an acknowledgement of federal support and a legal disclaimer as described in the Special Terms and Conditions (additional information can be found at the EERE Communications Standards website: https://www.energy.gov/eere/communicationstandards/eere-branded-publications-developed-third-parties).

Electronic Submission Process: Scientific/technical reports must be submitted via the DOE Energy Link System (E-Link) with a completed DOE Announcement Notice (AN) 241.3 (https://www.osti.gov/elink/2413).

The recipient is responsible for ensuring the suitability of the content for public release. The terms and conditions of award provide that submissions must not contain any Protected Personally Identifiable Information (PII), limited rights data (proprietary data), classified information, information subject to export control classification, or other information not subject to release.

## 4. Software & Manual(s)

| | |
|---|---|
| Submit to: | DOE CODE: https://www.osti.gov/doecode/ |
| Submission deadline: | Within five (5) calendar days after the event, or as specified |

The recipient must submit all software deliverables created under the award, as well as any accompanying documentation or manuals.

DOE CODE is DOE's software services platform for submitting and searching for software resulting from DOE-funded research. Through submission to DOE CODE, users have the option to obtain a Digital Object Identifier (DOI) for the code, making it more easily discoverable, citable, and shared.

Content. When a recipient submits software to OSTI through DOE CODE, a set of required metadata elements and a link to the software repository must be provided.

Submission Process. Recipients will submit software by going to https://www.osti.gov/doecode/. Before submissions can be made, the recipient will be required to create an account. The recipient may create an account by visiting the top right of the DOE CODE homepage. Once the account is created, submissions may be

made through the submit software/code link on the homepage. For more information about DOE CODE please visit https://www.osti.gov/doecode/faq.

## 5. Dataset(s)

| | |
|---|---|
| Submit to: | DOE Energy Link System (E-Link) available at https://www.osti.gov/elink/2416-submission.jsp |
| Submission deadline: | Within five (5) calendar days after the event, or as specified |

Scientific/technical datasets (data-streams, data files, etc.) support the technical reports and published literature resulting from DOE-funded research. They are also recognized as valuable information entities in their own right that, now and in the future, need to be available for citation, discovery, retrieval, and reuse. The assignment and registration of a Digital Object Identifier (DOI) is a free service for DOE-funded researchers which is provided by OSTI to enhance access to this important resource. In order to obtain a DOI, provide to OSTI the specific data elements relevant to the dataset, as specified in DOE AN 241.6.

Content. If the recipient generates publicly available datasets resulting from work funded by DOE, they may announce these datasets to OSTI and have them registered with DataCite to obtain a DOI, which ensures long-term linkage between the DOI and the dataset's location. To register and publicly announce a dataset, the recipient must provide an AN 241.6, including the required data elements needed for describing the dataset. Note: Do NOT submit the dataset itself, only the metadata for registering the dataset, obtaining a DOI, and announcing its availability.

Electronic Submission Process. Notification of scientific datasets must be submitted electronically via the DOE Energy Link System (E-Link) and must be accompanied by a completed DOE Announcement Notice (AN) 241.6 (https://www.osti.gov/elink/2416-submission.jsp). Within the AN 241.6, provide relevant information about the dataset as well as the URL where the dataset can be accessed.

## 6. Other STI (Dissertation / Thesis, etc.)

| | |
|---|---|
| Submit to: | https://www.osti.gov/elink/2413-submission.jsp |
| Submission deadline: | Within five (5) calendar days after the event, or as specified |

Recipients are encouraged to announce other forms of STI especially if they are the primary means by which certain research results are disseminated or if they contain research results not already announced to DOE by the recipient in technical reports, accepted journal articles, conference products, software, and datasets.

Other types of scientific and technical information produced which may be used for public dissemination of project results include: dissertation/thesis, patent, book, or other similar products. These types of STI may also be announced using DOE AN 241.3 by

following instructions on the E-Link website (https://www.osti.gov/elink/2413-submission.jsp).

## D. Intellectual Property Reporting

### 1. Intellectual Property Reporting

| | |
|---|---|
| Submit to: | https://www.iEdison.gov |
| Submission deadline: | Within five (5) calendar days after the event, or as specified |

iEdison requires a login and password. If the recipient's organization does not already have an iEdison administrator account, the recipient may register for one at: iEdison Registration.

In accordance with the patent rights clause of the award, the recipient and subrecipient(s), if any, must complete the following intellectual property reports in iEdison when applicable:

Disclosing a subject invention, including anticipated uses and sales (use iEdison's Invention Report);

Reporting publications, manuscript submissions, or other public disclosures concerning a subject invention (add documents to the Invention Report);

If authorized by the award agreement, electing (or declining) to retain title to a subject invention (modify the Invention Report and input "Title Election Date" or "Not Elect Title Reason");

Disclosing the filing or termination of patent applications on a subject invention (i.e., patent applications disclosing or claiming a subject invention). Patent disclosures must be made (using iEdison's Patent Report) for filing the following patent applications:

- An initial domestic patent application (including provisional or non-provisional);
- A domestic divisional or continuation patent application;
- A domestic continuation-in-part application; and
- A foreign patent application.

Discontinuing prosecution of a patent application, maintenance of a patent, or defense in a patent reexamination or opposition proceeding, regardless of jurisdiction (modify the Patent Report); and,

Requesting an extension of time to:

- Elect (or decline) to retain title to a subject invention (modify the Invention Report); and
- File an initial domestic or foreign patent application (modify the Invention Report).

Failure to submit Intellectual Property Reporting Forms in a timely manner may result in forfeiture of the recipient's or subrecipient's rights in the subject inventions and related patent applications.

Please review the Invention Reporting FAQs https://www.energy.gov/eere/funding/downloads/quarterly-and-annual-reports for more information.

### 2. Invention Utilization Report

| | |
|---|---|
| Submit to: | https://www.nist.gov/iedison |
| Submission deadline: | For each subject invention, reports are due annually once the recipient or subrecipient elects to retain title to the subject invention and must continue to be provided for 10 years thereafter |

The recipient and subrecipient(s) must provide Invention Utilization Reports for each subject invention that the recipient or subrecipient retains ownership. Reports are due annually starting one year after the recipient or subrecipient elects to take title and must continue to be provided for 10 years thereafter or until the recipient or subrecipient informs DOE in writing that it no longer wants to retain title in the subject invention. Failure to submit Invention Utilization Reports in a timely manner may result in forfeiture of the recipient's or subrecipient's rights in the subject inventions.

## E. Project Management Plan (PMP)

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within six (6) weeks of the effective date of the EERE award |

**Iterations and Maintenance**
The recipient is required to develop, update, and adhere to a project management plan. The purpose of the plan is to establish cost, schedule, and technical performance baselines, and to formalize the processes by which the project will be managed. These processes include considerations such as risk management, change management, and communications management. While it is primarily the project recipient's responsibility to maintain the plan, federal staff may request changes. The plan is intended to be a living document, modified as necessary, and comprising the following iterations:

**Application Draft**
The recipient must submit a draft of the project management plan with the initial application for financial assistance.

**Negotiation Draft**
The selected recipient may be called upon by the selecting Office to revise its project management plan during the negotiation phase.

**Active Plan**
Following formal award of the financial assistance agreement, the recipient must submit an updated project management plan, to include any changes requested during negotiation and a timeline based upon the actual award date.

1. **Revised Plan(s)**

   During the life of the project the recipient must submit a revised project management plan based on the following circumstances:

   **a.** Developments that have a significant favorable impact on the project.

   **b.** Problems, delays, or adverse conditions which materially impair the recipient's ability to meet the objectives of the award or which may require the program office to respond to questions relating to such events from the public. Specifically, the recipient must update the plan when any of the following incidents occur:

   i. Any event which is anticipated to cause significant schedule or cost changes, such as changes to the funding and costing profile or changes to the project timeline.
   ii. Any change to Technology Readiness Level.
   iii. Any significant change to risk events (including both potential and realized events) or to risk management strategies.
   iv. Failure to meet a milestone or milestones; any dependencies should be adjusted.
   v. Any changes to partnerships.
   vi. Any significant change to facilities or other project resources.
   vii. Any other incident that has the potential for high visibility in the media.

2. **Content of revised PMP**

   **Project Title:** The DOE award number and project title
   **Recipient Organization:** Official name of the recipient organization
   **Principal Investigator:** The name and title of the project director/ principal investigator
   **Date of Plan:** The date the plan or plan revision was completed

   The revised PMP must describe changes to any of the following sections of the PMP as well as provide updated versions of any logs, tables, charts, or timelines.

   **a. Executive Summary:**
   Provide a description of the project that includes the objective, project goals, and expected results. The description should include a high-level description of the technology, potential use or benefit of the technology, location of work sites and a brief discussion of work performed at each site, along with a description of project phases (if the project includes phases).

   **b. Technology Readiness Levels (TRLs):**

Identify the readiness level of the technology associated with the project as well as the planned progression during project execution. A detailed explanation of the rationale for the estimated technology readiness level should be provided. Specific entry criteria for the next higher technology readiness level should be identified. Guidance on TRL levels can be found here: https://www.energy.gov/eere/funding/downloads/guidance-documents.

c. **Risk Management:**
Provide a summary description of the proposed approach to identify, analyze, and respond to potential risks associated with the proposed project. Project risk events are uncertain future events that, if realized, impact the success of the project. At a minimum, include the initial identification of significant technical, resource, and management issues that have the potential to impede project progress and strategies to minimize impacts from those issues. The risk management approach should be tailored to the TRL. If a project or task is expected to progress to a higher TRL, then the risk plan should address the retirement of any risks associated with the first TRL and identify new risks related to moving to the next TRL. Additionally, the risk management approach should include risk opportunities that if realized, could benefit the project.

d. **Milestone Log:**
Provide milestones for each budget period (or phase) of the project. Each milestone should include a title and planned completion date. Milestones should be quantitative (e.g., a date, a decision to be made, a key event) and show progress toward budget period and/or project goals. Milestones should also be important and few. Higher TRL projects (Demonstration and Deployment) typically have the most detailed milestone logs compared to lower TRL level projects (Research and Development). If applicable, milestones chosen should clearly reflect progress through various TRL stages.

Note: The Milestone Status must present actual performance in comparison with the Milestone Log, and include:

- The actual status and progress of the project,
- Specific progress made toward achieving the project's milestones, and
- Any proposed changes in the project's schedule required to complete milestones.

e. **Funding and Costing Profile:**
Provide a table (the Project Funding Profile) that shows, by budget period, the amount of government funding going to each project team member. Also, a table (the Project Costing Profile) which projects, by month, the expenditure of both government and recipient funds for the first budget period, at a minimum. The Funding and Costing Profile should show the relationships with the Milestone Log (Item 4 above) and Project Timeline (Item 6 below); for example, Funding and Costing information could be shown as an overlay on milestone or timeline charts.

f. **Project Timeline:**
Provide a timeline of the project (similar to a Gantt chart) broken down by each task and subtask, as described in the Statement of Project Objectives. The timeline should include a start date and end date for each task, as well as interim milestones. The timeline should also show interdependencies between tasks and include the milestones that are identified in the Milestone Log (Item 4 above). The timeline should also show the relationship to the Project Costing Profile (Item 5 above). If applicable, the timeline should include activities and milestones related to achieving succeeding TRLs.

g. **Success Criteria at Decision Points:**
Provide well-defined success criteria for each decision point in the project, including go/no-go decision points and the conclusions of budget periods and the entire project. The success criteria should be objective and stated in terms of specific, measurable, and repeatable data. Usually, the success criteria pertain to desirable outcomes, results, and observations from the project. Key milestones can be associated with success criteria. If applicable, the success criteria should include exit criteria for progressing from one TRL to the next.

h. **Key Partnerships, Teaming Arrangements and Team Members:**
Provide a list of key team members in the project as well as the role and contact information of each. A hierarchical project organization and structure chart should be provided along with a description of the role and responsibilities of each team member in terms of contribution to project scope. The section should also include key team members who fulfill single or multiple roles within a project as well as the contact information for each.

i. **Facilities and Resources:**
Provide a list of project locations along with a discussion of capabilities and activities performed at each site in terms of contribution to project scope. The address of each work site should be provided.

j. **Communications Management:**
Describe the communications needs and expectations for the project team members. The communications plan may be simple or detailed, depending on the complexity of the project. At a minimum, the plan should include contact information, methods of communicating and anticipated frequency.

k. **Change Management:**
Provide a description of the process for managing change on the project. Describe how change will be monitored, controlled and documented within the project. This includes, but is not limited to, changes to the Scope, Schedule, and Budget. If applicable, Change Management should include assessing how changes impact TRLs.

**F. Special Status Reports**

| | |
|---|---|
| Submit to: | See instructions below, submit either by email to the Federal Project Manager or to https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | As specified, see instructions below, submit within 48 hours or within five (5) business days after the event. |

Problems, delays, or adverse conditions which materially impair the recipient's ability to meet the objectives of the award or which may require DOE to respond to questions relating to such events from the public. The recipient must report any of the following incidents and include the anticipated impact and remedial action to be taken to correct or resolve the problem/condition.

**Within 48 hours**, provide notification to the DOE Federal Project Manager by email, with a copy to the cognizant Grants Officer, the following events:

1. Any fatality, injury, or illness that results in loss of consciousness or requires medical treatment beyond first aid involving an employee, or member of the public.
2. An imminent or actual environmental contamination or the need for environmental cleanup (including, but not limited to, contamination or cleanup resulting from an accident connected to or arising from the presence, leakage or spill of hazardous materials in accordance with National Environmental Policy Act 42 U.S.C. §§4321, et seq. Examples of due care may include, but are not limited to, visual site inspection of any portions of the property where environmental contamination is likely or suspected, or other reasonable measures. Such notice must be made to DOE following any immediate mitigation efforts, as appropriate, and contacts made to requisite agencies.
3. Actual physical property damage in excess of $50,000.

**Within 48 hours**, the recipient is responsible for reporting cybersecurity incident(s) as follows:

4. The recipient is responsible for identifying a cybersecurity incident. In general, a cybersecurity incident is identified as any incident that may cause financial harm or loss of intellectual property created or supported in performance of award, including malware and ransomware attacks; affecting operations or the security of, or access to, data, including disruption of both physical operations and business operations for a duration greater than one (1) hour or any cybersecurity incidents that have national security implications.

   Once identified, the recipient is responsible for reporting cybersecurity incidents to the Cyber Incident mailbox within 48 hours of the incident. The recipient sends a password protected document via email attachment that includes the date and time of the incident, a high-level description of the incident, a summary of the known impacts, and current and planned mitigation activities . The recipient sends a second email to Cyber Incident mailbox including the password to the protected document.

**Within five (5) business days**, submit to https://www.eere.pmc.energy.gov/SubmitReports.aspx:

5. If the recipient or project team member receives any other award of federal funds for activities that potentially overlap with the activities funded under the DOE award, the recipient must promptly notify DOE in writing of the potential overlap and state

whether project funs from any of those other federal awards have been, are being ,or are to be used (in whole or in part) for one of more of the identical cost items under the DOE award;

6. If an individual on the project team is or is believed to be participating in a foreign government-sponsored talent recruitment program of a foreign country of risk.
7. If the recipient is considering new collaborations with foreign entities and government, the recipient must provide written notification to DOE and await further guidance from DOE prior to contacting the proposed foreign entity or government regarding the potential collaboration or negotiating the terms of any potential agreement. In general, a collaboration will involve some provision of a thing of value to, or from, the recipient. A thing of value includes but many not be limited to all resources made available to, or form, the recipient in support of and/or related to the DOE award, regardless of whether or not they have monetary value. Things of value also may include in-kind contributions (such as office/laboratory space, data, equipment, supplies, employees, students). In-kind contributions not intended for direct use on the DOE award but resulting in provision of a thing of value from or to the DOE award must also be reported.
8. Any current or pending subsidiary, foreign business entity, or offshore entity that is based in, or funded by, any foreign country of risk or foreign entity based in a country of risk;
9. Any current or pending contractual or financial obligation or other agreement specific to a business arrangement, or joint venture-like arrangement with an entity owned by a country of risk or foreign entity based in a country or risk;
10. Any current or pending change in ownership structure of the recipient or subrecipients that increases foreign ownership related to a country of risk. Each notification shall be accompanied by a complete and up-to-date capitalization table showing all equity interests held including limited liability company (LLC) and partnership interests, as well as derivative securities. Include both the number of shares issued to each equity holder, as well as the percentage of that series and of all equity on fully diluted basis. For each equity holder, provide the place of incorporation and the principal place of business, as applicable. If the equity holder is a natural person, identify the citizenship(s);
11. Any current or pending venture capital institutional investment by an entity that has a general partner or individual holding a leadership roe in such entity who has a foreign affiliation with any foreign country or risk;
12. Any current or pending technology licensing, transfer or intellectual property sales to a foreign country of risk within the same technology area as the award (e.g., batteries, biotechnology, grid, energy generation and storage, advanced computing);
13. Any changes to the recipient or the subrecipients' board of directors, including additions to the number of directors, the identify of new directors, as well as each new director's citizenship, shareholder affiliation (if applicable); each notification shall include a complete up-to-date list of all directors (and board observers), including their full name, citizenship and shareholder affiliation, ate of appointment, duration of term, as well as a description of observer rights as applicable to
14. Any proposed changes to the equipment used on the project that would result in:

a. Unmanned aircraft, control, and communications components originally made or manufactured in a foreign country of risk (including relabeled or rebranded equipment).
b. Coded equipment where the source code is written in a foreign country or risk.
c. Equipment from a foreign country of risk that will be connected to the internet or other remote communication system.
d. Any entity from a foreign country of risk that will have physical or remote access to any part of the equipment used on the project after delivery.

15. Potential or actual of environmental, health, safety, or labor laws and regulations, any significant environmental permit violation, and any incident which causes a significant process or hazard control system failure;
16. Any incident arising out of or relating to work under the award that has the potential for high visibility in the media;
17. Potential or actual violations of federal, state, and municipal laws arising out of or relating to work under the award;
18. Potential or actual noncompliance with DOE reporting requirements under the award;
19. Potential or actual bankruptcy/insolvency of the prime recipient or subrecipient;
20. Potential or actual violation of U.S. export control laws and regulations arising out of or relating to the work under the award;
21. Any notices or claims of patent or copyright infringement arising out of or relating to the performance of the DOE award;
22. Refusal of a subrecipient to accept flow down requirements in the Special Terms and Conditions and/or any Attachment to the DOE award;
23. Any improper claims or excess payments arising out of or relating to work under the award;
24. Potential or actual violations of the cost share requirements under the award;
25. Potential or actual violations of the lobbying restrictions in the award;
26. Any event which is anticipated to cause a significant schedule slippage or cost increase; and
27. Developments that have a significant favorable impact on the project.

## G. Continuation Application

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within five (5) calendar days after the event, or as specified |

A continuation application is a non-competitive application for an additional budget period within a previously approved period of performance. The continuation application should be submitted at least ninety (90) calendar days before the end of each budget period, or as specified in the Special Terms and Conditions of the award.

## H. Other (see Special Instructions)

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within five (5) calendar days after the event, or as specified |

# II. Award Management Reporting

## A. Participants and Collaborating Organizations
(Research Performance Progress Report, Section 4)

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within 30 calendar days after the end of the quarterly reporting period (January 30, April 30, July 30, October 30) only when there has been a change to Participants and Collaborating Organizations. |

### 1. Who has been involved?
Agencies need to know who has worked on the project to gauge and report performance in promoting partnerships and collaborations. The following information on participants and other collaborating organizations was provided during award negotiations. If there are any changes to Participants and Collaborating Organizations information previously submitted to DOE, the Recipient must submit updated information within 30 calendar days after the end of the quarterly reporting period in which the change occurred. For changes to covered individuals, please refer to the Current and Pending Support reporting for additional requirements.

#### a. What individuals have worked on the project?
Provide the following information for: (1) all Project director(s)/Principal investigator(s) (PDs/PIs); and (2) each person who has worked or is expected to work at least one person month per year on the project regardless of the source of compensation (a person month equals approximately 160 hours of effort). Please note that such reporting does not constitute a formal institutional report of effort on the project, but rather is used by agency program staff to evaluate the progress of the project during a given reporting period.

**i. Provide the name and identify the role the person played in this project.**
Indicate the total number of months (including partial months) (Calendar, Academic, Summer) that the individual worked on this project. Using the project roles identified below, select the most senior role in which the person worked on the project for any significant length of time. For example, if an undergraduate student graduated, entered graduate school, and continued to work on the project, show that person as a graduate student, preferably explaining the change in involvement.

**ii. Project Roles:**
PD/PI
Co PD/PI
Faculty
Community College Faculty
Technical School Faculty
K-12 Teacher
Postdoctoral (scholar, fellow or other postdoctoral position)

Other Professional
Technician
Staff Scientist (doctoral level)
Statistician
Graduate Student (research assistant)
Non-Student Research Assistant
Undergraduate Student
Technical School Student
High School Student
Consultant
Research Experience for Undergraduates (REU) Participant
Other (specify)

iii. **Describe briefly how this person contributed to this project.**
If information is unchanged from a previous progress report, provide the name only and indicate "no change."

iv. **Identify the person's state, U.S. territory, and/or country of residence.**
State whether this person has collaborated internationally.
If the participant was U.S.-based, state whether this person collaborated internationally with an individual located in a foreign country and specify whether the person traveled to the foreign country as part of that collaboration, and, if so, what the duration of stay was. The foreign country(ies) should be identified.

If the participant was not U.S.-based, state whether this person traveled to the U.S. or another country as part of a collaboration, and, if so, what the duration of stay was. The destination country should be identified.

Example:
- Name: Mary Smith
- Total Number of Months: 5.5
- Project Role: Graduate Student
- Researcher Identifier: 1234567
- Contribution to Project: Ms. Smith has performed work in the area of combined error-control and constrained coding.
- State, U.S. territory, and/or country of residence: Michigan, U.S.A.
- Collaborated with individual in foreign country: Yes
- Country(ies) of foreign collaborator: China
- Travelled to foreign country: Yes
- If traveled to foreign country(ies), duration of stay: 5 months

b. **What other organizations have been involved as partners?**
Describe partner organizations – academic institutions, other nonprofits, industrial or commercial firms, state or local governments, schools or school systems, or other organizations (foreign or domestic) – that have been involved with the project.

Partner organizations may provide financial or in-kind support, supply facilities or equipment, collaborate in the research, exchange personnel, or otherwise contribute.

Provide the following information for each partnership:

- Organization Name:
- Location of Organization: (if foreign location list country)
- Partner's contribution to the project: (identify one or more)
    - Financial support;
    - In-kind support (e.g., partner makes software, computers, equipment, etc., available to project staff);
    - Facilities (e.g., project staff use the partner's facilities for project activities);
    - Collaborative research (e.g., partner's staff work with project staff on the project);
    - Personnel exchanges (e.g., project staff and/or partner's staff use each other's facilities, work at each other's site); and
    - Other.
- More detail on partner and contribution (foreign or domestic).

**c. Have other collaborators or contacts been involved?**

Some significant collaborators or contacts within the recipient's organization may not be covered by "What people have worked on the project?" Likewise, some significant collaborators or contacts outside the recipient's organization may not be covered under "What other organizations have been involved as partners?"

For example, describe any significant:

- Collaborations with others within the recipient's organization, especially interdepartmental or interdisciplinary collaborations;
- Collaborations or contact with others outside the organization; and
- Collaborations or contacts with others outside the United States or with an international organization.

Identify the state(s), U.S. territory(ies), or country(ies) of collaborations or contacts.

It is likely that many recipients will have no other collaborators or contacts to report.

## B. Current and Pending Support

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx or as instructed below |
| Submission deadline: | Within thirty (30) calendar days only when there is a change to Current and Pending Support for existing covered individuals. |

Prior to award, the Recipient was required to provide current and pending support disclosure statements for each covered individual, as defined by the award Terms and Conditions, at the recipient and subrecipient level, regardless of funding source.

**New Covered Individuals:**

Prior to starting work on the project, new covered individuals must submit a current and pending support disclosure and biosketch/resume to the cognizant Technical Project Officer and Grants Officer and receive approval from DOE. R&D covered individuals are encouraged to comply with the Digital Persistent Identifier (PID) and Research Security Training Requirements Terms. The PID and Research Training will be required for all R&D covered individuals on May 1, 2025.

**Existing Covered Individuals:**
If there are any changes to current and pending support disclosure statements previously submitted to DOE, the Recipient must submit updated current and pending disclosure statements within thirty (30) days of the change. The Recipient must ensure all covered individuals at the recipient and subrecipient level, are aware of the requirement to submit updated current and pending support disclosure statements to DOE.

If there has been a change that would prompt the submission of a new or updated current and pending support disclosure, the instructions to complete the new or updated disclosure is listed below.

Current and pending support is intended to allow the identification of potential duplication, overcommitment, potential conflicts of interest or commitment, and all other sources of support. All covered individuals at the recipient and subrecipient level must provide a list of all sponsored activities, awards, and appointments, whether paid or unpaid; provided as a gift with terms or conditions or provided as a gift without terms or conditions; full-time, part-time, or voluntary; faculty, visiting, adjunct, or honorary; cash or in-kind; foreign or domestic; governmental or private-sector; directly supporting the individual's research or indirectly supporting the individual by supporting students, research staff, space, equipment, or other research expenses. All foreign government-sponsored talent recruitment programs must be identified in current and pending support.

For every activity, list the following items:

| **Information Required for Each Activity** | |
|---|---|
| **Sponsor of the Activity** | The sponsor of the activity or the source of funding. |
| **Award Number** | The federal award number or any other identifying number. |
| **Award Title** | The title of the award or activity. If the title of the award or activity is not descriptive, add a brief description of the research being performed that would identify any overlaps or synergies with the proposed research |
| **Total Cost or Value** | The total cost or value of the award or activity, including direct and indirect costs and cost share. For pending proposals, provide the total amount of requested funding |
| **Award Period** | The "Start Date" through "End Date". |
| **Person-months** | The person-months of effort per year dedicated to the award or activity. |

| | |
|---|---|
| **Description** | To identify overlap, duplication of effort, or synergistic efforts, append a description of the other award or activity to the current and pending support. |
| **Details** | Details of any obligations, contractual or otherwise, to any program, entity, or organization sponsored by a foreign government must be provided to DOE upon request to either the applicant institution or DOE. Supporting112 documents of any identified source of support must be provided to DOE on request, including certified translations of any document. |
| **Digital Persistent Identifier (e.g., ORCID iD)** | Providing an ORCID iD is optional until May 2025, and required thereafter for R&D projects. |
| **Certification Statement** | All covered individuals must provide a separate disclosure statement listing the required information above regarding current and pending support. Each individual must sign and date their respective certification statement:<br><br>I, [Full Name and Title], understand that I have been designated as a covered individual by the federal funding agency.<br><br>I certify to the best of my knowledge and belief that the information contained in this Current and Pending Support Disclosure Statement is true, complete, and accurate. I understand that any false, fictitious, or fraudulent information, misrepresentations, half-truths, or omissions of any material fact, may subject me to criminal, civil, or administrative penalties for fraud, false statements, false claims, or otherwise. (18 U.S.C. §§ 1001 and 287, and 31 U.S.C. §§ 3729-3733 and 3801-3812). I further understand and agree that (1) the statements and representations made herein are material to DOE's funding decision, and (2) I have a responsibility to update the disclosures during the period of performance of the award should circumstances change which impact the responses provided above.<br><br>I also certify that, at the time of submission, I am not a party in a malign foreign talent recruitment program.<br><br>**The following certification is optional until May 1, 2025, and mandatory thereafter for R&D projects:**<br>I further certify that within the past 12 months I have completed one of the following: (1) research security training meeting the guidelines in SEC. 10634(b) of 42 USC 19234, or (2) all of the NSF training modules located https://new.nsf.gov/research-security/training. |

| | |
|---|---|
| **Foreign Government Sponsorship** | Details of any obligations, contractual or otherwise, to any program, entity, or organization sponsored by a foreign government must be provided on request to either the applicant institution or DOE. Supporting documents of any identified source of support must be provided to DOE on request, including certified translations of any document. |

The information may be provided in the common disclosure format available at Common Form for Current an Pending (Other) Support (nsf.gov) to be implemented by DOE. Regardless of the format used, the individual must still include a signature, date, and a certification statement using the language included in the paragraph above.

## C. Demographic Reporting

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within 30 days after issuance of award |

DEMOGRAPHIC INFORMATION FOR SIGNIFICANT CONTRIBUTORS
(Research Performance Progress Report, Appendix)

Demographic data (i.e., gender, ethnicity, race, and disability status) should be provided directly by the Principal Investigator, Program Director and Business Contact with the understanding that the submission of this report is mandatory. There are no adverse consequences for responding "Do not wish to provide" in any question. Confidentiality of demographic data will be in accordance with agency's policy and practices for complying with the requirements of the Privacy Act. Demographic Reporting is submitted via a web-based form in the EERE PMC and includes the questions outlined below.

Gender:
- Male
- Female
- Do not wish to provide

Ethnicity:
- Hispanic or Latina/o
- Not-Hispanic or not-Latina/o
- Do not wish to provide

Race (select one or more):
- American Indian or Alaska Native
- Asian
- Black or African American
- Native Hawaiian or other Pacific Islander
- White
- Do not wish to provide

Disability Status:

- Yes (check yes if any of the following apply to you)
  - Deaf or serious difficulty hearing
  - Blind or serious difficulty seeing even when wearing glasses
  - Serious difficulty walking or climbing stairs
  - Other serious disability related to a physical, mental, or emotional condition.
- No
- Do not wish to provide

This measure is designed as a binary measure; it encompasses all self-reported disabilities. Please do not use it to report the number of individuals who have different types of disabilities (e.g., hearing impairments).

Note: This construct is not designed to be used at an individual-level (i.e., it should not be used for determining accommodation needs or disability status for particular individuals associated with the project).

## D. Financial Conflict of Interest Report

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within thirty (30) calendar days only when there is a change |

Prior to award, the Recipient was required to: 1) ensure all Investigators on this Award completed their significant financial disclosures; 2) review the disclosures; 3) determine whether a FCOI exists; 4) develop and implement a management plan for FCOIs; and 5) provide DOE with an initial FCOI report that includes all FCOIs (i.e., managed and unmanaged/unmanageable). The Recipient must be in full compliance with the other requirements set forth in DOE's interim COI Policy https://www.energy.gov/management/department-energy-interim-conflict-interest-policy-requirements-financial-assistance. Further, the recipient must submit updated reports within 30 days of a change.

The DOE interim Conflict of Interest Policy for Financial Assistance (COI Policy) is applicable to all recipients that receive, DOE funding by means of a financial assistance award (e.g., a grant, cooperative agreement, or technology investment agreement) and, through the implementation of this policy by the entity, to each Investigator who is planning to participate in, or is participating in, the project funded wholly or in part under this Award. The term "Investigator" means the PI and any other person, regardless of title or position, who is responsible for the purpose, design, conduct, or reporting of a project funded by DOE or proposed for funding by DOE. The Recipient must flow down the requirements of the interim COI Policy to any subrecipient, with the exception of DOE National Laboratories. Further, the Recipient must identify all financial conflicts of interests (FCOI), i.e., managed and unmanaged/ unmanageable, in its initial and ongoing FCOI reports.

### E. Tangible Personal Property Report – Annual Property Report (SF-428 & SF-428A)

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within 90 calendar days after the end of the annual reporting period |

The prime recipient must submit an annual inventory of federally-owned property (government-furnished) where the award specifies that title to the property vests with the federal government, whether it is in the possession of the prime recipient or subrecipient(s). The prime recipient must complete an SF-428 and SF-428A, available at https://www.energy.gov/eere/funding/eere-funding-application-and-management-forms.

### F. Tangible Personal Property Report – Disposition Request/Report (SF-428 & SF-428C)

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within 5 calendar days of the event or as specified |

The prime recipient must request disposition instructions for or report disposition of federally-owned property or equipment acquired with project funds, whether the property or equipment is/was in the possession of the prime recipient or subrecipient(s). Recipients may also be required to provide compensation to the awarding agency when acquired equipment is sold or retained for use on activities not sponsored by the federal government. Any equipment with an acquisition cost above $10,000 must be included in the inventory.

If disposition occurs at any time other than award closeout (i.e., at any time throughout the life of the project or after project completion and closeout as long as the federal government retains an interest in the item), the prime recipient must complete an SF-428 and SF-428C, available at https://www.energy.gov/eere/funding/eere-funding-application-and-management-forms.

If disposition instructions are requested at the time of award closeout, the prime recipient must submit the SF-428 and SF-428B (see **III. Closeout Reporting**).

Only the DOE Grants Officer has authority to approve disposition requests and issue disposition instructions.

### G. Uniform Commercial Code (UCC) Financing Statements

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within five (5) calendar days after the event, or as specified. |

If a for-profit recipient or subrecipient desires to purchase a piece of equipment for their project, and the per-unit dollar value of said equipment is $10,000 or more, and the federal

share of the financial assistance agreement is more than $1M, the recipient or subrecipient must file a UCC financing statement.

A UCC financing statement provides public notice that the federal government has an undivided reversionary interest in the equipment, and as such the equipment cannot be sold or used as collateral for a loan (encumbered).

The for-profit recipient or subrecipient must file the UCC financing statement(s) with the Secretary of State where the equipment will be physically located and must pay any associated costs for such filings.

The initial UCC financing statement may also be referred to as a UCC1. For additional pieces of equipment not specified in the award budget, TBD equipment, or equipment needed in future budget periods, the recipient can file an amendment to the original UCC1 financing statement, by submitting the UCC3 financing statement amendment.

Each UCC financing statement or amendment is to be filed with the appropriate Secretary of State office, where the equipment will be physically located.

Note: All costs associated with filing UCC financing statements, UCC financing statement amendments, and UCC financing statement terminations, are allowable and allocable costs which can be charged to the federal award.

At a minimum, the recipient must have stated in their UCC financing statement in block 4. (collateral) the following:

- "Title to all equipment (not real property) purchased with federal funds under this financial assistance agreement is conditional pursuant to the terms of 2 CFR 910.360, and the federal government retains an undivided reversionary interest in the equipment at the federal cost-share proportion specified in the award terms and conditions."

- Federal Award Identification Number (e.g., DE-EE000XXXX)

## H. Federal Subaward Reporting System (FSRS)

| | |
|---|---|
| Submit to: | https://www.sam.gov/fsrs |
| Submission deadline: | The prime recipient is required to file a FFATA sub-award report by the end of the month following the month in which the prime recipient awards any sub-grant greater than or equal to $30,000. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000. |

The Federal Subaward Reporting System (FSRS) within SAM.gov is the reporting tool prime recipients use to capture and report subaward and executive compensation data regarding their first-tier subrecipients to meet the FFATA reporting requirements. Prime recipients will report against subrecipients' awards. The subrecipient information entered in FSRS will then be displayed on USASpending.gov associated with the prime recipient's award furthering

federal spending transparency.

The prime recipient is required to file a FFATA sub-award report by the end of the month following the month in which the prime recipient awards any sub-award greater than or equal to $30,000. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000.

## I. Annual Incurred Cost Proposals

| | |
|---|---|
| Submit to: | If DOE is the Cognizant Federal Agency, send the Annual Incurred Cost Proposal to one of the following offices:<br>• CostPrice@ee.doe.gov (if the Golden Field Office is Cognizant)<br>OR<br>• IndirectRates@hq.doe.gov (if OCED is Cognizant)<br>OR<br>• FITS@netl.doe.gov **and** PricingGroup@netl.doe.gov (if NETL is Cognizant)<br><br>Otherwise, submit the proposal to the Recipient's appropriate Cognizant Federal Agency office. |
| Submission deadline: | Within 180 calendar days after the close of the recipient's fiscal year*<br>*The end of the period of the performance, or closure of an award, does not dismiss this reporting requirement. |

Prime recipients must submit a certified annual Incurred Cost Proposal (ICP), reconciled to its financial records, in order to finalize and reconcile billing rates incurred and billed to the Government.

An ICP submission is required unless one of the following conditions apply to the DOE award:

- Recipient elected to apply the de minimis rate of up to 15% as allowed under 2 CFR 200.414(f);
- Recipient proposed fringe benefits **only**; or
- Recipient has a pre-determined Negotiated Indirect Cost Rate Agreement (NICRA).

Recipients are strongly encouraged to self-assess their ICP using the Defense Contract Audit Agency's (DCAA) ICP Adequacy Checklist to ensure an adequate submission. The ICP must be reconciled to the recipient's financial statements within 180 calendar days after the close of the recipient's fiscal year. The Contracting Officer for Indirect Cost Rates may grant, in writing, reasonable extensions for exceptional circumstances only. The written request for extension should be sent to the cognizant DOE office email address. The format and content of the incurred cost proposal should follow the DCAA ICE (Incurred Cost Electronically) Model in order to be considered an adequate proposal. DCAA's ICE Model and Adequacy Checklist can be found on the DCAA website at: https://www.dcaa.mil/Home/ICEmodel and https://www.dcaa.mil/Home/ICSubmissionAdequacy.

## J. Fringe Reconciliation Form

| | |
|---|---|
| Submit to: | FITS@netl.doe.gov **and** PricingGroup@netl.doe.gov |
| Submission deadline: | Within 180 calendar days after the close of the recipient's fiscal year*<br>*The end of the period of the performance, or closure of an award, does not dismiss this reporting requirement. |

Prime recipients must submit a certified annual Fringe Reconciliation Form, reconciled to its financial records, to finalize and reconcile fringe billing rates incurred and billed to the Government.

A Fringe Reconciliation Form submission is required when one of the following conditions apply to the DOE award:

- Recipient elected to apply the de minimis rate of up to 15% as allowed under 2 CFR 200.414(f) **and** proposed fringe; or
- Recipient proposed fringe benefits **only**.

The Fringe Reconciliation Form must be reconciled to the recipient's financial statements, within 180 calendar days after the close of the recipient's fiscal year. The Grants Officer for Fringe Costs may grant, in writing, reasonable extensions for exceptional circumstances only. The written request for extension should be sent to PricingGroup@netl.doe.gov. To be considered an adequate submission, Recipients must use the Fringe Reconciliation Form located at: Fringe Reconciliation Form. The Fringe Reconciliation Form must be sent to FITS@NETL.DOE.GOV and PricingGroup@netl.doe.gov.

## K. DOE For-Profit Compliance Audit

| | |
|---|---|
| Submit to: | Email a copy of the annual DOE For-Profit Compliance Audit to:<br>• DOE-Audit-Submission@hq.doe.gov and<br>• The DOE Grants Officer<br>• For awards administered by the DOE NETL Office, also email a copy to PricingGroup@netl.doe.gov and FITS@netl.doe.gov. mailto: |
| Submission deadline: | Within the earlier of 30 days after receipt of the auditor's report(s) or 9 months after the end of the audit period (recipient's fiscal year-end)*<br>*The end of the period of the performance, or closure of an award, does not dismiss this reporting requirement. |

A for-Profit recipient which expends $1 million or more during the recipient's fiscal year in DOE awards may have a compliance audit conducted for that year in accordance with 2 CFR 910.500 through .521 (subject to any deviation issued pursuant to 2 CFR § 910.133).

The DOE For-Profit Compliance Audit must be conducted in accordance with the regulations at 2 CFR 910.500-521 (subject to any deviation issue d pursuant to 2 CFR § 910.133) and must refer to the appropriate regulations used by the auditor in their examination.

The compliance audit report must be submitted, along with audited financial statements, if required and available.

## L. Single Audit: States, Local Government, Tribal Governments, Institution of Higher

**Education (IHE), or Non-Profit Organization**

| | |
|---|---|
| Submit to: | Federal Audit Clearinghouse - https://www.fac.gov/ |
| Submission deadline: | Within the earlier of 30 days after receipt of the auditor's report(s) or 9 months after the end of the audit period (recipient's fiscal year-end)*<br>*The end of the period of the performance, or closure of an award, does not dismiss this reporting requirement. |

As required by 2 CFR 200 Subpart F, recipients that expend $1 million or more during the recipient's fiscal year in federal awards must have a single or program-specific audit conducted. The single audit must be conducted in accordance with §200.514 Scope of audit, except when it elects to have a program-specific audit conducted.

For most single audits, the requirement is for annual single audits. However, there are occasions where a single audit is not required annually. Per 2 CFR 200.504 - Frequency of audits, a state, local government, or Indian tribe that is required by constitution or statute to undergo its audits less frequently than annually, is permitted to undergo its audits biennially. Also, any nonprofit organization that had biennial audits for all biennial periods ending between July 1, 1992, and January 1, 1995, is permitted to undergo its single audits biennially.

For a program-specific audit, when a recipient expends federal award funds under only one federal program (excluding R&D) and the federal program's statutes, regulations, or the terms and conditions of the federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program-specific audit conducted. A program-specific audit may not be elected for R&D unless all of the federal awards expended were received from the same federal agency, or the same federal agency and the same pass-through entity, and that federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

The single audit report shall include audited financial statements.

### M. Other (see Special Instructions)

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within five (5) calendar days after the event, or as specified |

## III. Closeout Reporting

### A. Final Scientific/Technical Report

| | |
|---|---|
| Submit to: | DOE Energy Link System (E-Link) available at https://www.osti.gov/elink/2413-submission.jsp |

| | |
|---|---|
| Submission deadline: | Within 120 calendar days after expiration or termination of the award |

The prime recipient must submit a Final Scientific/Technical Report to DOE for all projects.

The scientific/technical report is intended to increase the diffusion of knowledge gained by DOE-funded research, and all requirements shall be interpreted in that light.

Content: Research findings and other significant scientific and technical information (STI) resulting from the DOE-sponsored projects shall be included in the final scientific/technical report, subject to the following provisions:

1. The scientific/technical report is to cover the entire period of performance. For Small Business Innovation Research (SBIR) and Small Business Technology Transfer (STTR) awards, a final scientific/technical report must be submitted after the completion of each phase, e.g., Phase I, Phase II, and sequential Phase II, as described in the Special Instructions.

2. STI that is publicly accessible need not be duplicated in the report if a citation with a link to where the information may be found is included in the report. For example, articles found in PAGES (i.e., DOE's Public Access Gateway for Energy and Science, https://www.osti.gov/pages/) are accessible to the public.

3. Provide identifying information: the EERE award number; sponsoring program office; name of recipient; project title; name of project director/principal investigator; and consortium/team members.

4. Include the EERE acknowledgement and legal disclaimer language as described in the Special Terms and Conditions (additional information can be found at the EERE Communications Standards website: https://www.energy.gov/eere/communicationstandards/eere-branded-publications-developed-third-parties).

5. Include any limitations on public release of the report, if authorized by the award terms and conditions. If the document being submitted contains patentable material or protected data (i.e., data first produced in the performance of the award that is protected from public release for a period of time by terms of the award agreement) as set forth in the award agreement, then (1) prominently display on the cover of the report any authorized distribution limitation notices, such as patentable material or protected data and (2) clearly identify patentable or protected data on each page of the report. Reports delivered without such notices or with restrictive notices not authorized by the award agreement may be deemed to have been furnished with unlimited rights, and the Government assumes no liability for the disclosure, use or reproduction of such reports. Any restrictive markings must also be noted in the distribution limitation section of the Announcement Notice (AN) 241.3. No protected PII should be included.

6. Provide an abstract or executive summary, which should be a minimum of one paragraph and written in terms understandable by an educated layperson. (Refer to https://www.osti.gov/stip/about/statutory-authorities for ANSI/NISO guidance as needed.) The abstract included in an application may serve as a model for this.

7. Summarize project activities for the entire period of funding, including original hypotheses, approaches used, and findings. Include, if applicable, facts, figures, analyses, and assumptions used during the life of the project to support the results in a manner that conveys to the scientific community the STI created during the project. To minimize duplication, the report may reference STI, including journal articles, that is publicly accessible. See also #2.

8. For guidance offered by the National Information Standards Organization on typical attributes and content of a technical report, if needed, refer to ANSI/NISO Z39.18-2005 (R2010), Scientific and Technical Reports – Preparation, Presentation, and Preservation (see https://www.osti.gov/stip/about/statutory-authorities).

Electronic Submission Process: The final scientific/technical report must be submitted via the DOE Energy Link System (E-Link) with a completed electronic version of DOE Announcement Notice (AN) 241.3, "U.S. Department of Energy (DOE), Announcement of Scientific and Technical Information (STI)." The recipient can complete, upload, and submit the DOE AN 241.3 online via E-Link (https://www.osti.gov/elink/2413-submission.jsp).

Text documents must be submitted in Adobe Portable Document Format (PDF) and be one integrated PDF file that contains all text, tables, diagrams, photographs, schematics, graphs, and charts. Please refer to https://www.osti.gov/stip/about/faqs/what-type-of-pdf-for-submission for PDF document creation**.**

The recipient must mark the appropriate block in the "Intellectual Property/Distribution Limitations" Section of the DOE AN 241.3. Reports that are electronically uploaded must not contain any limited rights data (proprietary data), classified information, protected PII, information subject to export control classification, or other information not subject to release. During the upload process, the recipient must self-certify that no content of this nature is being submitted. For assistance with reports containing such content, contact the Grants Officer.

1. **Final Technical Report – Unlimited:**
   If the award does ***NOT*** authorize the recipient, under the provisions of the Energy Policy Act of 2005, to protect the data produced during the award, where public release of the technical report is protected for a limited period-of-time, the technical report must be submitted to E-Link as a "Final Technical Report" (covering the entire project period of performance) and must not have any data protection markings on the cover page. The "STI Product Type" of "Technical Report" with the "Report Sub Type" of "Final Technical Report" must be selected. When submitting the final technical report to E-Link, the recipient must select "unlimited" from the Intellectual Property/Distribution

Limitation selections. The final technical report will be released without any protections and may become publicly available immediately.

2. **Final Technical Report – Protected Data:**
   If the award authorizes the recipient, under the provisions of the Energy Policy Act of 2005, to protect the data produced during the course of the award, where public release of the final technical report is protected for a limited period-of-time, and the recipient elects to protect the report, the recipient will be required to 1) submit a final technical report with the protected data (which will be protected during the identified data protection period) and 2) a version of the technical report that can be publicly disseminated immediately.

   For the protected data version of the final technical report, the report must cover the entire project period of performance, include the proper data protection marking (included in the terms of the award), and place that marking on the cover page of the final technical report before submitting it to E-Link. The "STI Product Type" of "Technical Report" with the "Report Sub Type" of "Final Technical Report" must be selected. The recipient must also select the block in the Intellectual Property/Distribution Limitation section of the DOE AN 241.3 as "Protected Data" and provide a release date for the technical report when submitting the final technical report.

   The release date is the date the technical report will become publicly available. The release date must be based on the data protection period authorized by the award. The maximum data protection period was 5 years from the date the data was produced, but it is now possible for DOE to authorize data protection up to 30 years. The release date must coincide with the data marking on the technical report.

   Additionally, the Department's policy is to ensure timely public access to unrestricted scientific and technical research results. To make these results publicly accessible, even when the award authorizes the recipient to protect the data for a period-of-time, the recipient must also submit an "unlimited" version of the technical report. This version should not include any data subject to data protections. The "unlimited" version of the technical report must be uploaded to E-Link without any markings. The "STI Product Type" of "Technical Report" with the "Report Sub Type" of "Technical Report Other" must be selected. The recipient must select "unlimited" from the Intellectual Property/Distribution Limitation selections. The "unlimited" version of the technical report is submitted with unlimited data rights, and the Government assumes no liability for the disclosure, use or reproduction of such report.

For more information, please see the Final Technical Report FAQs https://www.energy.gov/eere/funding/downloads/quarterly-and-annual-reports.

## B. Invention Certification (DOE F 2050.11)

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within 120 calendar days after expiration or termination of the award |

The prime recipient is required to submit an Invention Certification DOE F 2050.11. The Invention Certification form is available at https://energy.gov/eere/funding/eere-funding-application-and-management-forms.

The Invention Certification must include a list of all subcontracts at any tier containing a patent rights clause (or state that there were none).

For more information, please see the Intellectual Property Reporting FAQs https://www.energy.gov/eere/funding/downloads/quarterly-and-annual-reports.

**C. Tangible Personal Property Report – Final Report (SF-428 & SF-428B)**

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within 120 calendar days after expiration or termination of the award |

The prime recipient must submit a final inventory of and request disposition instructions for any federally-owned property and/or property or equipment acquired with project funds with an acquisition cost above $10,000, whether the property is/was in the possession of the prime recipient or subrecipients.

The prime recipient must complete an SF-428 and SF-428B, available at https://www.grants.gov/forms/forms-repository/post-award-reporting-forms.

If disposition occurs at any time other than award closeout, the prime recipient must complete an SF-428 and SF-428C (see II).

Only the DOE Grants Officer has authority to approve disposition requests and issue disposition instructions.

**D. Verification of Receipt of Accepted Manuscripts**

Recipients are required to submit Accepted Manuscripts of Journal Articles resulting in whole or in part from an EERE-funded project to E-Link (See section 1.D.1. Accepted Manuscript of Journal Article).

As part of the closeout process, EERE will verify that all accepted manuscripts have been submitted. Recipients are required to submit all missing accepted manuscript before closeout is finalized.

**E. Other (see Special Instructions)**

| | |
|---|---|
| Submit to: | https://www.eere-pmc.energy.gov/SubmitReports.aspx |
| Submission deadline: | Within 120 calendar days after expiration or termination of the award |

# IV. Post-Project Reporting

**A. Scientific and Technical Reporting**

Scientific and Technical Reporting requirements as outlined in **I.C. Scientific and Technical Reporting** remain applicable after the award ends. If the recipient has created Scientific and Technical Information (STI) such as publications, conference products, technical reports, book chapters, etc. which include information/data produced under the award, they are required to submit this document to https://www.osti.gov/elink/forms.jsp. Recipients must continue to include proper EERE Acknowledgement and Legal Disclaimer language in all STI (https://www.energy.gov/eere/communicationstandards/eere-branded-publications-developed-third-parties). Please see section **I.C. Scientific and Technical Reporting** for additional information on submissions.

Note that after the project ends, recipients are no longer required to submit notification of STI directly to EERE.

**B. Intellectual Property Reporting**

Intellectual Property Reporting requirements as outlined in **I.D. Intellectual Property Reporting** remain applicable after the award ends.

Recipients are required to continue submitting intellectual property reports, as applicable, to iEdison https://public.era.nih.gov/iedison.

Note that after the project ends, recipients are no longer required to submit notification of intellectual property directly to EERE.

# V. Appendix A: Notice To Recipients (Prime Recipients And Subrecipients) Regarding Protected Data, Limited Rights Data And Protected Personally Identifiable Information

## I. PROTECTED DATA AND LIMITED RIGHTS DATA

The recipient is required to mark protected data and limited rights data in accordance with the IP clause set of the award agreement. Failure to properly mark data may result in its public disclosure under the Freedom of Information Act (FOIA, 5 U.S.C. § 552) or otherwise.

### A. Protected Data - Technical Data or Commercial or Financial Data First Produced in the Performance of the Award

The U.S. Government normally retains unlimited rights in any technical data or commercial or financial data produced in performance of Government financial assistance awards, including the right to distribute to the public.

However, under certain EERE awards, the recipient may mark certain categories of data produced under the award as protected from public disclosure ("Protected Data"). If the award agreement provides for protected data and the recipient wants the data to be protected, the recipient must properly mark any documents containing Protected Data as set forth in the IP clause set of the award agreement.

### B. Limited Rights Data - Data Produced Outside of the Award at Private Expense

Limited Rights Data is data (other than computer software) developed at private expense outside any Government financial assistance award or contract that embody trade secrets or are commercial or financial and confidential or privileged. Prior to including any Limited Rights Data in any documents to EERE, the recipient should review the award agreement. In most EERE awards, the recipient should not deliver any limited rights data to EERE if the recipient wants to protect the Limited Rights Data. If the EERE award does allow and require the delivery of limited rights data, then the recipient must properly mark any documents containing Limited Rights Data as set forth in the IP clause of the award agreement.

## II. PROTECTED PERSONALLY IDENTIFIABLE INFORMATION

The recipient should not include any Protected Personally Identifiable Information (Protected PII) in their submissions to EERE. Protected PII is defined as any data that, if compromised, could cause harm to an individual such as identify theft. Protected PII includes, but is not limited to:

- Social Security Numbers in any form;
- Place of Birth associated with an individual;
- Date of Birth associated with an individual;
- Mother's maiden name associated with an individual;
- Biometric record associated with an individual;
- Fingerprint;
- Iris Scan;
- DNA;
- Medical history information associated with an individual;
- Medical conditions, including history of disease;
- Metric information, e.g., weight, height, blood pressure;
- Criminal history associated with an individual;
- Ratings;
- Disciplinary actions;
- Passport number;
- Educational transcripts;
- Financial information associated with an individual;
- Credit card numbers; and
- Security clearance history or related information (not including actual clearances held).