CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy,

Defendants.

CASE No. 3:26-cv-05455-JD

**NOTICE OF SUPPLEMENTAL FILING OF CERTIFIED ADMINISTRATIVE RECORD**

Hon. James Donato

PLEASE TAKE NOTICE THAT Defendants hereby submit the supplemental Certified Administrative Record in this matter that had been omitted in its previous filing of the Certified Administrative Record due technical issues on ECF. ECF No. 21.

Date: September 9, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*_
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for the Defendants