United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF ENERGY, et al.,

Defendants.

Case No. 26-cv-05455-JD

**SCHEDULING ORDER**

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16-10, and the parties' joint request at Dkt. No. 20. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | October 9, 2026 |
| Plaintiff's motion for summary judgment | October 30, 2026 |
| Defendant's opposition to summary judgment and cross-motion for summary judgment | November 24, 2026 |
| Plaintiff's opposition to cross-motion for summary judgment and reply in support of its motion for summary judgment | December 17, 2026 |
| Defendant's reply in support of its cross motion for summary judgment | December 23, 2026 |
| Summary judgment hearing | May 13, 2027 at 11:00 a.m. |

United States District Court
Northern District of California

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: September 21, 2026

JAMES DONATO
United States District Judge