DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
CARA R. MEYER, SBN 348877
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Fl.
San Francisco, California 94102-5408
Telephone: (415) 554-3959 (Keough)
(415) 554-4212 (Meyer)
Facsimile: (415) 437-4644
E-Mail: Michael.Keough@sfcityatty.org
Cara.Meyer@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy,

Defendants.

Case No. 3:26-cv-05455-JD

**[PROPOSED] ORDER GRANTING PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Hearing Date: | May 13, 2027 |
| Time: | 11 a.m. |
| Judge: | Hon. James Donato |
| Place: | Courtroom 11 - 19th Floor |
| | |
| Date Filed: | June 5, 2026 |
| Trial Date: | None Set |

The Court has reviewed Plaintiff City and County of San Francisco's Motion for Summary Judgment. Upon consideration of the Motion, the papers submitted in support and in opposition to the Motion, and finding good cause exists, the Court **hereby GRANTS** Plaintiff's Motion for Summary Judgment. The Court **VACATES** the challenged condition, Section II.L. of the U.S. Department of Energy's Standard Terms and Conditions.

**IT IS SO ORDERED.**

Dated: ______________________ ________________________________________

HON. JAMES DONATO
United States District Judge