DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
CARA R. MEYER, SBN 348877
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Fl.
San Francisco, California 94102-5408
Telephone: (415) 554-3959 (Keough)
(415) 554-4212 (Meyer)
Facsimile: (415) 437-4644
E-Mail: Michael.Keough@sfcityatty.org
Cara.Meyer@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy,<br><br>Defendants. | Case No. 3:26-cv-05455-JD<br><br>**DECLARATION OF TYRONE JUE IN SUPPORT OF CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: May 13, 2027<br>Time: 11 a.m.<br>Judge: Hon. James Donato<br>Place: Courtroom 11 - 19th Floor<br><br>Trial Date: None Set |

I, Tyrone Jue, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Director of the San Francisco Environment Department ("SF Environment"), a constituent department of the City and County of San Francisco ("San Francisco"). I have been the Director of SF Environment since July 2023 and served as the Acting Director since April 2022. Before joining SF Environment, I held various positions in the past five San Francisco mayoral administrations, working on environmental and public health issues. I also have extensive experience in the water and energy utility space, working at the San Francisco Public Utilities Commission.

3. SF Environment advances climate protection and enhances quality of life for all San Franciscans. As Director, I lead San Francisco's efforts to advance climate action, environmental justice, and sustainability policies. I oversee a team of nearly 100 people who work on key issues such as clean energy, clean air, zero waste, clean transportation, toxics reduction, and biodiversity. I am also responsible for developing and implementing the City's ambitious 2026 Climate Action Plan, which aims to reach net-zero carbon emissions by 2040.

4. In addition to City funding, SF Environment relies on funding from the U.S. Department of Energy ("DOE") to carry out its mission. For example, SF Environment is currently carrying out work under DOE's Clean Cities and Communities Program ("Clean Cities"). SF Environment has been unable to seek reimbursement for its program activities because drawing down would trigger the new DOE Standard Terms and Conditions.

5. San Francisco has been a Clean Cities coalition member since 1994. With Clean Cities funding, San Francisco works with vehicle fleets, fuel providers, community leaders, and other stakeholders to identify community-driven choices that save energy and promote the use of alternative fuels and advanced vehicle technologies in transportation. Clean Cities funding has supported San Francisco to facilitate installing over 1500 electric vehicle chargers and reducing gasoline use by 6.8

million gallons annually. Clean Cities awards are the only funding mechanism available to SF Environment for direct outreach and engagement with small businesses, residents, and small- and medium-sized fleets that lack the resources to purchase electric vehicles.

6. On February 20, 2026, SF Environment received an email from DOE announcing that DOE had opened 2026 Clean Cities funding and inviting San Francisco to apply for a 2026 coalition cooperative agreement. SF Environment submitted an application in March.

7. On April 1, 2026, the City received a Clean Cities cooperative award of $130,000 for the period April 1, 2026 through March 31, 2027.

8. To date, SF Environment has completed all required deliverables under its Clean Cities program funding. It has submitted required reports to DOE detailing its Clean Cities work including coordinating the design and launch of the City's new permanent curbside charging permit program and hosting educational webinars on San Francisco's Public EV Charging Map and Nomination Form. In the coming months, the Department will need to make its heaviest investment of time and resources to complete the Coalition Annual Activity Report, an annual report of coalition activities and accomplishments, and data on the sales of alternative fuels, deployment of alternative fuel vehicles, idle-reduction initiatives, fuel economy activities, and efforts to reduce vehicle miles traveled, due March 19, 2027.

9. SF Environment typically draws down quarterly reimbursements for program costs associated with Clean Cities work. As of November 1, 2026, SF Environment is eligible to draw down $72,500 of the cooperative award funding. However, the Department has been precluded from doing so while the DOE Standard Terms and Conditions remain in effect. My understanding is that SF Environment will need to seek reimbursement for the full $130,000 2026-2027 Clean Cities award no later than May 1, 2027.

10. Being unable to draw down on Clean Cities funding has put SF Environment in an untenable position and created great budgetary uncertainty. While the Department continues to complete program deliverables, we cannot seek reimbursement quarterly, as we typically have, and we have no guarantee that we will be able to seek reimbursement at the end of the funding term.

11. This uncertainty is compounded by the expectation that DOE will open applications for Clean Cities funding for the 2027-2028 term in late 2026 or early 2027. If SF Environment remains unable to draw down on any DOE funding while the Standard Terms and Conditions remain in place, it is likely the Department will have to forego future participation in the program. Ending its participation will force the Department to forego important staffing, community initiatives, and coordination with other jurisdictions that have a proven record of lowering fossil fuel emissions.

12. SF Environment is also the recipient of DOE funds for its Decarbonizing App-based Deliveries in San Francisco Pilot Program. The Department is in the process of closing out this award, but the City cannot seek reimbursement for the remaining $68,438 in closeout funding while the Standard Terms and Conditions that apply to all drawdowns of DOE funding remain in place. It is my understanding that the City must seek reimbursement for these funds by January 8, 2027 in order for the charge costs to be considered timely under DOE policy.

13. SF Environment has also been awarded a $20 million DOE grant under the Inflation Reduction Act of 2022 to adopt, implement, and enforce Building Performance Standards in San Francisco and Berkeley. When these funds become available for drawdown, I understand that SF Environment will likewise be unable to draw down on the funding as a result of the DOE Standard Terms and Conditions.

14. While DOE's Standard Terms and Conditions remain in effect, SF Environment cannot effectively run or plan programs that rely on DOE funding, and this budgetary uncertainty also impacts the Department's ability to finance, staff, and plan City-funded initiatives. Foregoing awarded DOE grants altogether, especially those SF Environment has relied upon for years, substantially impedes SF Environment's ability to conduct community outreach, retain staff, and fulfill its mission of climate protection and enhancing quality of life for all San Franciscans.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 29, 2026 at San Francisco, California.

Tyrone Jue