DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
CARA R. MEYER, SBN 348877
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Fl.
San Francisco, California 94102-5408
Telephone: (415) 554-3959 (Keough)
(415) 554-4212 (Meyer)
Facsimile: (415) 437-4644
E-Mail: Michael.Keough@sfcityatty.org
Cara.Meyer@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy,

Defendants.

Case No. 3:26-cv-05455-JD

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Hearing Date: May 13, 2027
Time: 11 a.m.
Judge: Hon. James Donato
Place: Courtroom 11 - 19th Floor

Date Filed: June 5, 2026
Trial Date: None Set

On May 13, 2027, Plaintiff's Request for Judicial Notice in Support of Motion for Summary Judgment ("RJN") came on for hearing. The Court, having considered the RJN and documents filed therewith, including Exhibit A, and good cause appearing therein, hereby GRANTS Plaintiff's RJN and takes judicial notice of Exhibit A pursuant to Federal Rule of Evidence 201.

**IT IS SO ORDERED.**

Dated: ____________________

____________________________________
HON. JAMES DONATO
United States District Judge