DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH, SBN 327037
Special Counsel
CARA R. MEYER, SBN 348877
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Fl.
San Francisco, California 94102-5408
Telephone: (415) 554-3959 (Keough)
(415) 554-4212 (Meyer)
Facsimile: (415) 437-4644
E-Mail: Michael.Keough@sfcityatty.org
Cara.Meyer@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy,<br><br>Defendants. | Case No. 3:26-cv-05455-JD<br><br>**JOINT STIPULATION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>Hearing Date: May 13, 2027<br>Time: 11 a.m.<br>Judge: Hon. James Donato<br>Place: Courtroom 11 - 19th Floor<br><br>Date Filed: June 5, 2026<br>Trial Date: None Set |

Plaintiff City and County of San Francisco and Defendants U.S. Department of Energy and Chris Wright (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint in this matter on June 5, 2026;

WHEREAS, Defendants filed an answer to Plaintiff's complaint on August 31, 2026;

WHEREAS, Plaintiff filed its motion for summary judgment and supporting papers on October 30, 2026;

WHEREAS, the Court's September 21, 2026 Scheduling Order (Dkt. 23), set the following summary judgment briefing schedule:

- November 24, 2026 – Defendant's opposition to summary judgment and cross-motion for summary judgment
- December 17, 2026 – Plaintiff's opposition to cross-motion for summary judgment and reply in support of its motion for summary judgment
- December 23, 2026 – Defendant's reply in support of its cross motion for summary judgment

WHEREAS, the hearing on the parties' motions for summary judgment is set for May 13, 2027 at 11:00 a.m.

WHEREAS, the Ninth Circuit's decision in *County of King v. Turner*, 189 F.4th 819 (9th Cir. 2026) considered similar grant conditions and the Ninth Circuit is currently considering whether to rehear *County of King v. Turner* en banc;

WHEREAS, the parties met and conferred on November 16, 2026 and agreed that the interests of judicial economy favor amending the summary briefing schedule while the Ninth Circuit en banc poll is ongoing, and the parties seek to keep the May 13, 2027 hearing date in the interests of a prompt resolution;

WHEREAS, Defendants agree and stipulate to an extension of Plaintiff's upcoming May 1, 2027 deadline to draw down on the Clean Cities funds (described in the Declaration of Tyrone Jue in support of Plaintiff's Motion for Summary Judgment, ¶ 9) such that Plaintiff's deadline to draw down on these funds is extended to March 31, 2031. Defendants further agree and stipulate to an extension of Plaintiff's upcoming January 8, 2027 deadline for grant DE-EE0010637 (described in the Declaration of Tyrone Jue, ¶ 12) such that Plaintiff's deadline to draw down these funds is extended to

May 31, 2027. The parties agree to confer further regarding the deadline to draw down on DE-EE0010637 in April 2027, as the deadline approaches.

NOW THEREFORE the Parties hereby STIPULATE and agree to the following briefing schedule for summary judgment:

| **Date** | **Case Event** |
|---|---|
| *October 30, 2026* | *Plaintiff's motion for summary judgment (on file)* |
| March 18, 2027 | Defendants' cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment |
| April 16, 2027 | Plaintiff's opposition to Defendants' cross motion for summary judgment and reply in support of Plaintiff's motion for summary judgment |
| April 30, 2027 | Defendants' reply in support of Defendants' cross motion for summary judgment |
| May 13, 2027, 11 a.m. | Hearing on summary judgment |

Dated: November 20, 2026

Respectfully submitted,[1]

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MICHAEL A. KEOUGH
Special Counsel
CARA R. MEYER
Deputy City Attorney

By: /s/ *Cara R. Meyer*

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

CARA R. MEYER
Attorney for Plaintiff
CITY & COUNTY OF SAN FRANCISCO

Dated: November 20, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By: *_/s/ Nag Young Chu_*
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for the Defendants

**[PROPOSED] ORDER**

Good cause having been shown, the Court GRANTS the parties' Stipulation for Amended Deadlines for Summary Judgment, with Plaintiff's motion for summary judgment filed on October 30, 2026; Defendants' cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment due March 18, 2027; Plaintiff's opposition to Defendants' cross motion for summary judgment and reply in support of Plaintiff's motion for summary judgment due April 16, 2027; Defendants' reply in support of Defendants' cross motion for summary judgment due April 30, 2027; and hearing on summary judgment on May 13, 2027 at 11 a.m.

**IT IS SO ORDERED.**

DATED: ______________________ ________________________________

Hon. JAMES DONATO
United States District Judge
U.S. District Court, Northern District of California